IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LONNIE GANT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:06cv1018-MEF |
| | ) | |
| HYUNDAI MOTOR | ) | (Removed from the Circuit Court |
| MANUFACTURING ALABAMA, | ) | of Montgomery County, Alabama, |
| LLC; RUST CONSTRUCTORS, | ) | formerly Civ. Action No. 06-2465) |
| INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

RECEIVED 2006 NOV 13 P 3:55
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

### CONSENT TO REMOVAL

COMES NOW the Defendant styled as Rust Constructors, Inc., by and through legal counsel, and hereby provides notice of its consent to and joinder in removal of this action from the Circuit Court of Montgomery County, Alabama, to the Middle District of Alabama, Northern Division.

_____
C. Winston Sheehan, Jr.
Attorney for Defendant Rust Constructors, Inc.

EXHIBIT B.