IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 NOV 13  P 3: 56

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| LONNIE GANT, | ) | Civil Action No. 2:06cv1018-MEF |
| Plaintiff, | ) | |
| v. | ) | (Removed from the Circuit Court of Montgomery County, Alabama, formerly Civ. Action No. 06-2465) |
| HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC; RUST CONSTRUCTORS, INC., et al. | ) | |
| Defendants. | ) | |

## DEFENDANT HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Hyundai Motor Manufacturing Alabama, LLC[1] ("Hyundai") states it has no parent corporation[2] and that no publicly held corporation presently owns 10% or more of Hyundai's stock.

Respectfully submitted this 10th day of November 2006.

*/s/ Bethany Bolger*
ROBERT COWARD, JR. (asb-5442-d65r)
BETHANY L. BOLGER (asb-6740-e60b)
Attorneys for Defendant Hyundai Motor Manufacturing Alabama, LLC

---

[1] Although Hyundai is a limited liability company, and not a corporation, it is filing this corporate disclosure statement out of an abundance of caution.

[2] Hyundai's single member is Hyundai Motor America, a California corporation with its principal place of business in California.

Of counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama  36101-0270
 (334) 206-3229 (Ward phone)
(334) 206-3194 (Bolger phone)
(334) 481-0031 (fax)
rcw@rsjg.com (Ward e-mail)
bbolger@rsjg.com (Bolger e-mail)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the following counsel of record by placing a copy of same in the United States Mail, first class postage prepaid, on this the 13th day of November 2006.

Parker C. Johnston, Esq.
Attorney at Law, LLC
Post Office Box 1207
Millbrook, Alabama 36054

C. Winston Sheehan, Jr., Esq.
Ball, Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, Alabama  36102-2148

/s/ Bethany Bolger
Of counsel