IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LONNIE GANT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:06cv1018-MEF |
| | ) |
| HYUNDAI MOTOR | ) (Removed from the Circuit Court |
| MANUFACTURING ALABAMA, | ) of Montgomery County, Alabama, |
| LLC; RUST CONSTRUCTORS, | ) formerly Civ. Action No. 06-2465) |
| INC., et al. | ) |
| | ) |
| Defendants. | ) |

RECEIVED
2006 NOV 14  P 3: 04
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## DEFENDANT RUST CONSTRUCTORS, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Rust Constructors, Inc., ("Rust") states it is a wholly owned subsidiary of Washington International Group, Inc., which is a publicly traded corporation. Defendant Rust states that it has no other publicly traded affiliate, subsidiary, or parent corporations.

Respectfully submitted this 13th day of November 2006.

_____
C. Winston Sheehan, Jr.
Attorney for Defendant Rust Constructors, Inc.

Of counsel:
Ball, Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, Alabama 36102-2148

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document upon the following counsel of record by placing a copy of same in the United States Mail, first-class postage prepaid, on this, the 13th day of November 2006.

Parker C. Johnston, Esq.
Attorney at Law, LLC
Post Office Box 1207
Millbrook, Alabama 36054

Robert C. Ward, Jr.
Bethany L. Bolger
Rushton, Stakely, Johnston & Garrett, P.A.
Post Office Box 270
Montgomery, Alabama   36101-0270

_____
Of counsel