IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LONNIE GANT,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 2:06-cv-1018-MEF |
| | ) |
| **HYUNDAI MOTOR** | ) |
| **MANUFACTURING ALABAMA,** | ) |
| **LLC; RUST CONSTRUCTORS,** | ) |
| **INC., et al.,** | ) |
| | ) |
| Defendants. | ) |

## REPORT OF PARTIES PLANNING MEETING

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on **December 8, 2006,** via conference call and was attended by:

> Parker Johnston for Plaintiff, Lonnie Gant;
>
> C. Winston Sheehan, Jr., for Defendant Rust Constructors, Inc.; and
>
> Robert C. Ward, Jr., for Defendant Hyundai Motor Manufacturing Alabama, LLC.

2. **Pre-Discovery Disclosures.** The parties will exchange by **January 26, 2007,** the information required by Fed. R. Civ. P. 26(a)(1).

3. **Discovery Plan.** The parties jointly propose to the Court the following discovery plan:

      a.    Discovery will be needed on the following subjects: The claims and defenses raised in the pleadings. The parties reserve the right to supplement pre-discovery disclosures.

      b.    Disclosure or discovery of electronically stored information should be handled as follows: A true and accurate copy of all electronically stored information will be produced in paper form.

      c.    The parties have agreed to an order regarding claims of privilege or of protection as trial-preparation material asserted after production, as follows: All produced material or testimony – whether oral, written, or otherwise – pertaining to trade secrets, copyright, commercial information, and any other legally protected information shall be maintained in confidence, shall be used solely for the purpose of preparing for and conducting the above-captioned litigation, and shall be destroyed at the conclusion of this action. The parties further request that the Court include their agreement in an Order.

      d.    All discovery commenced in time to be completed **November 1, 2007.** Discovery on fact issues to be completed by **August 31, 2007.**

4.    **Other Items**.

      a.    The parties do not request a conference with the court for entry of the scheduling order.

      b.    The parties request a pre-trial conference in **June 2008.**

  c. The plaintiff should be allowed until **May 1, 2007,** to join additional parties and until **May 30, 2007,** to amend the pleadings.

  d. The defendants should be allowed until **June 2, 2007,** to join additional parties and until **June 30, 2007,** to amend the pleadings.

  e. All potentially dispositive motions should be filed by **January 31, 2008**.

  f. Settlement cannot be evaluated prior to **July 1, 2007,** and may be enhanced by use of the following alternative resolution procedures: arbitration and/or mediation.

  g. Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from plaintiff by **February 15, 2008,** and from defendants by **February 25, 2008.**

  h. Parties should have 10 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

  i. The case should be ready for trial by **July 7, 2008,** and at this time is expected to take approximately 5-7 days.

  Dated this 8th day of December 2006.

          /s/Robert C. Ward, Jr.
          _____
          ROBERT C. WARD, JR. (asb-5442-d65r)
          BETHANY L. BOLGER (asb-6740-e60b)

        Attorneys for Defendant Hyundai Motor
        Manufacturing Alabama, LLC

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama   36101-0270
(334) 206-3229 (Ward phone)
(334) 206-3194 (Bolger phone)
(334) 481-0828 (fax)
rcw@rsjg.com (Ward e-mail)
bbolger@rsjg.com (Bolger e-mail)

        /s/ C. Winston Sheehan, Jr.
        _____
        C. WINSTON SHEEHAN, JR.
        Attorney for Defendant Rust Constructors, Inc.

Ball, Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, Alabama  36102-2148
(334) 387-7680 (phone)
(334) 387-3222 (fax)
wsheehan@Ball-Ball.Com (e-mail)

        /s/ Parker C. Johnsonton
        _____
        PARKER C. JOHNSTON
        Attorney for Plaintiff, Lonnie Gant

Attorney at Law, LLC
Post Office Box 1207
Millbrook, Alabama 36054
(334) 285-1033 (phone)
(334) 285-1035 (fax)
pcj@parkercjohnston.com (e-mail)