IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LONNIE GANT, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-1018-MEF |
| ) | |
| HYUNDAI MOTOR MANUFACTURING ) | |
| ALABAMA, LLC, *et al.,* ) | |
| ) | |
| Defendants ) | |

# **O R D E R**

Upon consideration of the plaintiff's Motion for Leave to Amend Complaint (Doc. #15) filed on February 15, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 15th day of February, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE