IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LONNIE GANT, | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| vs. | )    Case No. 2:06-CV-1018 |
| | ) |
| HYUNDAI MOTOR MANUFACTURING | ) |
| LLCL, RUST CONTRUCTORS, INC., *et al*, | ) |
| | ) |
|     **Defendants.** | ) |

### DEFENDANT RUST'S MOTION FOR SUMMARY JUDGMENT

COMES NOW the Defendant, Rust Constructors, Inc., and pursuant to Rule 56 of the Federal Rules of Civil Procedure, respectfully moves this Honorable Court to enter summary judgment on all counts against the Defendant. This Motion for Summary Judgment is based upon:

1. The pleadings in this action.

2. The Statement of Undisputed Facts contained in the Brief in Support of Motion for Summary Judgment filed contemporaneously herewith.

3. The Evidentiary Submission in Support of the Motion for Summary Judgment filed contemporaneously herewith.

WHEREFORE, THE PREMISES CONSIDERED, Defendant, Rust Constructors', respectfully requests, pursuant to Rule 56 of the Federal Rules of Civil Procedure, that Summary Judgment be entered in its favor on all counts as a matter of law and against the plaintiff.

                                                /s/ C. Winston Sheehan, Jr.
                                                C. WINSTON SHEEHAN, JR.
                                                Attorney for Defendant, Rust Constructors, Inc.

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
Phone:  (334) 387-7680
Fax:     (334) 387-3222

## CERTIFICATE OF SERVICE

      I hereby certify that on February 21, 2007, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by U.S. mail:

Parker C. Johnston, Esq.
Attorney at Law, L.L.C.
3090 Alabama Hwy. 14
P. O. Box 1207
Millbrook, AL  36054

Bethany Rolger, Esq.
Robert Ward, Esq.
Rushton, Stakely, Johnston & Garrett, P.A.
P. O. Box 270
Montgomery , AL 36101-0270

                                      /s/ C. Winston Sheehan, Jr.
                                      OF COUNSEL