**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **LONNIE GANT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 2:06-CV-1018** |
| | ) | |
| **HYUNDAI MOTOR MANUFACTURING** | ) | |
| **LLCL, RUST CONTRUCTORS, INC.,** *et al,* | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANT RUST CONSTRUCTORS' EVIDENTIARY SUBMISSION IN SUPPORT
OF MOTION FOR SUMMARY JUDGMENT**

**COMES NOW** the Defendant, Rust Constructors', and makes the following Evidentiary

Submission in support of the Motion for Summary Judgment contemporaneously filed herewith.

1.    The Affidavit of Ron Cross.

2.    Defendant Hyundai Motor Manufacturing Alabama, LLC's Response to Plaintiff's

First Set of Interrogatories.

3.    HMMA Contractor Safety Security and Fire Protection Handbook attached to

Defendant Hyundai Motor Manufacturing Alabama, LLC's Response to Plaintiff's First Request

for Production as Bates Stamp labeled HMMA 0577 - HMMA 0646.

/s/ C. Winston Sheehan, Jr.
C. WINSTON SHEEHAN, JR.,
Attorney for Defendant, Rust Constructors, Inc.

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
Phone:  (334) 387-7680
Fax:     (334) 387-3222

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2007, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by U.S. mail:

Parker C. Johnston, Esq.
Attorney at Law, L.L.C.
3090 Alabama Hwy. 14
P. O. Box 1207
Millbrook, AL  36054

Bethany Rolger, Esq.
Robert Ward, Esq.
Rushton, Stakely, Johnston & Garrett, P.A.
P. O. Box 270
Montgomery , AL 36101-0270

/s/ C. Winston Sheehan, Jr.
OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LONNIE GANT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:06-CV-1018 |
| | ) | |
| HYUNDAI MOTOR MANUFACTURING | ) | |
| LLCL, RUST CONTRUCTORS, INC., *et al*, | ) | |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT OF RONALD CROSS

STATE OF ALABAMA
COUNTY OF JEFFERSON

BEFORE ME, the undersigned authority, personally appeared Ronald Cross, who is known to me, and who being by me first duly sworn, states under oath the following:

My name is Ronald Cross. I am a resident of the State of Alabama, over the age of 18-years and competent to testify to the matters averred herein.

I was and have been employed at all material times hereto by Rust Constructors, Inc. (hereinafter "Rust") as the Corporate Director of Safety and Health for Rust and all of their projects to include the Hyundai Motor Manufacturing of Alabama Facility (hereinafter "Hyundai"), located in Hope Hull, Montgomery County, Alabama.

On September 24, 2004, Rust was no longer doing business in Hope Hull, Montgomery County, Alabama. Rust had served as the construction manager overseeing some of the construction of Hyundai up until March of 2004. Rust did not award or execute a subcontract on behalf of Hyundai to American Industrial, Inc. The last subcontract bid by Rust for Hyundai was turned over to Hyundai in June 2004. There were no Rust employees on site in Hope Hull, Alabama on September 24, 2004.

RON CROSS

Before me, the undersigned Notary Public, did personally appear Ron Cross, who states to me that he is aware of the contents of the foregoing Affidavit and that he did execute same voluntarily.

Sworn to and subscribed before me on this _19th_ day of _January_, 2007.

_Mildred W. Vinson_
NOTARY PUBLIC
Commission Expires: _6-14-2010_

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LONNIE GANT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:06-cv-1018-MEF |
| | ) | |
| HYUNDAI MOTOR | ) | |
| MANUFACTURING ALABAMA, | ) | |
| LLC; RUST CONSTRUCTORS, | ) | |
| INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC'S RESPONSE TO PLAINTIFF'S FIRST SET OF INTEROGATORIES

COMES NOW the Defendant, Hyundai Motor Manufacturing Alabama,

LLC (hereinafter "HMMA"), and in answer to interrogatories served with the

complaint states as follows:

## PROTECTIVE ORDER

1.      Pursuant to the court's protective order dated December 12, 2006, any and

all files produced by the Defendant containing personnel, trade secret, copyright,

commercial, or other legally protected information are deemed to be confidential

documents and shall be used by the Plaintiff only for this action and for no other

purpose.

2.    The contents of the documents identified in paragraph 1 shall not be communicated in any way to anyone other than this Court and counsel for the parties in this action, except as provided in the protective order.

## **GENERAL OBJECTIONS**

To the extent applicable, the following are incorporated in the responses to each individual interrogatory:

1.    HMMA objects generally to these interrogatories to the extent they seek information which is not within HMMA's possession, custody or control. These responses are made on behalf of HMMA only. HMMA objects to this discovery to the extent it seeks information from any other individual or entity.

2.    HMMA objects generally to these interrogatories to the extent they are not properly narrowed in scope and time, capable of misinterpretation, unduly burdensome, and seek information which is not reasonably calculated to lead to the discovery of admissible evidence.

3.    HMMA objects generally to these interrogatories to the extent they seek information concerning matters subsequent to the date of the incident alleged in the Complaint on the grounds that such interrogatories are overly broad, unduly burdensome and seek information which is not relevant to the issues raised by the

claims in defenses of any party, and are not reasonably calculated to lead to the discovery of admissible evidence.

4.    HMMA objects to Plaintiff's First Interrogatories because discovery is in its initial stages, certain requests for information are premature, and HMMA has not had the opportunity to fully conduct discovery or depose the Plaintiff.

## INTERROGATORY RESPONSES

1.    Identify the exact location and building at the Hyundai plant where the accident occurred which is the subject of this action.

**Response:   Within the immediate vicinity of Column C-8 and Column D-8 of the General Assembly Building in the cockpit lift station.**

2.    State the name and address of the owner of the premises where the accident occurred.

**Response:   Hyundai Motor Manufacturing Alabama, LLC, 700 Hyundai Boulevard Montgomery, Alabama 36105-9622.**

3.    State the name and address of the general contractor for construction of the Hyundai plant as of September 24, 2004.

**Response:  This defendant objects to this interrogatory as phrased. However, without waiving said objection, Eisenmann Corporation (150 East Dartmoor Drive, Crystal Lake, IL 60014) was the contractor for the installation**

of the assembly line turn-key project which included the conveyor system involved in this incident.

4.    State the name and address of any person, corporation, or entity responsible for any aspect of workplace safety at the Hyundai plant during its construction up to and including September 24, 2004.

**Response:  This defendant objects to this interrogatory as phrased as it requests information which is irrelevant, immaterial, voluminous, overly broad, burdensome and not reasonably calculated to lead to discoverable or admissible evidence.  However, without waiving said objection, at the time of this incident, both Eisenmann and its sub contractors were responsible for the safety of their employees associated with this project.**

5.    State the name and address of the person, corporation, or entity that manufactured the man lift which is the subject of this action.

**Response:  This defendant objects to interrogatory number 5 as phrased. However, upon information and belief, the man lift referenced in this request was leased from NationsRent by Eisenmann or American Industrial Contractors, LLC. The manufacturer is unknown to this defendant at present. This incident occurred in the cockpit lift station.**

6.    State the name and address of each and every person, corporation, or

entity that installed or participated in the installation of the man lift.

**Response:   This defendant objects to interrogatory number 6 as phrased. However, without waiving said objection, upon information and belief, the man lift was leased by Eisenmann or American Industrial Contractors, LLC to be used at the job site in the cockpit lift assembly area.**

7.    State the name and address of each and every person who was with the plaintiff or otherwise on the premises where the plaintiff's accident occurred at the time of said accident.

**Response:   This defendant cannot specifically state who was with the plaintiff at the time of the accident at issue. However, upon information and belief, Mr. Louis Turner (a co-employee of American Industrial Contractors, LLC) and Mr. Jacques Lauzon (site supervisor and employee of Eisenmann) were in the area prior to and right after the incident.**

8.    State the name and address of each and every person, corporation, or entity that has knowledge of the condition of the man lift as it existed at the time of the accident on September 24, 2004.

**Response:   This defendant objects to interrogatory number 8 as phrased. However, without waiving said objection, this defendant is unaware of any "condition" of the man lift which was equipment leased from NationsRent by**

Eisenmann or American Industrial Contractors, LLC.

9.    State the name and address of each and every person, corporation, or entity (including, but not limited to, the Occupational Safety and Hazard Administration) who has performed any study, test, evaluation, or investigation of the plaintiff's accident.

**Response:   This defendant objects to interrogatory number 9 on the basis that it requests information and material which is attorney-work product and information that was obtained in anticipation of litigation.  However, without waiving said objection, HMMA's contract security vendor, Don Terry & Associates (hereinafter "DTA"), and Eisenmann did perform an investigation.**

10.    State the name and address of each and every person, corporation, or entity (including, but not limited to, the Occupational Safety and Hazard Administration) who has performed any study, test, evaluation, or investigation of the man lift involved in the plaintiff's accident.

**Response:  This defendant objects to interrogatory number 10 on the basis that it requests information and material which is attorney-work product and information that was obtained in anticipation of litigation.  However, without waiving said objection, HMMA's contract security vendor, DTA, and Eisenmann did perform an investigation.    OSHA did not perform an investigation of this**

accident.  See response to Request for Production number 15.

11.    State the name and address of each and every person, corporation, or entity (including, but not limited to, the Occupational Safety and Hazard Administration), who has prepared any written report, notes, or memoranda of any kind or description whatsoever concerning the plaintiff's accident.

**Response:  This defendant objects to interrogatory number 11 as phrased and based upon a request for information which is a result of attorney-work product and materials done in anticipation of litigation.  However, without waiving said objection, both DTA and Eisenmann did an accident report of this event.**

12.    State the name and address of each and every person who witnessed the plaintiff's accident, and the employer of each such person.

**Response:   This defendant is unaware of any eyewitnesses to the plaintiff's accident.**

13.    State the name, address, and employer of each and every person who was present at the accident scene immediately after the accident and before the plaintiff was transported away from the accident scene by ambulance.

**Response:   Upon information and belief, the following entities and individuals were at the scene of the accident:**

1)   HMMA:  Andy Dishman, Stephen Wilson;

2)   Eisenmann:  Jacques Lauzon, Randy Austin;

3)   Fagen:  Tim Henderson, L. Schweiger (sic), Maria Flores;

4)   American Industrial Contractors, LLC: Lonnie Gant, Louis Turner, Arthur Cox and Jimmy Smith.  **This defendant reserves the right to supplement this response.**

14.   State the name, address, and employer of each and every person who has taken any photographs of the scene of the plaintiff's accident at the time of the accident and at any time thereafter.

**Response:  This defendant objects to interrogatory number 14 on the basis that it requests information that may be the result of work product or performed in anticipation of litigation.  However, without waiving said objections, photographs were taken by HMMA's employee, Andy Dishman.**

15.   State the name and address of each and every person, corporation, or entity, who has prepared any written report, notes, or memoranda of any kind or description whatsoever concerning the plaintiff's accident.

**Response:   See responses to interrogatory numbers 9 and 10.**

16.   State the name, address, and employer of each and every person who has taken any photographs of the man lift at the time of the accident and at any time

– 8 –

thereafter.

**Response:** This defendant objects to interrogatory number 16 as phrased. See response to interrogatory number 14.

17.    State the name, address, and employer of any project manager, superintendent, foreman, or any other person, who was in a supervisory capacity over the plaintiff at the time of the accident.

**Response:  Upon information and belief, the plaintiff's supervisors were Chester Jacobs and Arthur Cox of American Industrial Contractors, LLC.**

**The undersigned submits these responses for and on behalf of HMMA, but further states that the facts set forth in such answers are not within his personal knowledge, having been assembled and compiled within the employ of HMMA, as to which facts he is informed and believes the same to be true.**

Hyundai Motor Manufacturing Alabama, LLC

By: _____

**Jae Rok Lee**
**Its Secretary**

STATE OF ALABAMA                    }

COUNTY OF MONTGOMERY                }

     I, the undersigned authority, a Notary Public in and for said State and County, hereby certify that _____Jae Rok Lee_____ whose name is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that being informed of the contents of said instrument, he/she executed the same voluntarily on the day the same bears date.

    GIVEN under my hand and official seal of office this the 25th day of _January_, 2007.

(S E A L)

_____
NOTARY PUBLIC
My Commission Expires: 11/21/07

_____
ROBERT C. WARD, JR. (asb-5442-d65r)
BETHANY L. BOLGER (asb-6740-e60b)
Attorneys for Defendant Hyundai Motor
Manufacturing Alabama, LLC

Of Counsel:

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama   36101-0270
(334) 206-3229 (Ward phone)
(334) 206-3194 (Bolger phone)
(334) 481-0828 (Ward fax)
(334) 481-0821 (Bolger fax)
rcw@rsjg.com (Ward e-mail)
bbolger@rsjg.com (Bolger e-mail)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing document upon the following by placing a copy of the same in the United States Mail, first class postage prepaid and properly addressed on this the _26_ day of _January_, 2007.

Parker C. Johnston, Esq.
Attorney at Law, LLC
Post Office Box 1207
Millbrook, Alabama 36054

C. Winston Sheehan, Jr., Esq.
Ball, Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, Alabama 36102-2148


OF COUNSEL

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LONNIE GANT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:06-cv-1018-MEF |
| | ) | |
| HYUNDAI MOTOR | ) | |
| MANUFACTURING ALABAMA, | ) | |
| LLC; RUST CONSTRUCTORS, | ) | |
| INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC'S RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION

COMES NOW the Defendant, Hyundai Motor Manufacturing Alabama, LLC (hereinafter "HMMA"), and in answer to plaintiff request for production served with the complaint, states as follows:

### PROTECTED DOCUMENTS

1.      Pursuant to the court's protective order dated December 12, 2006, any and all files produced by the Defendant containing personnel, trade secret, copyright, commercial, or other legally protected information are deemed to be confidential documents and shall be used by the Plaintiff only for this action and for no other purpose.

2.    The contents of the documents identified in paragraph 1 shall not be communicated in any way to anyone other than this Court and counsel for the parties in this action, except as provided in the protective order.

## GENERAL OBJECTIONS

To the extent applicable, the following are incorporated in the response to each individual request:

1.    HMMA objects generally to these Requests for Production of Documents to the extent they seek information that is not within HMMA's possession, custody or control. These responses are made on behalf of HMMA only. HMMA objects to this discovery to the extent it seeks information from any other individual or entity.

2.    HMMA objects generally to these Requests for Production of Documents to the extent they are not properly narrowed in scope and time, capable of misinterpretation, unduly burdensome, and seek information that is not reasonably calculated to lead to the discovery of admissible evidence.

3.    HMMA objects generally to these Requests for Production of Documents to the extent they seek information concerning matters subsequent to the date of the incident alleged in the Complaint on the grounds that such Requests for Production of Documents are overly broad, unduly burdensome and seek

information which is not relevant to the issues raised by the claims in defenses of

any party, and are not reasonably calculated to lead to the discovery of admissible

evidence.

4.    HMMA objects to Plaintiff's First Request for Production of

Documents because discovery is in its initial stages and because certain requests for

information are premature since HMMA has not had the opportunity to conduct

discovery and/or depose the Plaintiff.

## DISCOVERY RESPONSES

1.    Produce copies of any and all photographs of the building where the

accident occurred which is the subject of this action.

**RESPONSE:    This defendant objects to request number 1 on the basis that**

**it is irrelevant, immaterial, unduly burdensome, overly broad, vague and not**

**reasonably calculated to lead to admissible evidence.  However, without waiving**

**said objections, attached you will find photographs taken of the area and location**

**of the incident attached herein and Bates Stamp labeled HMMA 1 thru HMMA**

**61.**

2.    Produce copies of any and all photographs of the man lift which was

involved in the plaintiff's accident, including all photographs taken before the accident

and after the accident.

– 3 –

**RESPONSE:** This defendant objects to request number 2 as phrased. However, without waiving said objection, please see response to request for production number 1 which entails the cockpit lift area and equipment where this accident occurred.

3.    Produce copies of any and all photographs taken of plaintiff Lonnie Gant at any time.

**RESPONSE:** American Industrial Employee Badge dated 8/4/05 depicting Lonnie Gant attached herein and Bates Stamp labeled HMMA 37.

4.    Produce copies of any and all videotapes taken of plaintiff Lonnie Gant at any time.

**Response:** This defendant does not have any video tapes responsive to this request.

5.    Produce copies of any and all photographs taken concerning any investigation of the plaintiff's accident.

**Response:** See responses to request for production numbers 1 and 2.

6.    Produce copies of any and all diagrams of the building which show the location of the man lift at the time of the accident.

**RESPONSE:** This defendant objects to request number 6 as phrased. However, without waiving said objection, please see attached documents Bates

Stamp labeled HMMA 0647 thru HMMA 0649-B which illustrate the location of the cockpit lift area where the accident at issue occurred.

7.    Produce copies of any and all correspondence, memoranda, reports and all other written communication to and from the Occupational Safety and Hazard Administration concerning the accident.

**Response:    This defendant has no such documents applicable to this request and is not aware of an OSHA investigation involving this accident.**

8.    Produce copies of any and all findings submitted by OSHA concerning the accident.

**Response:    See response to production request number 7.**

9.    Produce copies of any and all appeals filed by Hyundai for any violations or citations issued by OSHA concerning the accident.

**Response:    See response to production request number 7.**

10.    Produce copies of all documents and records which evidence any fines paid to OSHA for any and all citations or violations issued concerning the accident.

**Response:    See response to production request number 7.**

11.    Produce copies of any and all engineering reports which pertain to the building where the accident occurred.

**Response:    This defendant objects to request number 11 on the basis that it**

is irrelevant, immaterial, unduly burdensome, overly broad, vague and not reasonably calculated to lead to admissible evidence.

12.   Produce copies of any and all safety plans, regulations, handbooks, memoranda, and procedures, pertaining to construction of the Hyundai plant which were in effect at the time of the accident.

**Response:   This defendant objects to request number 12 as phrased on the basis that it is vague, overly broad, unduly burdensome and non-specific to the accident at issue.   However, without waiving said objection, please see the attached documents:  Eisenmann Safety Manual – Bates Stamp labeled HMMA 62 thru HMMA 258; Eisenmann Safety Instructions for Repair of Lifting Station - Bates Stamp labeled HMMA 259 thru HMMA 270; Specifications for Cockpit Delivery System -  Bates Stamp labeled HMMA 271 thru HMMA 291; and HMMA Safety Manual  - Bates Stamp labeled HMMA 577 thru HMMA 646.**

13.   Produce copies of all notes, agreements, contracts, memoranda, and documents of any kind or description whatsoever pertaining to workplace safety at the Hyundai premises as of the date of the plaintiff's accident.

**Response:   This defendant objects to request number 13 on the basis that it is irrelevant, immaterial, unduly burdensome, overly broad, vague and not reasonably calculated to lead to admissible evidence.  However, without waiving**

said objection, please refer to response to production request number 12.

14.   Produce copies of all notes, sign-in sheets, and documents and writings of any kind or description whatsoever relating to all safety meetings held by Hyundai or by any other person, firm, corporation, or entity regarding or pertaining to construction of the Hyundai plant.

**Response:   This defendant objects to request number 14 on the basis that it is irrelevant, immaterial, unduly burdensome, overly broad, vague and not reasonably calculated to lead to admissible evidence.  However, without waiving said objection, please refer to the HMMA Contractor New Hire Orientation Sign-In Sheet attached hereto and Bates Stamp labeled HMMA 304.**

15.   Produce copies of any and all correspondence, memoranda, notes, reports, and any other writings or documents of any kind or description whatsoever concerning the plaintiff's accident, generated between Hyundai and any other person or entity, specifically including but not limited to, Rust Constructors, Inc., any subcontractors, and OSHA.

**Response:   This defendant objects to request number 15 on the basis on the basis that requests information that is the result of attorney-work product, information gathered in anticipation of litigation and is overbroad and not specific to the accident at issue.  However, without waiving said objection, please**

refer to the incident reports attached hereto and performed by Eisenmann (Bates Stamp labeled HMMA 292 thru HMMA 294), the Contractor's Daily Progress Report by Eisenmann (HMMA 0576) and Don Terry & Associates (DTA) (Bates Stamp labeled HMMA 295 thru HMMA 303).

16.    Produce copies of all in-house correspondence, memoranda, notes, reports, and any other writings or documents of any kind or description whatsoever of Hyundai Motor Manufacturing Alabama, LLC concerning the plaintiff's accident.

**Response:   This defendant objects to request number 16 on the basis that it requests information that is the result of attorney-client privilege and matters performed in anticipation of litigation.   However, without waiving said objections, please refer to response to request number 15.**

17.    Produce copies of all contracts between Hyundai and Rust Constructors, Inc. pertaining to construction of the Hyundai plant.

**Response:   This defendant objects to request number 17 on the basis that it is irrelevant, immaterial, unduly burdensome, overly broad, vague and not reasonably calculated to lead to admissible evidence.**

18.    Produce copies of all contracts, purchase orders, invoices, and any other documents or records, between Hyundai and any person, firm, corporation, or entity which concern or pertain to the man lift involved in the plaintiff's accident.

Response:  This defendant objects to request number 18 as phrased. However, without waiving said objection, this defendant does not have in its possession any contract referencing a man lift piece of equipment. However, in an effort to fully respond to this request, attached is a copy of the contract between HMMA and Eisenmann for the General Assembly Line-Turn Key Project identified as Contract Number TR 20035001 and Bates Stamp labeled HMMA 370 thru HMMA 575.

19.    Produce copies of all safety training materials which relate to construction of the Hyundai plant.

Response:   This defendant objects to request number 19 on the basis that it is irrelevant, immaterial, unduly burdensome, overly broad, vague and not reasonably calculated to lead to admissible evidence.

20.    Produce copies of all inspection reports which relate to construction of the building and premises where the plaintiff's accident occurred.

Response:   This defendant objects to request number 20 on the basis that it is irrelevant, immaterial, unduly burdensome, overly broad, vague and not reasonably calculated to lead to admissible evidence. However, without waiving said objections, please refer to refer to response number 15 to plaintiff's request for production of documents.

21.    Produce copies of all standards, rules, requirements, instructions, and like materials which pertained to operation of the man lift involved in the plaintiff's

accident.

**Response:   This defendant objects to request number 21 on the basis that it is irrelevant, immaterial, unduly burdensome, overly broad, vague and not reasonably calculated to lead to admissible evidence. Further, there are no such documents relative to the man lift are in our possession. Upon information and belief, a man lift was leased by Eisenmann or American Industrial Contractors, LLC for use in this area.**

22.   Produce copies of any and all indemnification agreements between Hyundai and Rust Constructors, Inc. in effect at the time of the plaintiff's accident.

**Response:   This defendant objects to request number 22 on the basis that it is irrelevant, immaterial, unduly burdensome, overly broad, vague and not reasonably calculated to lead to admissible evidence.   This defendant refers to previous responses 1, 2 and 6.**

23.   Produce or make available for inspection by the plaintiff, the plaintiff's attorney, and any expert or consultant hired by the plaintiff, the man lift involved in the plaintiff's accident.

**Response:   No such equipment is in possession of this defendant.**

24.   Make available for inspection by the plaintiff, the plaintiff's attorney, and any expert or consultant hired by the plaintiff, the building at the Hyundai plant where the plaintiff's accident occurred.

**Response:   This defendant objects to request number 24 on the basis that it**

– 10 –

is irrelevant, immaterial, an invasion of proprietary interests, is unduly burdensome, overly broad, and not reasonably calculated to lead admissible evidence.

25.    If not already produced pursuant to an above request, then provide copies of (or, if applicable, make available for inspection) any and all writings, reports, documents, photographs, videotapes, audiotapes, items, and things of any kind or description whatsoever which pertain to or otherwise touch upon the plaintiff's accident in this matter.

**Response:   Please see previous above responses.**

ROBERT C. WARD, JR. (asb-5442-d65r)
BETHANY L. BOLGER (asb-6740-e60b)
Attorneys for Defendant Hyundai Motor
Manufacturing Alabama, LLC

Of counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama  36101-0270
(334) 206-3229 (Ward phone)
(334) 206-3194 (Bolger phone)
(334) 481-0828 (Ward fax)
(334) 481-0821 (Bolger fax)
rcw@rsjg.com (Ward e-mail)
bbolger@rsjg.com (Bolger e-mail)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing document upon the following by placing a copy of the same in the United States Mail, first class postage prepaid and properly addressed on this the _26_ day of _January_, 2007.

Parker C. Johnston, Esq.
Attorney at Law, LLC
Post Office Box 1207
Millbrook, Alabama 36054

C. Winston Sheehan, Jr., Esq.
Ball, Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, Alabama  36102-2148


_____
OF COUNSEL



**Hyundai Motor Manufacturing
Alabama, L.L.C.**

Contractor
Safety, Security and Fire
Protection Handbook

Montgomery, Alabama

6/04

2:06-cv-1018
HMMA  0577

EMERGENCY PHONE NUMBERS

*TO REPORT ANY EMERGENCY*
FIRE
MEDICAL
SAFETY
SECURITY
ENVIRONMENTAL
CALL HMMA SECURITY
(334) 387- 8900

---

For Permit Authorization,
or general information,
**Call HMMA Security**
Non-Emergency (334) 387-8901
Have a safety concern?
Call the Contractor Safety Tip Line
(334) 387- 8902
NOTE: To call from a cellular phone,
or other phones not on the HMMA PBX System,
you must first dial 387, then the number.

2:06-cv-1018
**HMMA** 0578

TABLE OF CONTENTS

WELCOME TO HYUNDAI                                iii

ORIENTATION PROCEDURES                           1
SAFETY RESPONSIBILITIES                           2-3
INCIDENT REPORTING                                3-4
DISCIPLINARY PROCEDURES                           4-7
CONFLICT RESOLUTION                               6
JOB SAFETY ASSESSMENT                             7
CONTRACTOR SAFETY TRAINING                        8
CONTRACTOR SAFETY SUBMITTAL
REQUIREMENTS                                      9

SAFETY RULES

COMPRESSED AIR                                    10
COMPRESSED GAS CYLINDERS                          10-11
CONFINED SPACE ENTRY PERMITS                      11-13
CONSTRUCTION SITE REQUIREMENTS

            DUST CONTROL                          13
            HOUSEKEEPING                          14
            ILLUMINATION                          14
            POTABLE WATER                         14
            SANITATION                            15
            SIGNS, SIGNALS AND
            BARRICADES                            15-16
            MONITORING OF
            CONSTRUCTION SITE                     16-17
CRANES, DERRICKS, HOISTS, ELEVATORS &
CONVEYORS                                         17-19
ELECTRICAL SAFETY

            OVERHEAD LINES                        19-20
            GROUND FAULT CIRCUIT
            INTERRUPTERS                          20
            TEMPORARY WIRING
            REQUIREMENTS                          20-21
EMERGENCY ACTION PROCEDURES                       21-23
ENVIRONMENTAL                                     23
ERGONOMICS                                        24
EXCAVATIONS AND TRENCHING                         25-26
FALL PROTECTION                                   26-27
FIRE PROTECTION AND PREVENTION                    27-28

HAND AND POWER TOOL SAFETY    28
HAZARD COMMUNICATION    28-29
HELICOPTER LIFT PROCEDURES    30-31
HOT WORK PERMITS    31-32
LOCKOUT / TAGOUT POLICY    32-37
MACHINE GUARDING    37
MARINE OPERATIONS    38
MATERIAL HANDLING    38
MOTOR VEHICLES/MECHANIZED
EQUIPMENT    38-39
PERSONAL PROTECTIVE EQUIPMENT    40
POWERED PLATFORMS, MANLIFTS, AND VEHICLE

MOUNTED WORK PLATFORMS    41-43
POWDER ACTUATED TOOLS    43
SCAFFOLDING    43-44
SMOKING/TOBACCO USE POLICY    45
STAIRWAY/LADDER SAFETY    45-47
STRUCTURAL STEEL ERECTION    47-48
WALKING/WORKING SURFACES    48-49
WELDING/CUTTING/BRAZING    49-52
GRATING REMOVAL POLICY    52

SECURITY RULES
    GENERAL    53
    SITE SECURITY    53
    CONTROL OF CONTRACTOR'S
PERSONAL TOOLS    53-54
    IDENTIFICATION OF CONTRACTORS    54
    ISSUANCE AND USE OF PHOTO
IDENTIFICATION BADGES    54-55
    VEHICLE CONTROL    55-56
    CRIMINAL PROSECUTION    56
    FIRE PREVENTION/REPORTING    56-57
    SITE SECURITY RULES    57
ADDITIONAL INFORMATION
DEFINITIONS    59-62
BARRICADES AND FALL PROTECTION    63
HOT WORK PERMIT    64
GRATING REMOVAL CHECKLIST    65

Welcome to Hyundai Motor Manufacturing Alabama, LLC. Our goal is to provide a safe and hazard-free workplace for all visitors, contractors, team members and other individuals here at Hyundai. Preventing accidents in our facility, and proper attention to safe practices by all of us will help achieve and maintain the goal. Remember, safety is our number one priority here at Hyundai.

All Contractors must attend Safety Orientation before starting working on the site. Badges will be issued only to Contractors who have successfully completed the Safety Orientation.

This handbook is a reference to assist you in making your job and the job of your fellow team members safe from accidents and injury. The rules and statements here provide broad coverage for safe practices. You are to interpret each line, statement or phrase in this handbook as basic guidelines. The term basic should also be considered to mean minimum. You are encouraged to think about details surrounding any circumstance that indicates the need for further detailed actions. When you have questions concerning safety practices, policies or procedures, do not hesitate to call HMMA Safety. In addition to site rules, many areas of our facility have specific safety rules, methods and procedures with which you must comply. Be certain you know and understand these before beginning any work. (For further information contact HMMA Safety.)

Contractors doing work here at HMMA are governed by the regulations of **29 CFR 1926 – OSHA Regulations for the Construction Industry and 29 CFR 1910 – OSHA Regulations for General Industry.** HMMA employees will be working under the standards for General Industry, **29 CFR 1910** and under **29 CFR 1926** when in construction areas.

Remember that your employer has primary responsibility for your safety and shall be responsible for compliance with all HMMA, Local, State, and Federal standards and requirements (OSHA, NFPA, ANSI, EPA).

Issuance of this information shall in no way be deemed or interpreted as the assumption of responsibility or liability by Hyundai Motor Manufacturing Alabama, LLC

RIENTATION PROCEDURES

1.1.  All Contractors shall attend Safety Orientation before
      working on the site. Orientation is approximately 2 hours.
      1.1.1.      Contractor must attend orientation annually. An
                  applicant may be re-badged if it has been less than 12
                  months since he has attended orientation, and there
                  are no other reasons to deny a badge.

1.2.  Safety, Security and Environmental Orientation will be
      conducted as follows:
      1.2.1.      Orientation is given at the trailer marked Safety –
                  New Hire Orientation and located in Trailer City,
                  Monday through Friday at 6:30 a.m. Anyone arriving
                  after an orientation session starts will not be admitted.
                  Personnel attending orientation shall be properly
                  attired. Refer to Personal Protective Equipment
                  Section of this manual.
      1.2.2.      Contractors must be in the orientation trailer before
                  6:15 a.m. for processing. Re-badge applicants should
                  report at 6:00 a.m.
      1.2.3.      All Contractors shall provide Certificates of
                  Insurance to prove appropriate coverage for
                  Automobile Insurance and Worker's Compensation
                  Insurance. Contractors not in the HMMA OCIP
                  program shall also provide Certificates for General
                  Liability and Worker's Compensation Insurance.
                  Certificates of Insurance shall be provided to HMMA
                  Safety before Contractors will be admitted to
                  orientation. Contractors will not be allowed to work
                  on HMMA property without the appropriate insurance
                  coverage in place.
      1.2.4.      A fully completed ID BADGE REQUEST FORM
                  must be submitted before the Contractor will be issued
                  a badge, whether for initial orientation, 12-month
                  refresher, or re-badging. The Contractor Employer
                  must provide a list of Contractors attending
                  orientation before the beginning of orientation. If an
                  individual is not on the contractor's list, they will not
                  be admitted to orientation. Contractors shall then be
                  issued a HMMA Safety and Security Contractor
                  Handbook.

2:06-cv-1018
**HMMA   0582**

1

CONTRACTORS' SAFETY RESPONSIBILITIES

1.3   General/Prime Contractor

1.3.1 General/Prime Contractor(s) shall be responsible
for the safety of their personnel and shall be
responsible for compliance with all HMMA, Local,
State, and Federal standards and requirements.
General/Prime Contractor(s) must provide a full
time onsite construction safety coordinator, on all
shifts for their employees and any subcontractors
with fewer than 15 employees, that is
knowledgeable in safety and how it applies to
construction.      This   knowledge   may   be
demonstrated through experience and education
such as:

1)   OSHA 30-hour certification in Construction
Safety and Heath with experience in safety

2)   Safety related degree + safety experience
or

3)   A proven prior record at HMMA in the
construction safety field.

General/Prime Contractor shall submit a resume for this
person to HMMA Safety for approval before the
coordinator beginning on site. This safety person and all
supervisory personnel must attend all HMMA Safety
Classes within the first two weeks of their arrival on site.
Additionally, Safety Coordinators must attend these
classes quarterly as a review. Contractors shall not
release the Site Safety Specialist without prior approval
of HMMA Safety.

4 Subcontractors

1.4.1 Subcontractors shall be responsible for the safety of their
personnel and compliance with all HMMA, Local, State,
and Federal laws and regulations, including but not
limited to the Occupational Safety and Health Act,
Subcontractor(s) must provide a competent On-Site, Full
Time, Safety Coordinator, when their estimated
manpower count is to reach 15 or more, who shall be

2

responsible for compliance with HMMA Site Safety Rules and Regulations. This person shall be knowledgeable in 29 CFR 1926 and those parts of 29 CFR 1910 that are applicable to construction. Having this person in no way absolves a foreman or supervisor of responsibility in planning his/her work safely and the enforcement of all safety rules on the project. General Contractor(s) shall have the responsibility of approving competent subcontractor safety personnel.

1.5    General Contractors shall submit a written Site Specific Safety Program that demonstrates a level of control by the General Contractor over their subcontractors and addresses all items listed in this document. This Program shall be submitted to HMMA Safety one week before the Contractor begins work on the project. HMMA Safety reserves the right to reject any portion of the General Contractor's Site Specific Safety Program.

## INCIDENT REPORTING

1.1.    The procedure for accessing Medical Treatment shall be as follows:

    1.1.1.    To report a serious accident or serious injury, contact Security, 387-8900, identify yourself as a Contractor. Give the location using the column location, building number, type of suspected injury and the number of people involved. Security will dispatch and escort an ambulance to the injured Contractor if necessary.

    1.1.2.    Wait for instructions. If calling by phone, DO NOT hang up until you are told to by the person to whom you are speaking. All accidents, injuries and injury-free incidents must be reported immediately to your supervisor and the Construction Safety Department. This preliminary report must be in writing. Additionally, any non-emergency incident during non-regular work hours must be reported to HMMA Security at 387-8901.

2:06-cv-1018
**HMMA  0584**

3

1.2. A copy of the Incident Report, complete with sketches and countermeasures, and the Employer's First Report of Injury shall be completed and submitted to HMMA Safety within 24 hours of the incident.

    1.2.1. Contractors shall also submit any additional reports as required by HMMA.

1.3. Contractors must maintain their own OSHA 300 Log.

1.4. HMMA's Medical Center Facility may be used by Contractors for emergency medical treatment only if a designated medical facility for contractors (medical trailer) is not available.

1.5. Contractors shall maintain First Aid Kits and supplies at the Contractor sites. HMMA shall have no liability for the use or administration of supplies from Contractor First Aid Kits.

## DISCIPLINARY PROCEDURES FOR SAFETY VIOLATIONS

1.1. HMMA may notify the Contractor's Safety Representative if it becomes aware of any violation of Site Rules or Procedures committed by the Contractor.

1.2. Each Contractor will immediately notify HMMA Safety if its employee has violated any Site Rules or Procedures.

1.3. Contractors will take adequate corrective or disciplinary action whenever necessary to prevent site violations. Contractor will inform HMMA Safety of actions taken regarding safety and security matters.

1.4. There are two types of Violations requiring disciplinary action:
- Minor Violations
- Major Violations

1.5 Examples of Minor Violations include, but are not limited to, the following:
- Failure to wear hardhat, safety glasses or other PPE where required.

4

2:06-cv-1018
**HMMA** 0585

      °     Failure to abide by posted safety signs or
             warnings.
      °     Failure to report an injury, accident, or
             injury-free incident.

1.6    When a minor violation is observed, Contractor will:

    1.6.1  Advise HMMA Safety
    1.6.2  Obtain the Employee's badge.
    1.6.3  Advise HMMA and Security that the Contractor has
    been cited for a violation.
    1.6.4  Contractor shall impose the following for Minor
    violations:

1st Offense -- Contractor may finish his/her shift, depending upon
          the nature of the violation, but must attend Safety
          Orientation before beginning the next shift. The
          Contractor's badge shall be reactivated after the
          Contractor completes the orientation session.
          Discipline may also include suspension of up to 29
          days.

2nd Offense – If committed within a twelve-month period from the
          first offense, the Contractor shall be expelled from
          HMMA property for a period of 30 days. If the
          Contractor does not commit another violation within
          12 months of the first violation, his/her safety record
          shall be cleared.

3rd Offense – If committed within a twelve-month period from the
          first offense, the Contractor may be permanently
          expelled from HMMA property.

1.7    Examples of MAJOR Violations of HMMA Safety Rules:
    °     Intentionally disabling a safety device
    °     Intentional violation of HMMA Fall Protection
          Rules
    °     Fighting on HMMA property
    °     Assaulting another person
    °     Sexual misconduct, sexual or other form of
          harassment, or public indecency

2:06-cv-1018
**HMMA** 0586

- Arson
- Intentional property damage
- Intentional violation of Hot Work, Confined Space, or LOTO Policy
- Robbery or burglary
- Perform work in standing water
- Criminal trespass
- Disorderly conduct
- Possession of a firearm or other deadly weapon on HMMA property
- Possession, sale, or use of alcoholic beverages or controlled substances
- Insubordination or failure to surrender badge when asked, by a HMMA Safety/Security Official
- A Supervisor or foreman intentionally instructing employee(s) to work in an unsafe manner or not enforcing the HMMA site safety policies.

1.8    FOR MAJOR VIOLATIONS, THE DISCIPLINARY PROCEDURE MAY BE PERMANENT DISMISSAL FROM HMMA PROPERTY ON THE FIRST OFFENSE.

1.9    When a major violation is committed; HMMA Safety shall contact HMMA Security, when security arrives, they will ask the Contractor for his/her badge and escort him/her to the gate.

1.10 Disciplinary procedure for using tobacco products outside of an authorized area is as follows:

   1st Offense -- 90 days dismissal from HMMA property.

   2nd Offense -- Permanent dismissal from HMMA property.

CONFLICT RESOLUTION

1.1.    Problems regarding Site Safety Regulations, Procedures or Site Permits shall be brought to the attention of HMMA Safety immediately.

1.2.    Joint meetings shall be held with the Contractor, Employee Representative, Project Engineer and HMMA

2:06-cv-1018
HMMA   0587

6

Safety, and any additional personnel required, for final resolution.

## JOB SAFETY ASSESSMENT

1.  Contractors shall conduct Job Safety Assessments (JSA's) for all line item schedule activities being performed by the contractor on a particular project at HMMA. Line item schedule activities not included would be any activities not physically being performed on the project. HMMA reserves the right to request that a JSA be performed for specific activities not addressed in the project schedule.

2.  Contractor(s) shall perform JSA's in regards to coordination of subcontractors in overlapping work areas, plans for maintaining adequate general conditions on the project and any items pertaining to Item 1 in this section.

3.  To better inform contractor management about JSA's, HMMA Safety has set the following guidelines concerning JSA's:

    - JSA's are to be performed by on site management personnel knowledgeable in the activity being planned and assessed.
    - JSA's shall be site specific and of good quality. JSA's that are completed in a haphazard manner will not be accepted by HMMA Safety for review
    - JSA's shall be updated if the scope of work changes for a particular activity and the new JSA submitted to HMMA Safety in a timely fashion

CONTRACTOR SAFETY TRAINING

All Contractors are required to provide specific safety training, as required by OSHA, to their employees. Contractors must conduct the training before their employees begins any work that specifically involves tasks covered by that particular training. The training shall be of the utmost quality and specifically cover the purpose for which it was intended.

Some examples of specific training that contractors should be performing are as follows:

- Fall protection and fall protection systems
- Fire extinguisher
- Confined Space
- Lock Out/Tag Out
- Ladders and Stairways
- Hazard Communication
- Mobile Equipment Operator
- Use of Personal Protective Equipment Including Respiratory Protection
- Use of Aerial and Scissors Type Lifts
- Powder Actuated Tools Use
- Laser Operators
- Job Safety Assessments
- Hot Work Permit System
- Supervisory Safety Training (minimum requirement being OSHA 10-hour Construction Outreach or equivalent).
- First Aid/CPR training

This list shall not be interpreted as the only training that is required by a particular law or OSHA standard. Copies of the training material and documentation shall be maintained by the contractor as required by law. Failure to provide training required by law or HMMA will be just cause for HMMA safety to shut down that particular portion of work until the requirements of this section have been met by the Contractor.

## CONTRACTOR SAFETY SUBMITTAL REQUIREMENTS

Contractors must submit the following items to HMMA Safety:

- Contractor Safety Questionnaire (5 days before Contractors attend orientation)
- Job Safety Assessments (Two (2) weeks before start of an activity)
- General Contractor Site Specific Safety Programs (5 days before start)
- Incident Reports (24 hours)
- Crane critical lift plans (Two (2) weeks before lift)
- Helicopter Lift Plans (Three (3) weeks before start)
- Tool Box Safety Meetings (Weekly Basis)
- Crane Annual Inspections (Before being used on the site)
- Material Safety Data Sheets (one (1) week before chemical arriving on site)
- Confined Space Entry Program (two (2) weeks before anticipated activity)
- Hot Work to be performed in High Hazard Area (two (2) days)
- Training Records when requested

HMMA reserves the right to amend this list to include other pertinent items that may become necessary. Contractors will be notified of amended items two weeks before information is required.

NTRACTORS' SAFETY RULES

COMPRESSED AIR

1.1.  Compressed air shall not be used for cleaning purposes
      except where reduced to less than 30 p.s.i. and then only with
      effective chip guarding and personal protective equipment
      which meets the requirements of 29 CFR 1926.302.

1.2.  Compressed air shall not be used to remove dust, debris or
      other foreign material from an employee or his/her clothing.

COMPRESSED GAS CYLINDERS

2.1.  Compressed gas cylinders shall be moved by tilting and
      rolling them on their bottom edges or with carts
      designed for such purpose. Compressed gas cylinders
      shall not be intentionally dropped, struck, or permitted
      to strike each other.

2.2.  When cylinders are hoisted, they shall be secured on a
      cradle, slingboard, or pallet. They shall not be hoisted or
      transported by means of magnets or choker slings.

2.3.  Cylinders shall never be taken inside tanks, vessels, or
      confined spaces in which work is being done. Oil or
      grease shall not be used on regulators or fittings.

2.4.  Wrenches shall be left in place for emergencies.

2.5.  Pressure must not be left on regulators during extended
      periods of shutdown (meal times, job completion, etc.)
      Caps must be on cylinders when being stored.
      Regulators must be removed and the protective caps
      placed back on a cylinder when not in use.

2.6.  Oxygen cylinders in storage shall be separated from fuel-
      gas cylinders or combustible materials (especially oil or
      grease) a minimum distance of 25 feet or by a
      noncombustible barrier at least 5 feet high having a fire
      resistive rating of at least one hour if stored in mobile
      carts. Cylinder should never be stored next to flame,

2:06-cv-1018
HMMA  0591

10

steam pipes, or heat source of any type.

2.7.   Cylinders (full or empty) must be secured by chain, wire or suitable rack.  Empty cylinders shall not accumulate in work areas.

2.8.   In-plant handling, storage, and utilization of all compressed gases in cylinders, portable tanks, rail tank cars, or motor vehicle cargo tanks shall be in accordance with the Compressed Gas Assn.  Pamphlet P-1-1965.

2.9.   For additional regulations, consult 29 CFR 1910 Subpart H.

## CONFINED SPACE ENTRY PROCEDURE

3.1.   Confined spaces at HMMA fall into two categories.

3.1.1.  Non-Permit Required Confined Space

3.1.2.  Permit Required Confined Space

3.2.   Non-Permit Required Confined Spaces are those that meet the following criteria:

3.2.1.  A confined space that does not contain or, with respect to atmospheric hazards, have the potential to contain any hazard capable of causing death or serious physical harm;

3.2.2.  Contractor will not introduce  any hazards into the space; and

3.2.3.  Meets or exceeds ALL of the conditions of the Confined Space Checklist.

3.3.   Permit Required Confined Spaces are those that meet one or more of the following criteria:

3.3.1.  Contains a hazardous atmosphere;

3.3.2. Contains a material that has the potential for engulfing an entrant;

3.3.3. Has an internal configuration such that an entrant could be trapped or asphyxiated by inwardly converging walls or by a floor which slopes downward and tapers to a smaller cross-section;

3.3.4. Contains any other recognized serious safety or health hazard;

3.3.5. The Contractor introduces a hazard into the space;

3.3.6. or identified by HMMA as Permit Required Confined Spaces.

3.4.    Before ANY confined space entry, the Contractor shall provide a copy of their written confined space entry procedures to HMMA Safety and meet HMMA Confined Space Orientation requirements.

3.5.    The Contractor shall provide a copy of current confined space training records for all Contractors who will be involved with the entry.

3.6.    The Contractor shall then complete the HMMA Confined Space Entry Checklist. This form shall be signed by HMMA Safety before Contractors may proceed with the entry.

3.7.    The Contractor shall ensure that all OSHA and HMMA requirements are satisfied before entering a confined space. The Contractor shall check the confined space for hazardous atmospheres. The Contractor shall conduct sampling WITHOUT ENTERING THE CONFINED SPACE and in the presence of a HMMA Safety Representative. Sampling shall consist of at least the following tests:

3.7.1.    Oxygen                 $O_2$
3.7.2.    Carbon Monoxide        CO
3.7.3.    Hydrogen Sulfide       $H_2S$
3.7.4.    Lower Explosive Limit  LEL

12

2:06-cv-1018
HMMA  0593

3.7.5.   Known Hazards          PEL
    3.7.5.1.   If the space meets the criteria for a Non-
Permit Required Confined Space, the
Contractor may proceed with the entry.

    3.7.5.2.   If the space fails the criteria for a Non-Permit
Required Confined Space, the Contractor must
complete a HMMA Confined Space Entry
Permit and HMMA Safety must authorize the
Permit before Contractor may enter the space.

3.8.   The Contractor shall provide appropriate safety equipment
(including communications), attendant, ventilation
equipment, 12-volt lighting or the equivalent, air monitoring
device and appropriate rescue equipment. This equipment
shall be in place before entering the confined space.

3.9.   Contractor shall post permits (or checklists) in the work area
where confined space entry work is done.  Permits are valid
for one shift only.  In no case shall a permit be valid for more
than 12 hours.

3.10.  Contractor must return permits (or checklists) to HMMA
Security at the completion of the work, or at the end of each
shift.

## CONSTRUCTION SITE REQUIREMENTS

4.1.   DUST CONTROL

    4.1.1.   The Contractor shall develop and implement a dust
control program to guarantee that the following
conditions are eliminated on the project:

        4.1.1.1.   High levels of nuisance dusts, silica dusts, or
any other dusts specified in 29 CFR 1926.55
that may jeopardize worker safety and health
due to potential exposure.

        4.1.1.2.   Dusts or other foreign debris that may be
generated that could adversely affect HMMA
Production Operations.

2:06-cv-1018
**HMMA** 0594

13

4.1.2.     The Contractor shall submit its Dust Control Program to HMMA Safety before beginning work on the site. At a minimum the Contractor shall guarantee HMMA as close to dust free conditions as possible both inside and outside of the buildings on the property.

2.     HOUSEKEEPING

4.2.1.     Contractors shall maintain good housekeeping in all work areas, at all times. Contractors shall provide covered trash receptacles for personal trash accumulating in area.

4.2.2.     During construction, Contractors shall keep debris cleared from work areas, emergency equipment, passageways, and stairs and shall remove debris at regular intervals, at least daily. Contractor shall provide containers for collection and shall be disposed of at frequent and regular intervals.

4.2.3.     Contractors shall adhere to 29 CFR 1926.25 and HMMA'S Housekeeping Guidelines as stated above.

3.     ILLUMINATION

4.3.1.     Contractors must illuminate all work areas to prevent accidents and injuries. The minimum requirement for any construction area is 5 foot candles.

4.3.2.     Refer to 29 CFR 1926.26 for additional guidelines.

4.     POTABLE WATER

4.4.1.     The Contractor shall provide an adequate supply of potable water in all work areas. These containers shall be refilled as required or at least daily.

4.4.2.     Potable containers, used to dispense drinking water, shall be capable of being tightly closed, and equipped with a tap. Water shall not be dipped from container.

4.4.3.     The common drinking cup is prohibited. When Contractor provides single-use cups, it must provide a

2:06-cv-1018
**HMMA  0595**

14

sanitary dispenser and a trash receptacle.

4.4.4.    For additional regulations, consult 29 CFR
1926.51.

4.4    SANITATION

4.4.1    Contractors shall provide an adequate, HMMA Safety
approved, method for hand washing.

4.4.2    Contractors shall provide toilets for their employees
according to the following:

Table D - 1

| Number of employees | Minimum number of facilities |
|---|---|
| 20 or less | 1 |
| 20 or more and 1 urinal per 40 workers | 1 toilet seat |
| 200 or more and 1 urinal per 50 workers | 1 toilet seat |

4.5    SIGNS, SIGNALS AND BARRICADES

4.5.1    Contractors' signs must meet the requirements of the
American National Standards Institute (ANSI). Signs
must be durable, visible and safe. Specific requirements
on the finish, color and lettering have been established
to ensure they are effective and uniform.

4.5.2    A comprehensive list of requirements for signs, tags, and
marking physical hazards can be found in:

* USAS (ANSI) Z35.1-1968 Specs for Accident Prevention
Signs
* USAS (ANSI) Z35.2-1968 Specs for Accident Prevention
Tags
* ANSI Z53.1-1979 Safety Color Code For Marking Physical
Hazards

4.5.3    Construction work areas shall be posted with appropriate
signs.

4.5.3.1    For additional guidelines consult 29 CFR 1926.200

2:06-cv-1018
HMMA  0596

15

4.5.4     Safety Tape

    4.5.4.1    Yellow Caution Tape – Contractors may not cross areas surrounded by yellow caution tape unless it is absolutely necessary, and only after first determining it is safe to do so.

    4.5.4.2    Red Danger Tape – Contractors not directly involved with the work in progress inside this area shall not enter under any circumstance.

    4.5.4.3    Red/White Commissioning Tape – Only personnel directly involved in the commissioning activities may enter these areas.

4.5.5    Contractors must supply OSHA-required barricades or guardrails, around excavations, openings in floors or roof areas, edges of platforms or roof and overhead work. Entrance or opening shall be left where practical. No material will be stored less than 10 feet from edges of pits or on top of hole covers.

    4.5.5.1    Barricades shall comply with ANSI D6.1-1971.
    4.5.5.2    Guardrails used for the prevention of falls shall comply with 29 CFR 1926.502.

    4.6.5.3    Long-term projects (over 30 days) and immediately hazardous sites shall have substantial barriers that are not easily moved. (penthouse penetrations, droplifter pits, pits with depth greater than 5 feet) Contractor shall submit barricade proposals to HMMA Safety before the project begins.  See APPENDIX A.

4.6    MONITORING OF CONSTRUCTION SITE

4.6.1    The Contractor Safety Representative shall conduct Daily Safety Inspections to ensure compliance with Safety Rules and Regulations and to maintain good housekeeping of their construction sites.  These inspections must be documented in writing.

2:06-cv-1018
**HMMA** 0597

16

4.6.2    All Contractor Safety Representatives or other designated person from each Contract Employer and Subcontractor shall collectively attend weekly Safety Meetings to discuss safety violations found in the work areas, updates on changing safety standards, incident review, and other pertinent information.

4.6.3    The Contractor's Safety Representative shall conduct Weekly Tool Box Safety Meetings with their Contractors to discuss safety awareness and special Safety topics. Contractors must maintain minutes of Weekly Tool Box Safety Meetings onsite; and shall submit safety inspection reports (updated with countermeasures – weekly to HMMA Safety.

4.6.4    Each prime or general contractor must provide and conspicuously post a Job Control Board at all times. The following items shall be posted on the board

- Accident Reporting Procedures
- Evacuation Routes
- Emergency Phone Numbers
- MSDS Locations
- All required Federal, State, Local and HMMA information.

4.6.4.1    Contractors may not post any additional information on the Job Control Board without prior approval of HMMA Safety.

4.6.5    No portable or temporary offices, trailers, etc. may be set up inside the building or within 35 ft. of exterior walls unless approved by the HMMA Safety Manager or Assistant Manager.

5.    CRANES, DERRICKS, HOISTS, ELEVATORS & CONVEYORS

5.1    Contractor shall provide a copy of the current annual inspection to HMMA Safety before placing any crane, derrick, hoist, elevator, personnel lift, or conveyor into service at Hyundai.

2:06-cv-1018
HMMA  0598

17

5. 1.1   After a crane is allowed onsite, assembled, and before being put into use, the Contractor Safety Representative and HMMA Safety shall jointly inspect the rig.

5. 1.2   Cranes are to be inspected yearly and immediately before any critical lifts.

5. 1.3   Before the disassembly of the crane, HMMA Safety and the contractor shall designate an area for disassembly.

5.2   Contractors must comply with the manufacturer's specifications and limitations applicable to the operation of any and all cranes.

5.3   Rated load capacities and recommended operating speeds, special hazard warnings, or instruction shall be conspicuously posted on all equipment.

5.4   Instructions or warnings shall be visible to the operator while he/she is at his/her control station.

5.5   Hand signals to crane operators shall be those prescribed by the applicable ANSI standard for the type of crane in use. An illustration of the signals shall be posted at the job site.

5.6   One person should be designated to give signals to the operator. Radio communications can be used where necessary or deemed safer than visible signals.

5.7   All windows in cabs shall be of safety glass, or equivalent, that introduces no visible distortion that will interfere with the safe operation of the machine.

5.8   All cranes must be equipped with anti-two-block devices which will disable the functions that are capable of allowing the machine to pull its own line in two. Exceptions must be approved by HMMA Safety.

5.9   All load hooks must be equipped with functional safety latches.

5.10   Rigging used for lifts must be certified and have load capacity tags or placards attached.

5.11   Rigging above the hook is prohibited.

5.12   Guardrails, handholds, and steps shall be provided on cranes for easy access to the car or cab. Platforms and walkways shall have anti-skid surfaces.

5.13   Contractor must inspect all cranes before each use, and during use, to ensure it is in safe operating condition.

5.14   Contractor must repair any deficiencies, or replace any defective parts, before continued use of equipment.

2:06-cv-1018
HMMA   0599

18

5.15    Contractors shall take wire ropes out of service when any of the following conditions exist:

    5.15.1    Six randomly distributed broken wires in one lay or three broken wires in one strand in one lay;

    5.15.2    Wear of 1/3 the original diameter of outside individual wires. Kinking, crushing, bird caging, or any other damage resulting in distortion of the rope structure;

    5.15.3    Evidence of any heat damage from any cause;

    5.15.4    Reductions from nominal diameter of more than:

- 1/64 inch for diameters up to and including 5/16 inch
- 1/32 inch for diameters 3/8 inch to and including ½ inch
- 3/64 inch for diameters 9/16 inch to and including ¾ inch
- 1/16 inch for diameters 7/8 inch to 1-1/8 inches inclusive
- 3/32 inch for diameters 1-1/4 inches to 1-1/2 inches inclusive

5.16    Contractor shall barricade accessible areas within the swing radius of the entire rotating superstructure of the crane in such a manner as to prevent an employee from being struck or crushed by the crane.

5.17    The contract employer or the operator must be able to present documentation to show that the operator is properly trained to operate the crane in a safe and competent manner.

5.18    Contractors shall prepare and submit to HMMA Safety a critical lift plan when the following picks are planned:

    5.18.1    Tandem picks

    5.18.2    Net weight of load exceeds 25 tons

    5.18.3    Value of load exceeds $50,000

    5.18.4    Replacement time for damage load exceeds two months

    5.18.5    Gross load weight exceeds 85% of cranes rated capacity

## ELECTRICAL SAFETY

6.1    OVERHEAD LINES

    6.1.1    All overhead transmission and distribution lines shall be considered to be energized until proper

2:06-cv-1018
HMMA   0600

19

clearance has been granted, the lines are confirmed de-
energized, and they have been properly grounded.

6. 1.2    Contractors shall maintain the following clearances
between any vehicle or load and the line:

- For lines rated 50 kV or below, minimum clearance
  shall be 10 feet;
- For lines rated over 50 kV, minimum clearance
  shall be 10 feet plus 0.4 inch for each 1 kV over 50
  kV or twice the length of the line insulator, but
  never less than 10 feet;
- In transit with no load and boom lowered, the
  equipment clearance shall be a minimum of 4 feet
  for voltages less than 50 kV; 10 feet for voltages
  over 50 kV, up to and including 345 kV; and 16
  feet for voltages up to and including 750 kV.

6. 1.3    Contractors must designate a person to observe
clearance of the equipment and give timely warning for
all operations where it is difficult for the operator to
maintain the desired clearance by visual means.

6.2    GROUND FAULT CIRCUIT INTERRUPTERS

6. 2.1    The Contractor shall use ground fault circuit
interrupters on all 120 volt, single phase 15 and 20
ampere outlets, devices and tools used on the site.

6. 2.2    Contractors shall test GFCIs monthly to ensure
proper operation.

6.2.1 Tests shall be completed by the 10th of each month.

6. 2.3    Contractors must maintain a written log of this test
and be available for inspection by a HMMA Safety upon
request.

6.3    TEMPORARY WIRING REQUIREMENTS

6. 3.1    No open conductors, single conductors, triplex,
quadraplex, etc. shall be permitted without prior written
approval of HMMA Safety.

6. 3.2    Temporary lighting shall be protected from
accidental contact or breakage.  Metal-case sockets shall
be grounded.

20

6. 3.3     Festoon lighting shall not be permitted without written approval from HMMA Safety.

6. 3.4     Portable electric lighting used in wet and/or other conductive location, (example: drums, tanks, and vessels) shall be operated at 12 volts or less.

6. 3.5     Extension cord sets used shall be of the three wire type and shall be designed for hard or extra-hard usage. Examples of these types of cords include types: S, ST, SO, SJO, SJ, SJO, SJT, and SJTO.

    6. 3. 5.1 Extension cords of "flat" construction are strictly prohibited.

6.3.6 In general, if the electrical installation is made in accordance with the National Electrical Code Article 305, ANSI/NFPA 70-1999, exclusive of Formal Interpretations and Tentative Interim Amendments, it will be deemed to be in compliance with 29 CFR 1926.403 through 1926.408.

    6. 3. 5.2  Exceptions include:

- 1926.404(b)(1) "Ground Fault Protection" and;
- 1926.405(a)(2)(ii)(E), (F), (G). Temporary Lighting, and;
- 1926.405(a)(2)(ii)(J).     Flexible cords and cables.

## EMERGENCY ACTION PROCEDURES

7.1     EMERGENCY ACTION DRILLS

    7. 1.1     HMMA Safety conducts a severe weather sheltering drill in the spring and a fire evacuation drill in the fall. All on-site Contractors and their personnel must participate in these drills.

7.2     SEVERE THUNDERSTORM & TORNADO PROCEDURES

    7. 2.1     In the event of a Severe Thunderstorm or Tornado alert, remember the following alert conditions:

2:06-cv-1018
**HMMA  0602**

7.2.1.1    A WATCH means that conditions are favorable for the formation of severe weather. Be prepared to take action.

7.2.1.2    A WARNING means that severe weather has been confirmed by HMMA, authorities and/or radar. Take appropriate actions immediately.

7.2    HMMA uses the following system in the event of severe weather:

7.2.2.1    WATCH: HMMA Safety will notify personnel and continue to monitor conditions.

7.2.2.2    WARNING: HMMA Safety will notify personnel of the Warning. This shall be done either by a constant tone on the alarm system, a verbal notification or by a series of long blast on an air horn. HMMA Safety shall continue to monitor weather conditions for further developments. All Contractors should take cover at a pre-discussed specific job site area or evacuate the building and take cover outside in a ditch or other protected low area.

7.2.2.3    ALL CLEAR: In all cases Contractors in the affected areas will wait for instructions from their supervisors before returning to work. The ALL CLEAR signal consists of a series of chimes from both the internal speaker system and the roof mounted siren / speaker. Notification will also be given by radio and verbally to each Contractor. The Contractor will notify their employees and their subcontractors.

2:06-cv-1018
HMMA   0603

22

## ENVIRONMENTAL

8.1 All Contractors shall abide by all applicable HMMA environmental policies, including Best Management Practices and Spill Prevention Control and Countermeasure (SPCC) Plan, as well as Local, State, and Federal Environmental laws.

8.2 Secondary containment and storm water pollution prevention (i.e. stored under roof or tarp, etc.) shall be provided for the following:

    8. 2.1    Chemicals
    8. 2.2    Fuels, Oils & other Petroleum-based Product
    8. 2.3    Liquid and solid Industrial/Hazardous Wastes

8.3 HMMA must approve containment areas.

8.4 Containment areas must have a capacity of a least 110% of the volume of the largest container in the containment area.

8.5 In the event of a spill, contain the spill and then immediately notify HMMA Security at 8900. The contractor is responsible for all cleanup costs. The disposal method must be pre-approved by HMMA Environmental. Contractors shall maintain spill kits in their chemical storage/usage area(s). All spills must be handled in accordance with HMMA's SPCC Plan.

8.6 Contractors must properly label all chemical containers and waste drums and must notify HMMA Environmental of the locations, types, and amounts onsite for approval.

8.7 Contractors shall not release any materials into the HMMA Storm Sewer System without written approval of Hyundai.

8.8 Contractors shall not burn any waste onsite.

8.9 There shall be no burying or dumping of solid waste or trash onsite, without written approval from HMMA.

2:06-cv-1018
**HMMA 0604**

## ERGONOMICS

9.1 Ergonomics involve designing and arranging the work environment or the job to allow employees to work more effectively and safely. This involves adapting the job and the work environment to the worker by designing tasks, work stations, safety devices, tools, lighting, and equipment to fit the worker's physical capabilities and limitations.

9.2 In order to help reduce stress and eliminate the onset of ergonomic disorders, injuries to the muscles, bones, and nerves which often occur in the arms, legs, and the back, the goal is to adapt the job to fit the worker.

9.3 Ergonomic injuries are caused or aggravated by many common activities in the workplace. Activities that often lead to ergonomic injuries include activities that require the same motion to be repeated over and over, or require a great deal of force to complete. Ergonomic injuries are also associated with activities involving vibration, awkward positioning, or compression of the hand, wrist, arm, back, neck, shoulder, leg, or other body parts over an extended period of time.

9.4 Typical workplace hazards leading to ergonomic problems include:

- Excessive repetition such as with painters, welders, assembly line workers, and computer operators.
- Prolonged activities including sitting and standing in constant positions as is required by sales personnel, video display terminal users, and assembly-line workers.
- Forceful exertions, usually with the hands, required of machine operators and others.
- Excessive bending or twisting of the wrist such as when using knives, screwdrivers, pliers, or other tools.
- Continual physical contact with the edges of machines or other work surfaces.
- Use of inappropriate tools or tools which do not fit the worker, or use of hand tools with gloves requiring excessive grip strength to properly operate.

2:06-cv-1018
**HMMA**  0605

24

- Vibration from power tools, trucks, or other equipment or machinery.
- Lifting variable weight objects as required of loaders; excessive bending or reaching in combination with lifting. Lifting heavy objects as required.

9.5    Workstation analysis allows the identification of existing or potential hazards and conditions in your workplace. Through a workstation analysis, it can be determined what tasks and workstations are the source of the greatest problems.

## 10    EXCAVATIONS AND TRENCHING

10.1    Before any excavation, the Project Engineer and Contractor must survey the area to determine the relative location of underground lines (pipe, electrical, or otherwise). Should buried concrete be encountered, all excavations should stop until the situation is cleared by the General Contractor. Contractors must obtain a Permit from Plant Engineering for any excavations of any vertical depth.

10.2    Excavations over 5 feet in depth shall have sides at the proper angle or shored depending on soil conditions.

10.3    A ladder or other means of exiting the excavation shall be placed within 25 feet of the work area.

10.4    Contractors shall barricade all excavations for personnel and vehicle protection.

10.5    Contractors shall keep all areas around excavations clear of all tools, equipment or large clods of dirt that could fall in on Contractors.

10.6    Contractors may use spoiled dirt to barricade a side of the excavation as long as it is piled up no closer than 3 feet from the edge of excavation and at least 3 feet high.

10.7    Under no condition shall personnel enter an excavation while equipment is operating next to the edge.

2:06-cv-1018
**HMMA** 0606

25

10.8    Any excavation deeper than 20 feet shall have an
        excavation plan designed by a certified soil-engineer.
        Contractor must present the plan to HMMA Safety
        before entering the excavation.

10.9    For additional regulations, consult 29 CFR 1926 Subpart
        P.

I   **FALL PROTECTION**

11.1    Contractors shall protect employee(s) from fall hazards
        of six feet, or more, by installing guardrails or using
        personal fall arrest systems, or other systems approved
        by HMMA Safety.  This includes, but is not limited to
        the following:

        • Falling more than six feet through holes (including
          skylights) by hole covers, guardrails or personal
          fall arrest systems. Working at least 6 ft away from
          a hole does not remove these requirements.
        • On the face of formwork or reinforcing steel,
          Contractors must be protected from falling six feet
          or more by personal fall arrest systems, nets or
          positioning devices.
        • On the edge of excavations deeper than six feet,
          Contractors must be protected from falling by
          guardrails, fences or barricades when excavations
          are not easily visible.  (See APPENDIX A).
        • Contractor must protect from fall hazards six feet
          or higher above dangerous equipment by installing
          guardrails, or using personal fall arrest systems or
          nets.  Less than 6 feet above dangerous equipment
          must also be protected from falling into or onto the
          equipment by guardrails or equipment guards.
        • Contractors must protect employees who are on
          walking/working surfaces six feet or higher from a
          lower level by installing guardrails, nets or
          personal fall arrest systems.

11.2    Full body harnesses, shock absorbing lanyards and a
        proper attachment point are the minimum requirements
        for a personal fall arrest system.

2:06-cv-1018
**HMMA  0607**

26

11.3  Lanyards and vertical lifelines must have a minimum breaking strength of 5,000 pounds.

11.4  Personal fall arrest systems must be rigged so that the worker can neither fall more than six feet nor contact any lower level.

11.5  Positioning devices must be rigged to prevent free falls more than two feet.

11.6  Warning lines must be erected around all sides of a roof work area.

11.7  Contractors must implement a fall protection program that requires 100% fall protection at all times.

11.8  For additional regulations, consult 29 CFR 1926 Subpart M.

## 12  FIRE PROTECTION AND PREVENTION

12.1  Fire doors must not be blocked or locked to prevent emergency use when employees are within the buildings.

12.2  Exit routes from buildings must be clear and free of obstructions and properly marked with signs designating exits from the building.

12.3  Contractors must train its employees in the potential fire hazards of their jobs. Contractors must train all new or transferred employees in the fire prevention plan when beginning their job duties. Contractors must train their employees on any changes in the fire prevention plan.

12.4  In case of fire, Contractors may try to extinguish incipient (beginning) fires with a portable fire extinguisher only if they have been properly trained and it is safe to do so.

12.5  An audible alarm shall consist of either a slow whoop, a verbal message or short repetitive blasts on an air horn. UPON HEARING THIS SIGNAL ALL CONTRACTORS SHALL EVACUATE THE BUILDING using the pre-determined emergency exit routes.

12.6  Use of fire hydrants that are connected to the HMMA Fire Protection System will not be available for construction project water supply

12.7  For additional regulations, consult 29 CFR 1926 Subpart F.

3    HAND AND POWER TOOL SAFETY

13.1  The Contractor shall ensure that tools and equipment are maintained in safe working order and used for their intended purpose.

13.2  Proper guards must be installed on all power tools before being issued. Tools without proper guards in place or tools that have been modified (i.e., homemade handles or extensions) are not permitted.

13.3  Auxiliary handles on drills and grinders must be used for greater control. Removal of the handles without having demonstrable need will be considered a violation.

13.4  It is the Contractor's responsibility to inspect tools before they are issued. If tools are found defective, they shall be taken out of service until repairs have been made or tools replaced.

13.5  For additional regulations, consult 29 CFR 1926 Subpart I.

4    HAZARD COMMUNICATION

14.1  Information on chemicals used or handled at HMMA by Contractors is maintained by HMMA Safety. HMMA Safety maintains information on chemicals used or handled at Hyundai. This information includes descriptions, handling precautions, protective equipment, symptoms of exposure and first aid for each chemical used at Hyundai. The Contractor's responsibility is to be familiar with the information and to inform their employees who work in areas where any of the chemicals are used.

2:06-cv-1018
**HMMA** 0609

28

14.2    HMMA Safety and the Contractor shall review all chemicals used on and in close proximity to the construction site before Contractor may begin work in the area.

14.3    The General Contractor shall provide HMMA Safety with two (2) copies of Material Safety Data Sheets (MSDS) for all chemicals to be utilized on their construction project.  No chemical shall be brought on site without first obtaining approval from HMMA.

14.4    The General Contractor shall maintain the MSDS files for all approved chemicals used and the documentation of employee training on the hazards and use of these chemicals.

14.5    This MSDS file shall be readily available for inspection. The location of the MSDS file shall be posted on the job control board.

14.6    Contractors must properly label and store all hazardous materials in accordance with OSHA regulations.  This includes the HMMA Hazcom label on all containers one gallon or larger.

14.7    The Contractor shall furnish all PPE as required for safe handling of chemicals used by their employees.

14.8    Contractors shall store flammable and combustible liquids in well-ventilated areas, within maximum allowable quantities as outlined by OSHA. Storage areas shall be conspicuously posted.  Storage areas must comply with HMMA Fire/Safety Requirements, Factory Mutual Research, and the Alabama Fire Code.

14.9    The Contractor shall dispose of all hazardous waste in accordance with HMMA Environmental Standards.

14.10    For additional regulations, consult 29 CFR 1926.59.

15   HELICOPTER LIFT PROCEDURES

15.1  When the need of a helicopter service has been established, a pre-lift meeting shall be held a minimum of two (2) weeks before the actual lift date.

15.2  Pre-Lift meeting shall confirm the following:

- The date and time of the lift(s), with an alternate schedule in case of bad weather.
- The laydown yard area.
- The helicopter flight path.
- Arrangements for physical barricading of the assigned flight path to assure no admittance into the area.
- Personnel assignments at strategic points to secure the area and assure that no one enters the assigned flight path or the hoisting and setting areas at all levels.
- HMMA will notify the closest medical facility, fire department and emergency response team that a helicopter lift will be taking place on a given day and given time. .

15.3  HMMA Safety will notify HMMA Management and all Contractors and Subcontractors that a helicopter lift will be taking place on a given time.

15.4  Helicopter cranes shall be expected to comply with any applicable regulations of the Federal Aviation Administration.

15.5  On the morning of the lift (within 1 hour before the starting of the lifts) all necessary personnel shall meet to set forth the plan of operation for the pilot and the ground personnel both at the lifting and setting points. Contractor shall:
- Provide monogoggles for all employees rigging and receiving the load and anyone subject to the rotor downwash.
- Secure or remove all loose gear within 200 feet of the staging area and departure area susceptible to the rotor downwash.

30

2:06-cv-1018
**HMMA   0611**

- Provide a warning barricade for the assigned flight path to keep out unauthorized personnel.
- Post observers with radios to assure no one enters the area of the lift, set point or flight path at all levels.
- Notify the medical facility of the start time and the finish time of the lifting operations.

15.6    The lift shall not be made if the helicopter operator believes that the lift cannot be made safely.

15.7    For additional regulations, consult 29 CFR 1926.551.

## HOT WORK PERMITS

16.1    Contractors must obtain a signed Hot Work Permit before performing any cutting, welding, and/or spark-producing work. (See sample at end of handbook.) The Contractor and HMMA Safety Representative must sign the Permits. HMMA Safety offers Hot Work Permit training once per week.

16.2    HMMA Safety shall issue a permit only after all parties signing the permit have made a personal inspection of the area and the following basic precautions have been ensured:

16.2.1    Automatic fire protection systems are in service, when applicable.

16.2.2    Fire watch is assigned by Contractor, with fire watch's name written on the permit.

16.2.3    Area is clear of all combustibles, debris or trash within 35 feet of welding/cutting area.

16.2.4    No flammable/combustible liquids are stored in the area.

16.2.5    Combustibles that cannot be removed are protected by fire blankets.

16.2.6    Process exhaust ducts in the area are shutdown.

16.2.7    Contractor representative must first sign the permit and before requesting issuance, he/she must complete HMMA's Hot Work training.

16.2.8    Dry chemical extinguishers will not be authorized for Hot Work usage in the Paint Building.

16.3 The fire watch must:

| | |
|---|---|
| 16. 3.1 | Successfully complete Hot Work/Fire Watch training given by HMMA Safety. |
| 16. 3.2 | Know the locations of the nearest manual fire alarm box and/or phone. |
| 16. 3.3 | Have a fully charged portable fire extinguisher of the proper type and be familiar with its use. (Contractor must provide fire extinguishers of at min. 10lb type.) Be capable of operating any specialized fire equipment required for the job. |
| 16. 3.4 | Constantly inspect the work area for fires during the job. Thoroughly inspect the area for smoldering fires during the hot work. This includes break times, during meal breaks and for 30 minutes after the completion of the hot work. |
| 16. 3.5 | The fire watch shall have no additional duties unless approved in writing, on the permit, by HMMA Safety. |
| 16. 3.6 | Lint-free clothing shall not be worn while conducting hot work or fire watch duties. |

17   LOCKOUT / TAGOUT POLICY

17.1  Lockout shall be initiated only by trained and authorized personnel.

17.2  Each person working under a lockout shall apply his/her personal lockout lock and tag.

17.3  Locks designated for use as a lockout lock shall be used for no other purpose. The Contractor shall be responsible for providing lockout locks and multi-locking hasps.

17.4  Locks used for lockout shall have one key only. Each lock shall be individually keyed. The key shall remain under the exclusive control of the Contractor installing the lock. The body of the lock shall be red.

17.5  The Contract Employer will provide and utilize a lockout board to monitor the lockout status of its employees on each project. Exceptions due to nature or

2:06-cv-1018
**HMMA  0613**

32

scope must be approved by HMMA Safety.

17.6  Contractors shall completely fill out tags before installation. Contractors may only use tags approved by HMMA Safety.

17.7  Contractors shall use multi-lock hasps to ensure additional locks can be applied by others.

    17.7.1  Never fill the last available slot in an isolation point with your lockout lock and tag. Use additional multi-lock hasps, if necessary.

    17.7.2  SIMPLE LOCKOUT PROCEDURE – USED ONLY WHEN THERE IS ONLY ONE ISOLATION POINT AND ONLY ONE CONTRACT EMPLOYER

    17.7.3  Contractors shall notify all affected employees in the area that a lockout is being performed.

    17.7.4  The equipment being locked out should be shut down using normal shutdown procedures (i.e., operator's control station, stop button, etc.).

    17.7.5  Contractor shall neutralize all equipment energy sources.
        17.7.5.1    Electrical
        17.7.5.2    Hydraulic
        17.7.5.3    Pneumatic
        17.7.5.4    Chemical
        17.7.5.5    Water
        17.7.5.6    Steam
        17.7.5.7    Radiation - including Thermal
        17.7.5.8    Springs
        17.7.5.9    Gravity
        17.7.5.10    Other energy sources as required.

    17.7.6  Any residual energy shall be dissipated at this time.

22

17. 7.7   Confirm the equipment to be at a ZERO
ENERGY STATE.

17. 7.8   A job control lock shall be applied by the
supervisor from the Contract Employer
involved in the lockout. This person must be
HMMA Lockout/Tagout trained.

17. 7.9   Verify the lockout by attempting to operate the
equipment.

   17. 7. 9.1   Return the controls to the neutral
position.

17. 7.10  Each Contractor working under the lockout
shall place his/her personal lockout lock and
tag on the energy isolation point isolated in
step 17.9.3 (If more than two (2) isolation
points are required to lockout the device, a
GROUP LOCKOUT will be used).

17. 7.11  Testing or Repositioning Machine or
Equipment

   17. 7. 11.1 Check around the area to ensure
completeness of work.
   17. 7. 11.2 All nonessential items shall be removed
from the area.
   17. 7. 11.3 Replace all safety guards.
   17. 7. 11.4 Notify all affected employees that the
machine is being tested/repositioned.
   17. 7. 11.5 Remove the necessary lockout locks
and devices to test/reposition the
machine.
   17. 7. 11.6 Follow steps 17.9.2 through 17.9.8. to
reestablish the lockout of the machine.

17.8  Upon completion of the lockout, an authorized
Contractor must check the area for completeness of
work. If the Contractor(s) who initiated the lockout is
available, he/she should conduct this inspection

2:06-cv-1018
HMMA  0615

34

17.10.1  Remove all tools and nonessential items from the area.

17.10.2  Replace all guards.

17.10.3  Ensure all employees are clear of the machine.

17.10.4  Notify all affected employees in the area that the lockout device(s) are being removed.

17.10.5  Remove lockout device(s).

17.10.6  Restart the machine to ensure proper operation

17.11  GROUP LOCKOUT – USED WHEN THERE IS MORE THAN ONE ISOLATION POINT REQUIRED OR MORE THAN ONE EMPLOYER OR BOTH.

17.11.1  When multiple isolation points must be controlled during a lockout, or when multiple groups (employers) are involved, a group lockout must be used.

17.11.2  Follow the steps for a lockout as documented in steps 17.9.1—17.9.8. A GROUP LOCKOUT SYSTEM MASTER TAG shall be used with a single, GREEN, Isolation Lock on each isolation point.

17.11.3  Each key for the locks used shall be placed in a group lockout box.

17.11.3.1  The group lockbox shall be kept in view of the work being performed when practical.

17.11.3.2  The group lockbox should be constructed such that the keys inside are clearly visible for verification of the locks placed on each isolation point.

17.11.4    A Job Control Lock (yellow lock and yellow tag) shall be installed on the group lockbox by each contractor involved in the lockout. This lock shall remain in place until the work has been completed.

17.11.5    Each employee covered by the lockout shall apply his/her personal lockout lock and tag on the group lockout box.

17.11.6    Each employee shall remove their own lock when their portion of the work is completed or at the end of each shift.

17.11.7    Upon completion of the work, Contractor shall inspect the work area for completeness.

17.11.8    Contractor must conduct field verification that down stream devices are ready to accept energy before release of energy.

17.11.9    When all of the conditions of the lockout termination procedures have been satisfied, the Job Control Lock(s) shall be removed from the group lockbox.

17.12 EMERGENCY REMOVAL LOCKOUT/TAGOUT DEVICE

17.12.1    If a Contractor leaves the facility without removing his/her lockout lock and tag, an effort shall be made to notify the Contractor that the supervisor-in-charge will authorize the removal of their lock. It must be deemed necessary that removal of the lock is required by at least two supervisory personnel, but only after confirming beyond any doubt it is safe to do so.

17.12.2    Verify the Contractor has left the site.

2:06-cv-1018
**HMMA**  0617

36

17.12.2.1  Check with co-workers.
17.12.2.2  Check the Contractor's time card.
17.12.2.3  Verify Contractor's status with Security
17.12.2.4  Call Contractor's home.

17.12.3  Visually confirm the completeness of work.

17.12.4  Complete the Emergency Lockout Removal Form.

17.12.5  Contractor shall advise Security of the situation and Security will deactivate the Contractor's badge.

17.12.6  A HMMA Fire Officer, under the direct supervision of a HMMA Safety Specialist, Assistant Manager, or Manager and in the presence of the contractor representative shall remove the lock with bolt cutters.

17.12.7  Upon return to the site, before returning to work, the Contractor involved must sign the Emergency Lockout Removal Form. Safety will review the incident to determine any disciplinary action necessary.

## MACHINE GUARDING

18.1  Belts, gears, shafts, pulleys, sprockets, spindles, drums, fly wheels, chains, or other reciprocating, rotating, or other moving parts or equipment shall be guarded if such parts are exposed to contact by employees, or otherwise create a hazard.

18.2  All guards shall be in place before a tool or machine can be operated.

18.3  All exhaust pipes shall be guarded or insulted in areas where contact by employees is possible in the performance of normal duties.

18.4  For additional regulations, consult 29 CFR 1910 Subpart O.

2:06-cv-1018
**HMMA** 0618

19    MARINE OPERATIONS

    19.1   Contractor shall require all Contractor's working over or near water, liquids or other materials, where the danger of drowning exists, to wear U.S. Coast Guard approved life jackets or buoyant work vests or other safety equipment/devices as approved by HMMA Safety.

    19.2   Ring buoys will be available with at least 90 feet of line for emergency rescue operations. Distance between ring buoys available shall not exceed 200 feet.

20    MATERIAL STORAGE & HANDLING

    20.1   Contractors shall ensure that all material stored in tiers shall be stacked, racked, blocked, interlocked, or otherwise secured to prevent sliding, falling or collapse.

    20.2   Contractors will not store materials on scaffolds or runways in excess of supplies needed for immediate operations.

    20.3   Contractors must withdraw all nails from used lumber before stacking.

    20.4   Contractors must visually inspect all slings, chokers and other similar devices before each usage.

    20.5   Slings, chokers and other similar devices shall have a permanently affixed tag listing the maximum load rating of the device.

    20.6   For additional regulations, consult 29 CFR 1926 Subpart H.

21    MOTOR VEHICLE—MECHANIZED EQUIPMENT

    21.1   Contractors must inspect motor vehicles and mechanized equipment before the beginning of the shift. The inspection must be documented in writing. Inspection forms must be available for review on site for a minimum of 90 days.

    21.2   Speed limit on Site shall be as follows:

        21.2.1  The In-Plant speed limit is 5 MPH.

2:06-cv-1018
**HMMA  0619**

38

21.2.2 Inside fenced area is 15 MPH.
21.2.3 All other access roads as posted.

21.3   HMMA production equipment has the right of way at intersections. Pedestrians shall yield the right of way to all motorized equipment.

21.4   Contractors must wear seat belts whenever the vehicle is in motion.

21.5   Vehicles must operate with 4-way flasher lights on when inside a building. Headlights will be used outdoors.

21.6   All vehicles shall have prominently displayed the contractor's name and on site telephone number.

21.7   Riders are not permitted on industrial vehicles or truck decks/beds except when there is an approved passenger seat belt provided.

21.8   Vehicles shall not block any emergency exit, passageway, pedestrian aisles, fire hydrants, hose cabinets, Post Indicators Valves, and/or other Fire/Safety equipment.

21.9   Vehicles blocking emergency equipment may be towed at the owner's expense. Parking violations may result in the permanent revocation of the site vehicle.

   21.9.1 A vehicle will be deemed unattended when the operator is out of sight of the vehicle or is more than 25 feet from the vehicle.

21.10  Only propane or electric equipment shall be used inside the building, unless prior written approval is obtained from HMMA Fire/Safety. Equipment shall be operated only by a qualified operator.

21.11  All mobile equipment shall be equipped with an operable horn, back-up alarm and headlights and a fire extinguisher with at least a 2 A – 10 B:C rating.

21.12 The following material handling equipment shall be equipped with a Rollover Protective Structure – ROPS, which meets the requirements of 29 CFR 1926.1001 and 1002:

- Rubber tired self propelled scrapers
- Rubber tired front end loaders
- Rubber tired dozers
- Wheel type agricultural and industrial tractors
- Crawler tractors
- Crawler type loaders
- Motor graders

21.13 Equipment manufactured before July 1, 1969 is not covered by this requirement.

21.14 Contractors must use safety belts when operating construction equipment with a Rollover Protection Structure (ROPS).

21.15 Contractors may not use the existing structural framing or utility supports as lift points.

21.16 For additional regulations, consult 29 CFR 1926 Subpart O.

## 22 PERSONAL PROTECTIVE EQUIPMENT

22.1 All Contractors must wear hard hats in construction areas. Hard hats must conform to ANSI Z89.1 B. "Cowboy type" hard hats are not approved for use on the HMMA site.

22.2 Contractors must wear safety glasses at all times. Safety glasses shall be equipped with rigid side shields and must conform to ANSI Z87. Contractors who wear prescription glasses may use an ANSI approved overlay.

22.3 The use of tinted Safety lens shall be prohibited inside of a building. Shading for specific jobs such as burning goggles are an exception.

22.4 Contractors shall provide all personal protective equipment (i.e. hard hats, safety glasses, hearing protection, respiratory equipment safety harnesses with lanyards, protective sleeves in Stamping and Body Weld areas, lint free suits in Paint, etc.)

2:06-cv-1018
HMMA 0621

22.5 Contractors must wear Hard Hats with the welding shield attached when welding. There shall be no soft cap welding.

22.6 Contractors must wear burning goggles when burning.

22.7 PERSONAL CLOTHING

    22.7.1 Contractors must wear shirts at all times. The minimal shirt is a T-shirt with 4 inch sleeves and a collar. Tank tops and cut off shirts and mesh tops shall not be permitted.

    22.7.2 Trousers or pants shall be ankle length. No shorts allowed.

    22.7.3 Steel-toed shoes that cover the ankles are recommended on the construction site. Loafers, sandals, or athletic type shoes shall not be permitted within the construction areas.

    22.7.4 Access shall be denied to anyone improperly clothed, until the violation is corrected.

    22.7.5 Contractors shall provide any additional PPE deemed by HMMA as necessary to ensure the safety and health of the workforce.

22.8 For additional regulations, consult 29 CFR 1926 Subpart E.

23    POWERED PLATFORMS, MANLIFTS, AND VEHICLE MOUNTED WORK PLATFORMS

23.1 Contractor shall comply with the HMMA Fall Protection Standard when using an aerial lift device.

23.1.1 Contractors must wear a full body harness and a shock absorbing lanyard that is attached to the boom or basket when working from an aerial or scissors lift.

23.2 Aerial ladders shall be secured in the lower traveling position before the truck is moved for highway travel.

2:06-cv-1018
**HMMA** 0622

41

23.3 Contractors shall not move an aerial lift truck when the boom is elevated in a working position with men in the basket, except for equipment that is specifically designed for this type of operation.

23.4 Contractors must test lift controls each day before use to determine that such controls are in safe working condition. This test must be documented and kept with the vehicle at all times.

23.5 ONLY AUTHORIZED PERSONS SHALL OPERATE AN AERIAL LIFT. PERSONNEL MUST HAVE A VALID LICENSE ON THEIR PERSON WHEN OPERATING A LIFT.

23.6 Contractors shall not tie off to an adjacent pole, structure, or equipment while working from an aerial lift.

23.7 Contractors shall always stand firmly on the floor of the basket, and shall not sit or climb on the handrails, midrails, toeboards, or use planks, ladders, or other devices for a work position.

23.8 Articulating boom and extendible boom platforms, primarily designed as personnel carriers, shall have both platform (upper) and lower controls.

23.9 Upper controls shall be in or beside the platform within easy reach of the operator.

23.10 Lower controls shall provide for overriding the upper controls.

23.11 Controls shall be plainly marked as to their function.

23.12 Contractors shall not operate lower level controls unless permission has been obtained from the employee in the lift, except in case of emergency.

23.13 Contractors shall not wear climbers while performing work from an aerial lift.

2:06-cv-1018
HMMA   0623

23.14   For additional regulations, consult 29 CFR 1926.556, 1910 Subpart F, manufacturer's guidelines and plant shop policies

24   POWDER ACTUATED TOOLS

24.1   Powder actuated hand tools used on the construction site must comply with the following:

24.1.1   Operator must have license issued by manufacturer.

24.1.2   Only Contractors trained in the operation of the particular tool to be used shall be permitted to use it.

24.1.3   All powder actuated hand tools being used at the site shall comply with all applicable Safety requirements and shall be maintained in a safe and proper working condition.

24.1.4   All shot casing must be of a low velocity type.

24.1.5   All shot casing shall be disposed of by placing in a trash receptacle.

24.1.6   The use of powder-actuated tools in a hazardous atmosphere area shall require a Hot Work permit.

24.2   For additional regulations, consult 29 CFR 1926.302.

25   SCAFFOLDING

25.1   Must comply with all applicable requirements of 29 CFR 1926.451.

25.2   Scaffolding must have a Scaffold Status Tag attached to it at all times.

25.2.1   This multi-part tag shall indicate whether or not it is safe to use the scaffold. A competent person shall complete this tag.

25.3   Before starting work on a scaffold, contractors must inspect the scaffold to determine that:

2:06-cv-1018
HMMA  0624

43

- Handrails, toeboards, and decking are in place;
- All wheels are locked on movable scaffolds; and
- Locking pins are in place at each joint.

25.4  Fall protection equipment is required on any scaffold platform that is 6 ft. or more above grade and not equipped with standard handrails, midrails, or complete deck.

25.5  Remove or secure all tools and material on the deck before moving.

25.6  Do not climb on, or work from, any scaffold handrail, midrail, or brace member. Use a ladder, or other approved means, to get onto the scaffold.

25.7  Metal Scaffolding parts and sections made by one manufacturer are not to be interchanged with another manufacturer.

25.8  Where persons are required to work or pass under the scaffold, Contractors must provide a screen between the toeboard and the guardrail, consisting of #18 gauge wire ½ inch mesh, or the equivalent.

25.9  Scaffolds shall be capable of supporting at least 4 times the maximum intended load.

25.10 Contractors shall eliminate slippery conditions on scaffolds as soon as possible.

25.11 Although OSHA allows employees to ride on manually propelled scaffolds under certain conditions, HMMA does not allow any employee to ride on a manually propelled scaffold while it is being moved, unless prior written approval has been granted by HMMA Safety.

25.12 For additional regulations, consult 29 CFR 1926 Subpart L.

2:06-cv-1018
HMMA  0625

44

26  SMOKING/TOBACCO PRODUCTS POLICY

26.1  Smoking, and the use of other tobacco products, in plant is restricted to those areas that have been identified as "Authorized Smoking Areas". Smoking areas shall be designated by HMMA Safety.

26.2  "Strike Anywhere" matches shall not be permitted inside this plant.

26.3  Disposable lighters (i.e. butane lighters) shall not be permitted on HMMA property.

26.4  There is to be NO SMOKING outside of the authorized smoking areas while inside the Plant buildings. Anyone caught smoking outside of an approved area will be subject to disciplinary action.

26.5  There shall be NO SMOKING in the following outside areas:

26.5.1  Tank Farm
26.5.2  Paint Mix
26.5.3  Liquid Tank Farm
26.5.4  Fuel Storage Areas
26.5.5  Within 25 feet of an entrance to a building
26.5.6  Cooling Towers
26.5.7  Roof tops (under construction or finished)

27  STAIRWAY/LADDER SAFETY

27.1  Portable ladders shall be constructed of fiberglass or wood or other approved non-conductive materials.

27.2  When setting up a straight or extension ladder, use the following procedures to avoid injury:

•  Brace the base of ladder against a stationary object so it cannot slip. Get help if you need to;
•  Grasp the top rung with both hands;
•  Raise top end over your head and walk toward the base of the ladder, moving hands to grasp the rungs in the center to maintain stability;

2:06-cv-1018
**HMMA  0626**

45

- When the ladder is erect, move it to the desired location and lean it forward against the resting point;
- Footing should be firm and level. Precautions should be taken to secure ladder if slippery conditions exist;
- Extension or straight ladders used to reach an elevated platform or roof should extend at least 36 inches above the landing;
- A straight ladder should be placed so there is one foot at the base for every four feet of length to the top support;
- When adjusting an extension ladder, be sure the locking device is fully secured and hooked over the rungs before using the ladder.

27.3  All ladders should be tied, blocked, or otherwise secured to prevent movement. They should not be located in front of doors unless the door is blocked open, locked, or guarded.

27.4  Keep rungs and steps of ladders free from grease, oil, paint, ice, mud or other slippery surfaces.

27.5  Stepladders must be fully open and spreaders locked before using. Never climb higher than the step below the top of the stepladder. Never walk a stepladder while standing on it.

27.6  Both hands must be free when climbing or descending. Materials should be hoisted to the work level. Face ladders when going up or down.

27.7  Do not over-reach when on a straight or extension ladder. Move ladder if work is too far. Never stand on the top three rungs of a straight ladder.

27.8  Two or more persons should not work on a ladder unless the ladder is specifically designed for this use.

27.9  Ladders should never be used for braces, skids, or gangways.

27.10  Wood ladders should not be painted except the top step of step-ladders may be painted to indicate that it is not to be stepped on. Wood ladders should be treated regularly with linseed oil or other preservative or they may be given several coats of spar varnish.

46

27.11  All portable manufactured wood ladders shall meet the specifications of ANSI A14.1 - 1968.

27.12  Ladders with missing rungs or steps, broken or split side rails, or other faulty or defective construction, shall be removed from the jobsite immediately.

27.13  On all structures, two or more floors (20 feet or over) in height, stairways, ladders, or ramps shall be provided for employees during the construction period.

27.14  Debris and other loose materials shall not be allowed on or under stairways.  Slippery conditions on stairways shall be eliminated as soon as possible after they occur.

27.15  Contractors shall not be permitted to use metal panned stairs unless the pan has been filled completely with a suitable material.

27.16  For additional regulations, consult 29 CFR 1926 Subpart X.

28   STEEL ERECTION

28.1  Contractors must use fall protection when performing any work over 6 feet elevation.

28.2  Contractors must provide a positive means of access (i.e., scaffolding, ladders, etc.), to the work elevation.

28.3  Contractor shall provide, as erection continues, all Safety devices, (i.e., handrails, hole cover, etc.) necessary to keep the work area safe.  Contractors may not remove these safety devices from the work area  until they are  no longer required.

28.4  Contractor shall establish a Controlled Access Zone, CAZ around the steel erection area.  This zone shall have a radius of no less than 1.5 times the height of the tallest structural member being placed.

28.5  The Contractor shall furnish, install and maintain Safety Railing that is compliant with all applicable OSHA requirements around the outside perimeter of the building

2:06-cv-1018
HMMA  0628

47

deck at every level change, around all roof openings and all locations where fall potential exists.

28.6  Contractors shall not perform any work in the steel erection during bad weather (rain, lighting or high winds), unless the work is being performed from a lift basket.

28.7  No Christmas Treeing of steel is allowed.

28.8  For additional regulations, consult 29 CFR 1926 Subpart R.

29    WALKING/WORKING SURFACES

29.1    Contractors must provide covers and/or guard rails to protect personnel from the hazards of open pits, tanks, vats, ditches, or any other such hazards.

29.2    All covers shall be secured when installed as to prevent accidental displacement by wind, equipment, or employees.

29.3    Contractors must guard every floor opening with a cover capable of supporting at least twice the weight of employees, equipment and materials that may be imposed on the cover at any one time.

29.4    The cover must be marked with the word "Hole" or "Cover".

29.5    When cover is not in place, the Contractor must assign someone to attend the opening or protect the opening on all sides by installing removable standard railings.

29.6    Open-sided floors or platforms 4 feet or more above adjacent floor or ground level must be guarded with a standard railing and toe board beneath the open sides wherever persons can pass; there is moving machinery; or there is equipment from which falling materials could create a hazard.

29.7    Standard railing, consisting of top rail, intermediate rail, and posts must be provided when an elevated open-sided surface is greater than 4 feet above the ground. Standard 4-inch toeboard should also be provided when elevated surface is greater than 4 feet above the ground.

2:06-cv-1018
HMMA   0629

48

29.8    All floor surfaces should be kept free from protruding nails, splinters, loose boards, holes, or projections.

29.9    Where wet processes are used, Contractor shall maintain drainage and provide false floors, platforms, mats, or other dry standing places where practicable.

29.10   Contractors shall post maximum safe floor loads near building floors used for mercantile, business, industrial, or storage purposes.

29.11   Contractors should allow sufficient safe clearances between machinery and adjacent aisles or passageways. Permanent aisles and passageways should be clearly marked.

29.12   Keep all indoor floor areas that are adjacent to machinery in a clean and dry condition.

29.13   Do not walk with your hands in your pockets. This will hamper your ability to use your hands to avoid hazards or to protect yourself during a fall.

29.14   Ice and other hazardous walking surface contaminants should be removed or treated as soon as possible.

29.15   HMMA Safety may establish new fall protection requirements at any time without previous notice or consent of all parties.

29.16   For additional regulations, consult 29 CFR 1910 Subpart D or 29 CFR 1926 Subpart M.

30   WELDING/CUTTING/BRAZING

30.1   When welding or cutting is being performed in any confined space, the gas cylinders and welding machines shall be left on the outside.

30.2   Where welders must enter a confined space through a manhole or other small opening, a Confined Space Entry Permit must be completed. Refer to the Confined Space Section of this handbook for additional information.

30.3  In order to eliminate the possibility of gas escaping through leaks of improperly closed valves, when gas welding or cutting, the torch valves shall be closed and the fuel-gas and oxygen supply to the torch positively shut off at some point outside the confined area whenever the torch is not to be used for a substantial period of time, such as during lunch or overnight. Where practicable, the torch and hose shall also be removed from the confined space.

30.4  Torch sets shall be equipped with flashback arrestors on both the oxygen and fuel (i.e. acetylene) sides of the torch system.

30.5  Mechanical ventilation is required when welding or cutting is done with materials not specifically mentioned in this section. These materials - fluorine compounds, zinc, lead, beryllium, cadmium, mercury, cleaning compounds, and stainless steel are particularly hazardous and have specific control requirements.

30.6  Under no conditions shall acetylene be generated, piped (except in approved cylinder manifolds), or utilized at a pressure in excess of 15 PSIG (pounds per square inch gauge) or 30 PSIA (pounds per square inch absolute).   The 30 PSIA limit is intended to prevent unsafe use of acetylene in pressurized chambers such as caissons, underground excavations or tunnel construction.   (Absolute pressure is equal to gauge pressure plus atmospheric pressure, which at sea level averages 14.7 p.s.i. Thus, at sea level, a gauge pressure reading of 15 p.s.i. is equal to an absolute pressure of 29.7 p.s.i.) This requirement is not intended to apply to storage of acetylene dissolved in a suitable solvent in cylinders manufactured and maintained according to U.S. Department of Transportation requirements, or to acetylene - for chemical use.

30.7  Using acetylene at pressures in excess of 15 p.s.i. gauge pressure (or about 30 p.s.i. absolute pressure) is a hazardous practice.  Free gaseous acetylene is potentially unstable at pressures above 15 PSIG and could decompose with explosive violence.  Experience indicates that 15 PSIG is generally acceptable as a safe upper pressure limit.

2:06-cv-1018
HMMA   0631

50

30.8  The frame or case of the welding machine (except engine driven machines) shall be grounded under the conditions and according to the methods prescribed in Subpart S, Electrical.

30.9  Pipelines containing gases or flammable liquids, or conduits containing electrical conductors shall not be used for completing a work-lead circuit. Pipelines shall not be used as a permanent part of a work-lead circuit, but may be used during construction, extension or repair providing current is not carried through threaded joints, flanged bolted joints, or caulked joints and that special precautions are used to avoid sparking at connection of the work-lead cable.

30.10  Before starting operations, all connections to the machine shall be checked to make certain that they are properly made. The work lead shall be firmly attached to the work, magnetic work clamps shall be freed from adherent metal particles of spatter on contact surfaces. Coiled welding cable shall be spread out before use to avoid serious overheating and damage to insulation.

30.11  Cables with splices within 10 feet (3m) of the holder shall not be used. Welders should not coil or loop welding electrode cable around parts of their body.

30.12  Contractors shall replace cables with damaged insulation or exposed bare conductors. Joining lengths of work and electrode cables shall be done by the use of connecting means specifically intended for the purpose. The connecting means shall have insulation adequate for the service conditions.

   30.12.1  The following limits shall not be exceeded:

| Alternating Current (AC) | Direct Current (DC) |
|---|---|
| Manual | 80 Volts | 100 Volts |
| Automatic | 100 Volts | 100 Volts |

30.13  For AC Welding under wet conditions or warm surroundings where perspiration is a factor, the use of reliable automatic

2:06-cv-1018
**HMMA  0632**

controls for reducing no-load voltage is required to reduce the shock hazard. Some of the older AC machines do not have an automatic control and are on load all the time. It is easy to receive an electric shock when the equipment is not handled properly.

30.14  When arc welding is to be suspended for any substantial period of time, such as during lunch or overnight, all electrodes shall be removed from the holders and the holders carefully located so that accidental contact cannot occur and the machine disconnected from the power source.

30.15  For additional regulations, consult 29 CFR 1926 Subpart J.

31    GRATING REMOVAL POLICY

31.1  All grating shall be installed in booths to ensure a complete run from end to end.

31.2  Once grating is required to complete any installation of the associated equipment, the Grating Removal Policy shall be in effect.

31.3  Contact HMMA Safety for Grating Removal Checklist.

31.4  Complete precaution checklist prior to removal of grating

31.4.1    Protective devices:  Barricades, fall protection
31.4.2    Warning signs posted
31.4.3    Names of persons performing work
31.4.4    Names of area management notified of impending work
31.4.5    Post completed checklist at work location
31.4.6    Complete Close of Work checklist upon completion.
31.4.7    Return completed checklist to HMMA Safety.

2:06-cv-1018
**HMMA** 0633

## SECURITY/FIRE PROTECTION GENERAL REQUIREMENTS

1    GENERAL:

1.1    Contractor is responsible for establishing and enforcing their own Safety and Fire Protection programs, in compliance with this handbook. HMMA Safety/Security shall have input over the coordination, enforcement and administration of the overall site Security and Fire Protection programs.

1.2    All Contractors working on HMMA property, shall comply with all Federal, State, City, County, HMMA or other laws, rules and regulations which govern their operations at HMMA.

1.3    Contractors must comply with all HMMA requirements concerning entrance to and from the plant, parking areas, food service, break areas, non-smoking areas, rest rooms, etc.

2    SITE SECURITY:

2.1    HMMA has established a Security Plan for the Hyundai Facility which is designed to aid in the protection of persons and property located on the construction site. In brief, the methods employed shall include identification and control of persons, vehicles, high risk materials, and equipment.

2.2    Adherence to the plan is mandatory and will benefit each Contractor by reducing theft and loss of man hours resulting from theft.

3    CONTROL OF CONTRACTOR'S PERSONAL TOOLS:

3.1    Contractors providing their own tools and/or equipment shall be responsible for providing an inventory of these items to Security and their employer before or immediately upon arriving on Site. The Contractor must maintain a file to record such listing. Each Contractor must have a secure storage area for employee tools.

2:06-cv-1018
HMMA 0634

3.2    All tools and equipment shall bear distinguishing marks for identification purposes and serial numbers listed when available.

3.3    In the event numerous items are to be loaded onto large carriers for removal from HMMA property, Contractor must give Security a twenty-four hour notice before loading begins. A Security Officer shall arrange to be present during loading and shall ensure proper Material Gate Pass for exiting. Failure to comply with this requirement may result in off loading all material for inspection.

4    IDENTIFICATION OF CONTRACTORS:

4.1    Contractors shall be identified by company hard hats and properly displayed photo identification badges.

5    ISSUANCE AND USE OF PHOTO ID BADGES:

5.1    All Contractors shall be required to obtain an ID badge before entering HMMA property for work. These ID badges remain the property of HMMA and must be worn by the person at all times while on HMMA property. When requested to do so, the Contractor must present his/her ID to any member of HMMA Safety/Security.

5.2    There will be no charge for the first ID badge. Replacements for lost or stolen badges may require a $10.00 replacement fee.

5.3    Expelled Contractors will be required to return their ID immediately upon termination. Contractors shall be responsible for ensuring ID badges are returned immediately at the time of termination. A fee may be assessed for all unreturned ID badges.

5.4    Contractors shall be required to wear their ID badge at or above the waist level so that it is plainly visible.

2:06-cv-1018
**HMMA  0635**

54

5.5     Security Officers have the authority to check the ID
        badge of all persons on HMMA property. Failure to
        produce an ID will be grounds to restrict that person
        from HMMA property.

5.6     Anyone considered to have committed a major violation
        of rules and regulations may be restricted from HMMA
        property by the direction of HMMA Security.

5.7     HMMA may refuse to issue ID badges to Contractors
        who have previously been expelled from the property.
        Contractors who intentionally falsify information to
        obtain an ID badge or who use or direct others to use
        another individual's badge for entry into the plant may
        be permanently banned from HMMA property.

VEHICLE CONTROL:

6.1     Vehicle traffic within the fenced plant area is strictly
        prohibited except in cases of need to perform specific
        job tasks. Should a Contractor require a vehicle on Site,
        an application must be completed. If justification is
        proven, a Vehicle Site Pass will be issued for a limited
        time required to complete the specific job task. These
        passes must be limited due to interference with other
        work operations on Site. All vehicles shall have
        prominently displayed the contractor's name.

6.2     Vehicles shall not block any emergency exit,
        passageway, pedestrian aisles, safety equipment, fire
        hydrant and/or other safety/security equipment.
        Vehicles in violation may be towed at owner's expense.

6.3     All vehicles and packages, lunch pails, tool boxes or any
        container regardless of size entering or exiting HMMA
        property are subject to being searched.

6.4     Vehicles MUST STOP at Security Checkpoints before
        entering or exiting the plant area to be recorded on the
        Security Gate Log.

6.5     Heavy-duty trucks, such as concrete trucks, dump
        trucks, and tractor-trailer trucks, are subject to all Site

2:06-cv-1018
**HMMA  0636**

Security Procedures. Drivers/Passengers making deliveries will be issued hard hats and safety glasses where required. These are to be returned upon departure.

6.6    Contractor vehicles entering the site thru a vehicle gate may not exceed the recommended passenger limits for that vehicle. Contractor transport vehicles must load passengers inside the security perimeter after all persons to be transported have walked thru the security pedestrian gate.

7    CRIMINAL PROSECUTION:

7.1    HMMA will comply with Local, State, and Federal laws regarding the pursuit of criminal prosecution.

8    FIRE PREVENTION/REPORTING

8.1    To report a fire, contact HMMA Security, 8900. Give the location (inside plant use column location.) All fires, regardless of size or disposition shall be reported immediately to Security.

8.2    Flammable liquids brought on site shall be in an approved safety can or original container. A safety can has a spring-closing lid, flashback arrestor screen, spout cover, and is so designed that it will relieve internal pressure.

8.3    All flammable liquids such as gasoline, paint thinner, etc. shall be stored outside the building in an area approved by HMMA Safety.

8.4    Handling flammable/combustible liquids requires extreme caution. Do not smoke around flammable or combustible materials. Do not put such materials in direct sunlight, hot places, near open flames, sparks or other heat sources.

2:06-cv-1018
HMMA  0637

8.5    The quantity of flammable and combustible liquid located outside of approved storage areas shall not exceed the minimum required for a one-day operation.

All flammable and combustible liquid containers shall be grounded. When dispensing, the containers shall be bonded together and grounded.

8.6     In case of a spill, notify Security , 8900.

8.7     Gasoline-powered equipment is not allowed in or within 35 feet of the Manufacturing Plant without prior written consent of HMMA Safety. Under certain conditions, petroleum fuel equipment is allowed inside the Plant buildings but only with the attachment of a catalytic converter on the exhaust system.

8.8     "Tar Pots" are covered by the Hot Work Permit Policy. They shall be attended at all times. "Tar Pots" shall not be located closer than 25 feet to any structure and/or combustible storage, without prior approval from HMMA Safety.

8.9     Open fires are not permitted on Site.

8.10    Refueling vehicles shall comply with all bonding/grounding requirements for transferring flammable materials.

9       SITE SECURITY RULES:

- Obey all site signs
- Comply with instructions from site security officers
- Comply with search procedures and requests
- No camping on site
- No solicitation of any type is allowed while on HMMA property
- No personal vehicles allowed in controlled areas without proper authorization from Security Manager
- Park in designated parking areas only
- Do not block roadways, work areas or emergency access routes with vehicles
- Mark all personal tools with name and number
- Wear identification badge visible at or above waist level

2:06-cv-1018
HMMA  0638

57

- Stay in designated work area only
- Access assigned work areas only by approved routes

9.1     Failure to comply with the above Security rules is a Minor Violation. Refer to the Disciplinary Procedures Section of this handbook for additional information. Parking or traffic violations may include towing of the vehicle at the contractors expense and/or a permanent ban operating a vehicle on HMMA property.

9.2     MAJOR VIOLATIONS:

- Intentionally disabling a safety device
- Intentionally violating the HMMA Fall Protection, LOTO or Hot Work rules
- Fighting on HMMA property
- Assaulting another person
- Sexual misconduct, sexual harassment, or public indecency
- Arson
- Intentional property damage
- Robbery or Burglary
- Criminal trespass
- Disorderly conduct
- Possession of a firearm or other lethal weapon on HMMA property
- Possession, sale, or use of alcoholic beverages, marijuana, unauthorized drugs or narcotics.
- Insubordination or failure to surrender badge when asked by a member of HMMA Fire/Safety/Security.
- A Supervisor or foreman intentionally instructing employee(s) to work in an unsafe manner or not enforcing the HMMA site safety policies with their employees.
- Falsifying information to gain access or false use of a badge to gain access or misleading statements to gain access to plant property.
- Speeding or reckless driving on HMMA property is strictly prohibited.

2:06-cv-1018
**HMMA** 0639

58

## DEFINITIONS

**Affected Employee**
An employee whose job requires him/her to operate or use a
machine or equipment on which service or maintenance is
being performed under lockout, or whose job requires them to
work in close proximity to the device under the lockout.

**All Clear**
A signal to indicate the end of an emergency event.

**Authorized Contractor**
A person who locks out machines or equipment in order to
perform service or maintenance on a machine or equipment.

**ANSI**
American National Standards Institute. A non-profit
organization that writes safety standards that OSHA adopts..

**CAZ**
See Controlled Access Zone

**CFR**
Code of Federal Regulations. The OSHA Standards are
contained in 29 CFR 1910 -- General Industry and 29 CFR
1926 -- Construction.

**Competent Person**
Is one who is capable of identifying existing and predictable
hazards in the surroundings, or working conditions which are
unsanitary, hazardous, or dangerous to employees, and who
has the authorization to take prompt corrective measures to
eliminate them.

**Confined Space**
A confined space is one that meets the following
requirements: (1) Is large enough and so configured that an
employee can bodily enter and perform assigned work; and (2)
Has limited or restricted means for entry or exit (for example,
tanks, vessels, silos, storage bins, hoppers, vaults, and pits are
spaces that may have limited means of entry); and (3) Is not
designed for continuous employee occupancy.

2:06-cv-1018
HMMA  0640

59

Contractor
For the purposes of this manual, the term Contractor shall be
interchangeable with the term Contractor or Subcontractor, and
shall include their directors, officers, agents or employees, unless
otherwise specified.

Controlled Access Zone
An area in which certain work (e.g. steel erection, overhand
bricklaying) takes place and access to the zone is restricted.

Employer
Means a person engaged in a business affecting commerce
who has employees, but does not include the United States, or
any State or political subdivision of a State.

EPA
Environmental Protection Agency.

FTZ
Foreign Trade Zone

GFCI
Ground Fault Circuit Interrupter. This device is designed to
open the flow of electricity when a leakage of current to
ground exceeds the preset limit. This limit, usually between 4
- 6 mA, is below the threshold to cause permanent injury to
the employee who would have received an otherwise
potentially lethal shock.

Hazard Communication
This standard is also known as the "Employee Right To Know
Law". It is designed to inform employees of hazards,
particularly chemical hazards, in the workplace.

HAZCOM
See Hazard Communication

2:06-cv-1018
HMMA  0641

**Job Control Lock**
A red lock that is placed on an isolation point, or a yellow lock if a group lockout box, by a trained contractor representative from each contracting firm involved in the lockout. The purpose of the lock is to prevent a lockbox from being unsecured during shift changes or other events. It is the first lock(s) applied to the group lockbox and the last to be removed.

**kV**
Kilovolt. A unit of measure of 1000 volts.

**MSDS**
Material Safety Data Sheet. These documents include several important pieces of information regarding the safe handling, first aid, required PPE, fire fighting, and chemical properties of a product.

**NFPA**
National Fire Protection Association. This non-profit organization writes standards that are adopted by OSHA, including the National Electrical Code.

**OCIP**
Owner Controlled Insurance Program.

**OSHA**
Occupational Safety and Health Administration. This agency, formed in 1970 by the Williams - Steiger Occupational Safety and Health Act, is charged with writing, adopting and enforcing standards to ensure the safety of America's workers.

**Personal Fall Arrest System**
A system used to arrest an employee in a fall from a working level. As a minimum for the HMMA site, it consists of a full body harness, shock absorbing lanyard, and a proper connection point.

**Positioning Device**
A device that prevents an employee from encroaching upon a fall hazard. i.e. cable and body belt at the opening of a trash chute.

2:06-cv-1018
**HMMA** 0642

61

**p.s.i.**
A unit of measure of pressure. Pounds per Square Inch.

**Residual Energy**
Also known as stored energy or potential energy. Sources of residual energy can include, but are not limited to: electrical capacitors, hydraulic accumulators, springs, and gravity.

**ROPS**
Rollover Protective Structure. This device prevents an employee from crushing injuries involved in a machine rollover.

**Shall** This indicates that compliance with a standard, regulation, or directive is mandatory.

**Hyundai (HMMA)**
Hyundai Motor Manufacturing Alabama, LLC.

**Tobacco Products**
Includes such items as: cigarettes, cigars, pipes, chewing tobacco, and snuff.

**Watch**
This is a severe weather alert condition. It means conditions are favorable for the formation of bad weather.

**Warning**
This is a severe weather alert condition. It means that severe weather has been confirmed, by authorities or radar. Take appropriate action immediately.

**Warning Lines**
A barrier erected on a roof to warn employees that they are approaching an unprotected roof side or edge, and which designates an area in which roofing work may take place without the use of guardrails, personal fall arrest devices, or safety net systems to protect employees in the area.

2:06-cv-1018
HMMA 0643

## APPENDIX A BARRICADE (SPECIAL)

Minimum height of top rail must be 39" with 200 lbs
of downward force applied midway between supports.



**HMMA HOT WORK PERMIT**
PERMIT No. 000001

Date _____    Building _____

Specific Location: _____

Elevation: _____    Craft _____

Operator: _____

Start Time _____    Completion Time _____

| Nature of Job: | | | |
|---|---|---|---|
| ☐ Soldering | ☐ Welding | ☐ Cutting | ☐ Demolition Tools |
| | ☐ Heating | ☐ Grinding | ☐ Power Act Tools |
| ☐ Other _____ | | | |

YES   NO
☐   ☐   Other methods of work explored

☐   ☐   Combustible materials removed 35 feet from work, or ☐ protected

☐   ☐   Flip ant enclosures or gas

☐   ☐   Welding Fire Extinguisher/Hose Location I.D.
Location _____

☐   ☐   Fire Watch (Name) _____

☐   ☐   Closed Pinned/Full System
/Radio Location _____

☐   ☐   Confined Space Permit Required

☐   ☐   Line Opening Permit Required

☐   ☐   Lower Explosive Limit check required

_____ % Time _____ By _____

_____ % Time _____ By _____

_____ % Time _____ By _____

_____ % Time _____ By _____

☐   ☐   Water Fog Required or ☐ Charged Hose

☐   ☐   Sparks and/or slag containment with blankets
or other precautions

☐   ☐   Floor grating removed within 35 feet or ☐ protected

☐   ☐   Fume Exhaust System shut down

☐   ☐   HAZARDS/NOTES: _____

_____

The necessary precautions have been taken to provide a
fire safe environment.

Requesting Supervisor: _____

☐ Department Manager _____

TMM Safety/Security: _____

Work Completed _____    Signature _____

EMERGENCY PHONE NUMBER 387-8900
HMMA HOT WORK PERMIT

2:06-cv-1018
HMMA 0645

**DECK GRATING REMOVAL PERMIT**

| | |
|---|---|
| Gen. Contractor: _____ | Location /Booth: _____ |
| Subcontractor: _____ | Specifications: _____ (Plan Column References) |
| Work to be Performed: _____ | |

**HAZARDS AND PRECAUTIONS:**

Lockout/Tagout required? [ _____ ]     Confined Space? [ _____ ]

Precaution Checklist Prior to Removal:
- a) Protective Devices are used
- b) Signs are posted
- c) Are all the special precautions any used?
- d) Confined Space Permit? If so attach a copy.
- e) List name(s) of Qualified Employee(s) presence to perform a work.

_____   _____
_____   _____
_____   _____

- e) Person notified within operating facility (Include Name)

_____
_____
_____

**PROVISIONS OF PERMIT ISSUING:**

I (we) certify that the above noted procedures and attached permit procedures will be followed and work performed will meet all required safety requirements to ensure the health and safety of all workers associated with this job.

| | Date: | Time: | Valid for shift |
|---|---|---|---|
| Contractor Supervisor | | | |

(Please ensure that a copy of this procedure and the special work procedure is available on site and understood as agreed with workers. Work will cease where a worker note stated above is not familiar with this permit.
Return this permit to the booth line record retention upon work completion.

Close of Work:
- a) Grating removed has been returned in place and is secure.
- b) Warnings/Barricades have been installed to the adjacent areas.
- c) Protective Devices and signs have been removed.