IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LONNIE GANT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| \'. | ) CIVIL ACTION NO. 2:06-CV-IOt8-MEF |
| | ) |
| HYVNDAI MOTOR MANUFACTURING ALABAMA, LLC; RUST CONSTRUCTORS, INC., *et at.,* EISENMANN CORPORATION, ct al. | ) ) ) ) |
| | ) |
| Defendants. | ) |

### MOTION PURSUANT TO RULE 56 (t) TO REFUSE DEFENDANT RUST CONSTRUCTORS' MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, TO ORDER A CONTINUANCE OF MOTION

CO]'vlFS NOW the plaintitI Lonnie Gant, and moves this Court pursuant to Rule 56(1), Federal Rules of Civil Procedure. to refuse defendant Rust Constructors' application for summary judgment or. alternatively, to order a continuance of said application, stating grounds as follows:

L.    Discovery in this matter has not been completed, and depositions have not been taken.

")    Dekndant Rust Constructors has not answered the First Set of Interrogatories and Request for Production submitted by the plaintiff. (Exhibit A).

J.    Attached hereto is the "Affidavit of Lonnie Gant" in support of this Motion and in compliance with Rule 56(f), Federal Rules of Civil Procedure. (Exhibit B).

_J_

PARKER C. JOHNSTON (.10H097)
Attorney for Plaintiff

OF COUNSEL:
Parker C. Johnston
Attorney at Law. LI ,C
:1090 Alabama Highway 14
P. O. Box 1207
:\1illbrook. Alabama :16054
:1:14-285-103:1
FAX: 3:14-285-1035

## CERTIFICATE OF SERVICE

  L the undersigned. do hereby certify that I have served a copy of the foregoing document upon:

I [on. Robert C. Ward . .ll'.
184 Commerce Street
Post Office Box no
Montgomery. Alabama 36101-0270

lIon. C. \Vinston Sheehan . .ll'.
Post Ortice Box 2148
Montgomery. Alabama 36102-2148

by depositing a copy of the same. postage prepaid, in a receptacle of the United States Postal Service this _)_.-_day of T\'1arch. 2007.

_____
OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**EXHIBIT A**

| | |
|---|---|
| LONNIE CANT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:06-CV-I018 |
| | ) |
| HYUNDAI MOTOR MANUFACTURING | ) |
| LLCL, RUST CONTRUCTORS, INC., *et ai,* | ) |
| | ) |
| Defendants. | ) |

### DEFENDANT RUST'S OBJECTIONS TO PLAINTIFF'S DISCOVERY

COMES NOW the Defendant Rust Constructors, Inc. (hereinafter "Rust"), and objects to the Plaintiff s Interrogatories and Requests for Production of Documents as follows:

A. Rust objects to the Plaintiff s discovery requests to the extent that the requests seek infornlation protected by the attorney-client privilege or by any other privilege recognized by law, as being work product, or as being prepared for in anticipation of litigation.

B. Rust objects to the Plaintiffs discovery requests to the extent that the requests infoTIllation which is already in the Plaintiffs possession, or can be as easily obtained by the Plaintiff.

C. RU3t objects to the Plaintiff's discovery requests to the extent that the requests seek information based upon speculation, hearsay or that is otherwise inadmissible in this cause of action.

D. Rust objects to Plaintiff's discovery requests to the extent that said requests seek infoTIllation, or to impose an obligation on Rust, beyond those contained or provided for within the scope of the Federal Rules of Civil Procedure.

E. Rust objects to the Plaintiffs discovery requests as overly broad, unduly burdensome, not calculated to lead to the discovery of admissible evidence and that they seek to discover information that is not relevant to this cause of action.

F. Attached hereto is the Affidavit of Ronald Cross, averring that at the time of the accident involving the Plaintiff, Rust had ceased doing business at the Hyundai premises and was no longer involved in this project. Rust further objects to the discovery requests on the grounds that the Plaintiffs discovery requests are obtainable from Hyundai where the information is more readily convenient, less burdensome and jess expensive to produce.

C. WINSTON S -<EHAN, JR.
Attorney for Rust Constructors, Inc.

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama 36102-2148
Phone: (334) 387-7680
Fax: (334) 387-3222

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on the following counsel of record:

Parker C. Johnston, Esq.
Attorney at Law, L.L.c.
3090 Alabama Hwy. **14**
P. O. Box] 207
Millbrook, AL 36054

Bethany Rolger, Esq.
Robert Ward, Esq.
Rushton, Stakely, Johnston & Garrett, P.A.
P. O. Box 270
Montgomery, AL 3610] -0270

by placing same in the U.S. mail postage prepaid on this the 2_ day of January, 2007.

OF COuNSEL

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LONNIE GANT, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>HYUNDAI MOTOR MANUFACTURING )<br>LLCL, RUST CONTRUCTORS, INC., *et at*, )<br>)<br>Defendants. ) | Case No. 2:06-CV-I018 |

AFFIDAVIT OF RONALD CROSS

STATE OF ALABAMA
COUNTY OF JEFFERSON

BEFORE ME, the undersigned authority, personally appeared Ronald Cross, who is known to me, and who being by me first duly sworn, states under oath the following:

My name is Ronald Cross. I am a resident of the State of Alabama, over the age of 18-years and competent to testify to the matters averred herein.

I was and have been employed at all material times hereto by Rust Constructors, Inc. (hereinafter "Rust") as the Corporate Director of Safety and Health for Rust and all of their projects to include the Hyundai Motor Manufacturing of Alabama Facility (hereinafter "Hyundai"), located in Hope Hull, Montgomery County, Alabama.

On September 24, 2004, Rust was no longer doing business in Hope Hull, Montgomery County, Alabama. Rust had served as the construction manager oversceing somc of the construction of Hyundai up until March of 2004. Rust did not award or execute a subcontract on behalf of Hyundai to American Industrial, Inc. The last subcontract bid by Rust for Hyundai was tumcd ovcr to Hyundai in June 2004. Therc were no Rust employees on site in Hope Hull, Alabama on September 24, 2004.


**EXHIBIT**

STATE OF KENTUCKY
COUNTY OF TODD

## AFFIDAVIT OF LONNIE GANT

My name is Lonnie Gant. I am over nineteen (19) years of age, and am of sound mind. I am the plaintiff in the case styled: *Lonnie Gant v. Hyundai Motor Manufacturing, LLC, Rust Constructors, Inc., et al.*, (Case No. 2:06-CV-1018, United States District Court for the Middle District of Alabama, Northern Division).

I am submitting this affidavit in opposition to the Motion for Summary Judgment filed by defendant Rust Constructors, and am requesting the Court to refuse application of the said Motion for Summary Judgment or, alternatively, to continue disposition until motion until discovery is completed in this matter.

As grounds for my request, I submit that it would be premature for the Motion for Summary Judgment to be granted before depositions and other discovery have been taken and completed.

Until sufficient discovery has been undertaken, then my attorneys, I cannot present evidence to justify my opposition to the Motion for Summary Judgment.

FURTHER AFFIANT SAYETH NOT,

_____
LONNIE GANT

STATE OF KENTUCKY
COUNTY OF TODD

SWORN to and subscribed before me this ____ day of _____, 2007

_____
Notary Public
My Commission Expires: _____