Case 2:06-cv-01018-MEF-SRW    Document 24    Filed 03/06/2007    Page 1 of 2

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

<u>        MIDDLE        </u> District of <u>        ALABAMA        </u>

LONNIE GANT,
    Plaintiff,

v.

HYUNDAI MOTOR MANUFACTURING
ALABAMA, L.L.C., et al.,
    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  2:06-CV-1018-MEF

TO: (Name and address of Defendant)

Sunbelt Rentals
2000 Interstate Park Dr.
Suite 204
Montgomery, AL 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Parker C. Johnston
P. O. Box 1207
3090 Alabama Hwy 14
Millbrook, AL 36054

an answer to the complaint which is served on you with this summons, within ~~30~~ **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*          3-6-07
CLERK                       DATE
[signature]
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | |
| NAME OF SERVER (PRINT) | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                        Date                         *Signature of Server*

                                         _____
                                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.