| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  The Corporation Company   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery 3/8/07 |
| 1. Article Addressed to:<br>Eisenmann Corporation<br>2000 Interstate Park Drive<br>Suite 204<br>Montgomery, AL 36109<br>06cv1018 S+C | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7001 0360 0002 9036 5275 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540