| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  The Corporation Company   ☐ Agent / Addressee<br>B. Received by ( *Printed Name* )   C. Date of Delivery 3/08/07 |
| 1. Article Addressed to:<br><br>Sunbelt Rentals<br>2000 Interstate Park Drive<br>Suite 204<br>Montgomery, AL 36109<br><br>06cv1018 S+C | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7001 0360 0002 9036 5282 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540