N THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LONNIE GANT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:06-CV-1018 |
| ) | |
| HYUNDAI MOTOR MANUFACTURING ) | |
| LLC, RUST CONTRUCTORS, INC., *et al*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT RUST'S REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW the Defendant, Rust Constructors, Inc. (hereinafter referred to as "Rust"), and pursuant to this Court's Order respectfully submits this Reply to the Plaintiff's Motion pursuant to Rule 56(f) (Doc. 22) and says as follows:

The Plaintiff's Motion and the Affidavit of Lonnie Gant do not justify the denial of this Defendant's Motion for Summary Judgment as there were no Rust employees on site at the time of the plaintiff's accident and Rust was no longer involved in the Hyundai project. Since the filing of this Defendant's Motion for Summary Judgment, the Plaintiff has filed an Amended Complaint which does not add any new claims against this Defendant.

Judge Thompson, in an unreported case of *Shelby v. American Colloid Co. Inc.*, 205 WL 3804725 (M.D. Ala. 2005), pointed out that Rule 56(f) allows for a continuance to permit discovery; however the party who seeks the application of Rule 56(f) must "state by affidavit the reasons why he is unable to present the necessary opposing material. 10B Wright, Miller & Kane, Federal Practice and Procedure § 2740 (3d ed.1998). *See also Barfield v. Brierton*, 883 F.2d 923, 931 (11th Cir. 1989) ("A party requesting a continuance under this rule must present an

affidavit containing specific facts."). Shelby "'may not simply rely on vague assertions that additional discovery will produce needed, but unspecified, facts,' but rather he must specifically demonstrate 'how postponement of a ruling on the motion will enable him, by discovery or other means, to rebut the movant's showing of the absence of a genuine issue of fact.'" *Wallace v. Brownell Pontiac-GMC Co., Inc.,* 703 F.d, 525, 527 (11th Cir.1983) (quoting *SEC v. Spence & Green Chem. Co.,* 612 F.2d 896, 901 (1980)).

The Plaintiff in this case has submitted his Affidavit which is merely conclusory and he has not demonstrated what, if any, discovery from this Defendant, would or could create a genuine issue of fact to justify denial of Summary Judgment. The Plaintiff merely seeks to engage in a fishing expedition at the expense of this Defendant.

For the foregoing reasons, Rust Constructors, Inc., respectfully request this Honorable Court to deny the Plaintiff's Motion for Continuance and grant its Motion for Summary Judgment in this action.

/s/ C. Winston Sheehan, Jr.
C. WINSTON SHEEHAN, JR.
Attorney for Defendant, Rust Constructors, Inc.

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
Phone:  (334) 387-7680
Fax:     (334) 387-3222

2

## CERTIFICATE OF SERVICE

       I hereby certify that on March 15, 2007, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by U.S. mail:

Parker C. Johnston, Esq.
Attorney at Law, L.L.C.
3090 Alabama Hwy. 14
P. O. Box 1207
Millbrook, AL 36054

Bethany Rolger, Esq.
Robert Ward, Esq.
Rushton, Stakely, Johnston & Garrett, P.A.
P. O. Box 270
Montgomery , AL 36101-0270

                                              /s/ C. Winston Sheehan, Jr.
                                              OF COUNSEL