IN THE UNITED STATES COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LONNIE GANT,

    Plaintiff,

vs.

HYUNDAI MOTOR MANUFACTURING
ALABAMA, LLC; RUST
CONTRACTORS, INC. et al.,

    Defendants.

CIVIL ACTION NO.CV-06-1018

## NOTICE OF APPEARANCE

Julia A. Beasley and Kendall C. Dunson of Beasley, Allen, Crow, Methvin, Portis & Miles, P. C., hereby file a Notice of Appearance as attorneys of record as co-counsel along with Parker C. Johnston for the Plaintiff in the above-referenced case.

DATED: March 16, 2007.

_____
JULIA A. BEASLEY (ASB-6729-E55J)

_____
KENDALL C. DUNSON (ASB-5835-D65K)
Attorneys for Plaintiff

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL 36103
(334) 269-2343
(334) 954-7555 fax

Mr. Parker C. Johnston
ATTORNEY AT LAW
P.O. Box 1207
Millbrook, AL 36054

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following by placing it in the U.S. Mail, postage prepaid and properly addressed:

Dated this 16 day of March, 2007.

_____
OF COUNSEL

Mr. Robert C. Ward, Jr.
Ms. Bethany L. Bolger
RUSHTON, STAKELY, JOHNSTON
& GARRETT
P.O. Box 270
Montgomery, AL 36101-0270
Attorneys for Hyundai

Mr. C. Winston Sheehan, Jr.
BALL, BALL MATTHEWS & NOVAK
P.O. Box 2148
Montgomery, AL 36102-2148