# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| LONNIE GANT, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO.: |
| | ) | 2:06-CV-1018-MEF |
| | ) | |
| EISENMANN CORPORATION, | ) | |
| et al., | ) | |
| | ) | |
|    Defendants. | ) | |

## MOTION FOR EXTENSION OF TIME
## TO FILE RESPONSIVE PLEADING

COMES NOW the Defendant, Eisenmann Corporation, and respectfully requests that this Court grant this Defendant an extension of time in which to file a responsive pleading to Plaintiff's Complaint on the following grounds.

1.   The undersigned Counsel was hired to defend Eisenmann Corporation. on March 27, 2007.  The undersigned needs additional time to investigate the matter in order to file an appropriate responsive pleading to the Complaint.

2.   This Defendant requests an extension of ten (10) days in which to provide a response to Plaintiff's Complaint.

3.   Counsel for Plaintiff has no objections and no prejudice will be due to any party involved by granting this Defendant a ten (10) day extension in which to

provide a response to Plaintiff's Complaint.

**WHEREFORE, PREMISES CONSIDERED,** the undersigned counsel respectfully requests that this Court grant this Defendant an extension of ten (10) days from March 28, 2007, in which to provide a response to Plaintiff's Complaint.

/s/ A. Joe Peddy
SMITH, SPIRES & PEDDY, P.C.
2015 2nd Avenue North, Suite 200
Birmingham, Alabama 35203
(205) 251-5885
(205) 214-6154
BAR ID: PED002
E-mail: Joe@ssp-law.com
 /s/ Robert B. Stewart
BAR ID: STE124
E-mail: Rob@ssp-law.com

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing with the Clerk of Court using the electronic filing system which will send notification of such filing to the following e-mail addresses on this the 28th day of March, 2007.

Kendall C. Dunson
Julia Ann Beasley
Beasley, Allen, Crown, Methvin, Portis & Miles, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160

Parker C. Johnston
Parker C. Johnston Attorney at Law, LLC
P. O. Box 1207
3090 AL Highway 14
Millbrook, AL 36054

Bethany L. Bolger
Robert Charles Ward, Jr.
Rushton, Stakely, Johnston & Garrett, P.A.
184 Commerce Street
P.O. Box 270
Montgomery, AL 36104

C. Winston Sheehan, Jr.
Ball, Ball, Matthews & Novak, PA
P.O. Box 2148
Montgomery, AL 36102-2148

Sunbelt Rentals
The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, AL 36109

                                                      s/Robert B. Stewart
                                                      Of Counsel