IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LONNIE GANT,  )  )   Plaintiff,  ) v.  )   ) HYUNDAI MOTOR MANUFACTURING ) ALABAMA, LLC, *et al.,*  )   ) Defendants  ) | CASE NO. 2:06-cv-1018-MEF |

# **O R D E R**

Upon consideration of the defendant's Motion for Extension of Time to File Responsive Pleading (Doc. #30) filed on March 28, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this 2nd day of April, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE