IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LONNIE GANT, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * CIVIL ACTION NO. 2:06-CV-1018-MEF |
| | * |
| HYUNDAI MOTOR MANUFACTURING | * |
| ALABAMA, LLC; RUST | * |
| CONSTRUCTORS, INC.; EISENMANN | * |
| CORPORATION; and, SUNBELT | * |
| RENTALS, et al. | * |
| | * |
| Defendants. | * |

## NOTICE OF APPEARANCE

Come now Christopher G. Hume, III, and W. Kyle Morris with Miller, Hamilton, Snider & Odom, and file their Notice of Appearance as counsel of record on behalf of Eisenmann Corporation, a defendant in the above styled matter.

CHRISTOPHER G. HUME, III (HUMEC8754)
W. KYLE MORRIS, (MORRW8961)
Attorneys for Defendant
Eisenmann Corporation

OF COUNSEL:
MILLER, HAMILTON, SNIDER & ODOM, L.L.C.
Post Office Box 46
Mobile, Alabama 36601
(251) 432-1414

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the /8th day of April, 2007, served a copy of the foregoing with the Clerk of the U.S. District Court for the Middle District of Alabama, Northern District using the CM/ECF system which will send notification of such filing to all counsel of record. In addition, I have on this date, served a copy of the foregoing on all counsel of record or parties who do not receive electronic notification by placing a copy of the same in the U. S. Mail, first-class postage preparing and properly addressed as follows:

Parker C. Johnston, Esq.
3090 Alabama Highway 14
P. O. Box 1207
Millbrook, Alabama  36054

Julia A. Beasley, Esq.
Kendall C. Dunson, Esq.
Beasley, Allen, Crow
Methvin, Portis & Miles
Post Office Box 4160
Montgomery, Alabama  36103

Robert C. Ward, Jr., Esq.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama  36101-0270

C. Winston Sheehan, Jr., Esq.
Post Office Box 2148
Montgomery, Alabama  36102-2148

_____
CHRISTOPHER G. HUME, III