IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

| | |
|---|---|
| LONNIE GANT, )| |
| )| |
| Plaintiffs )| |
| )| |
| v. )| Civil Action No. 2:06-cv-1018-MEF |
| )| |
| SUNBELT RENTALS, )| |
| )| |
| Defendants )| |

### DEFENDANT SUNBELT RENTALS'
### CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Sunbelt Rentals states that Sunbelt Rentals, Inc. is a North Carolina corporation and is wholly owned by Ashtead Group PLC, a UK public liability company which also has another wholly owned US subsidiary called Ashtead Technology, Inc., a North Carolina corporation.

Respectfully submitted this 25th day of May, 2007.

s/T. Kelly May
**T. KELLY MAY, MAY014**
**PAUL F. MALEK, MAL021**
Attorneys for Defendants
Sunbelt Rentals

**OF COUNSEL:**

HUIE, FERNAMBUCQ AND STEWART, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223-2484
(205) 251-1193

## CERTIFICATE OF SERVICE

I hereby certify that on the 1th day of May, 2007, I electronically filed a copy of the above and foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Parker C. Johnston, Esq.
Attorney at Law, LLC
Post Office Box 1207
Millbrook, Alabama 36054

Julia A. Beasley, Esq.
Kendall C. Dunson, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
Post Office Box 4160
Montgomery, Alabama 36103

C. Winston Sheehan, Jr., Esq.
Ball, Ball, Matthews & Novak, P.A.
P. O. Box 2148
Montgomery, Alabama 36102-2148

Robert C. Ward, Jr.
Bethany L. Bolger
Rushton, Stakely, Johnston & Garrett, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270

A. Joe Peddy, Esq.
Thomas M. Little, Esq.
Smith, Spires & Peddy, P.C.
Suite 200
2015 Second Avenue North
Birmingham, AL 35203

Christopher G. Hume, III, Esq.
W. Kyle Morris, Esq.
Miller, Hamilton, Snider & Odom, L.L.C.
P. O. Box 46
Mobile, AL 36601

                                                  s/T. Kelly May
                                                  OF COUNSEL