IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LONNIE GANT, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CIVIL ACTION NO. 2:06-CV-1018-MEF |
| | * | |
| HYUNDAI MOTOR MANUFACTURING | * | |
| ALABAMA, LLC; RUST | * | |
| CONSTRUCTORS, INC.; EISENMANN | * | |
| CORPORATION; and, SUNBELT | * | |
| RENTALS, et al. | * | |
| | * | |
| Defendants. | * | |

## EISENMANN CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Eisenmann Corporation ("Eisenmann") states that neither Eisenmann or any of its parent, subsidiary or affiliates have issued any shares or debt securities to the public.

Respectfully submitted this 22nd day of June, 2007.

_____
CHRISTOPHER G. HUME, III (ASB-8754-M76C)
W. KYLE MORRIS
Attorneys for Defendant
Eisenmann Corporation

OF COUNSEL:
MILLER, HAMILTON, SNIDER & ODOM, L.L.C.
Post Office Box 46
Mobile, Alabama 36601
(251) 432-1414
chrishume@mhsolaw.com
kylemorris@mhsolaw.com

A. Joe Peddy, Esq.
Smith, Spires & Peddy
2015 Second Avenue N., Ste. 200
Birmingham, Alabama 35203
(205) 251-5885
Joe @ssp-law.com

## CERTIFICATE OF SERVICE

    I hereby certify that I have on this the 22nd day of June, 2007, served a copy of the foregoing with the Clerk of the U.S. District Court for the Middle District of Alabama, Northern District using the CM/ECF system which will send notification of such filing to all counsel of record. In addition, I have on this date, served a copy of the foregoing on all counsel of record or parties who do not receive electronic notification by placing a copy of the same in the U. S. Mail, first-class postage preparing and properly addressed as follows:

Parker C. Johnston, Esq.
3090 Alabama Highway 14
P. O. Box 1207
Millbrook, Alabama 36054

Julia A. Beasley, Esq.
Kendall C. Dunson, Esq.
Beasley, Allen, Crow
Methvin, Portis & Miles
Post Office Box 4160
Montgomery, Alabama 36103

Bethany L. Bolger, Esq.
Robert C. Ward, Jr., Esq.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama 36101-0270

T. Kelly May, Esq.
Paul F. Malek, Esq.
Huie, Fernambucq & Stewart
Three Protective Center
2801 Hwy. 280 S., Ste 200
Birmingham, Alabama 35223-2484

C. Winston Sheenan, Jr., Esq.
Post Office Box 2148
Montgomery, Alabama 36102

_____
CHRISTOPHER G. HUME, III