IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LONNIE GANT, | ) |
| | ) |
|       **Plaintiff,** | ) |
| | ) |
| vs. | ) CASE NO. 2:06-cv-1018-MEF |
| | ) |
| HYUNDAI MOTOR MANUFACTURING, | ) |
| LLC; RUST CONTRACTORS, INC., *et al.*, | ) |
| | ) |
|       **Defendants.** | ) |

## PRO TANTO STIPULATION OF DISMISSAL

It is stipulated by counsel for the Plaintiff to this action and the attorney for Rust Contractors, Inc., that the Defendant, Rust Constructor, Inc., is dismissed, with prejudice, with said Defendant and Plaintiff bearing their own costs. Plaintiff specifically reserves the right to proceed against all other Defendants in this matter, and this dismissal shall not in any manner affect Plaintiff's rights to proceed against those remaining Defendants or any other Defendants which may be added in this case.

                                            /s/ Julia A. Beasley
                                            JULIA A. BEASELY (ASB-6729-E55J)

OF COUNSEL:
BEASLEY, ALLEN, CROW, METHVIN
 PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103                /s/ C. Winston Sheehan, Jr.
                                            C. WINSTON SHEEHAN, JR. (ASB-0613-A57C)
                                            Attorney for Rust Constructors, Inc.

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama 36102-2148

## CERTIFICATE OF SERVICE

      I hereby certify that I have on this the 6th day of July, 2007, served a copy of the foregoing with the Clerk of the U.S. District Court for the Middle District of Alabama, Northern District using the CM/ECF system which will send notification of such filing to all counsel of record. In addition, I have on this date, served a copy of the foregoing on all counsel of record or parties who do not receive electronic notification by placing a copy of the same in the U.S. Mail, first-class postage preparing and properly addressed as follows:

Parker C. Johnston, Esq.
3090 Alabama Highway 14
P.O. Box 1207
Millbrook, Alabama 36054

A. Joe Peddy, Esq.
Smith, Spires & Peddy
2015 Second Avenue N., Suite 200
Birmingham, Alabama 35203

Julia A. Beasley, Esq.
Kendall C. Dunson, Esq.
Beasley, Allen, Crow, Methvin,
 Portis & Miles
Post Office Box 4160
Montgomery, Alabama 36103

Bethany L. Bolger, Esq.
Robert C. Ward, Jr., Esq.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama 36101-0270

T. Kelly May, Esq.
Paul F. Malek, Esq.
Huie, Fernambucq & Stewart
Three Protective Center
2801 Highway 280, Suite 200
Birmingham, Alabama 35223-2484

Christopher G. Hume, III, Esq.
W. Kyle Morris, Esq.
Miller, Hamilton, Snider & Odom, L.L.C.
Post Office Box 46
Mobile, Alabama 36601

                                        /s/ C. Winston Sheehan, Jr.
                                        C. Winston Sheehan, Jr.