IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Civil _____ DIVISION

Lonnie Gant ,  )
                )
   Plaintiff,   )
                )
v.              )   CASE NO. 2:06-cv-1018-MEF
                )
Hyundai, et al. ,  )
                )
   Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Lonnie Gant, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
|  |  |
|  |  |
|  |  |

7.9.07
Date

_(Signature)_ Julia A Beasley

Julia A Beasley
(Counsel's Name)

Julia A. Beasley
Counsel for (print names of all parties)

P.O. Box 4160
Montgomery, AL 36117
Address, City, State Zip Code

334-269-2343
Telephone Number

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following by Electronic Mail or by placing it in the U.S. Mail, postage prepaid and properly addressed:

Dated this 9th day of July, 2007.

/s/ Julia A Beasley
OF COUNSEL

Mr. Robert C. Ward, Jr.
Ms. Bethany L. Bolger
RUSHTON, STAKELY, JOHNSTON & GARRETT
P.O. Box 270
Montgomery, AL 36101-0270
Attorneys for Hyundai

Mr. Parker C. Johnston
ATTORNEY AT LAW
P.O. Box 1207
Millbrook, AL 36054

Mr. C. Winston Sheehan, Jr.
BALL, BALL MATTHEWS & NOVAK
P.O. Box 2148
Montgomery, AL 36102-2148
Attorney for Rust Constructors, Inc.

Mr. A. Joe Peddy
Mr. Thomas Little
Mr. Robert B. Stewart
SMITH, SPIRES & PEDDY, P.C.
Suite 200
2015 Second Avenue North
Birmingham, Alabama 35203
Attorney for Eisenmann

Mr. T. Kelly May
Ms. Sandy Champion
Huie, Fernambucq & Stewart, LLP
2801 Highway 280 South
Birmingham, AL 35223
Attorneys for Sunbelt

Mr. Christopher G. Hume, III
Mr. W. Kyle Morris
MILLER, HAMILTON, SNIDER & ODOM
P.O. Box 46
Mobile, AL  36601
Attorneys for Sunbelt

Mr. Christopher Waller, Jr.
Mr. James A. Rives
BALL, BALL, MATTHEWS & NOVAK
P.O. Box 2148
Montgomery, AL  36102-2148