IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LONNIE GANT, | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
| v. | )   Civil Action No. 2:06-cv-1018-MEF |
| | ) |
| SUNBELT RENTALS, ET AL. | ) |
| | ) |
|     Defendants | ) |

### NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

**TO:**   Clerk, U.S. District Court
Northern District of Alabama
1729 5th Avenue, North
Birmingham, AL 35203

    PLEASE TAKE NOTICE that the following discovery documents have been forwarded to all attorneys of record and are filed on behalf of the Defendant, SUNBELT RENTALS, INC. (the originals are being retained by Counsel for this Defendant):

**Defendant Sunbelt Rentals, Inc.'s First Set of Interrogatories to Plaintiff; and Defendant Sunbelt Rentals, Inc.'s First Request for Production of Documents.**

This the 16th day of August, 2007.

                                            Respectfully submitted,

                                            s/Paul F. Malek
                                            **T. KELLY MAY, MAY014**
                                            **PAUL F. MALEK, MAL021**
                                            Attorneys for Defendants
                                            Sunbelt Rentals, Inc.

**OF COUNSEL:**

HUIE, FERNAMBUCQ AND STEWART, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223-2484
(205) 251-1193

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of August, 2007, I electronically filed a copy of the above and foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Parker C. Johnston, Esq.
Attorney at Law, LLC
Post Office Box 1207
Millbrook, Alabama 36054

Julia A. Beasley, Esq.
Kendall C. Dunson, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
Post Office Box 4160
Montgomery, Alabama 36103

C. Winston Sheehan, Jr., Esq.
Ball, Ball, Matthews & Novak, P.A.
P. O. Box 2148
Montgomery, Alabama 36102-2148

Robert C. Ward, Jr.
Bethany L. Bolger
Rushton, Stakely, Johnston & Garrett, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270

A. Joe Peddy, Esq.
Thomas M. Little, Esq.
Smith, Spires & Peddy, P.C.
Suite 200
2015 Second Avenue North
Birmingham, AL 35203

Christopher G. Hume, III, Esq.
W. Kyle Morris, Esq.
Miller, Hamilton, Snider & Odom, L.L.C.
P. O. Box 46
Mobile, AL 36601

   s/Paul F. Malek
OF COUNSEL