IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LONNIE GANT,            )<br>)<br>Plaintiff,          )<br>v.                           )<br>)<br>HYUNDAI MOTOR MANUFACTURING )<br>ALABAMA, LLC, *et al.,*   )<br>)<br>Defendants        ) | CASE NO. 2:06-cv-1018-MEF |

## **O R D E R**

For administrative purposes, it is hereby ORDERED that Rust Constructors, Inc.'s Motion for Summary Judgment (Doc. #17) filed on February 21, 2007 is DENIED as this defendant was dismissed as a party to this case on July 10, 2007. The Clerk of Court is DIRECTED to terminate the motion.

DONE this the 6th day of September, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE