IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LONNIE GANT, <br>     Plaintiff, <br><br> v. <br><br> HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC; RUST CONSTRUCTORS, INC.; EISENMANN CORPORATION; SUNBELT RENTALS; *et al.*, <br>     Defendants. | * <br> * <br> *    CIVIL ACTION NO. <br> *    2:06 – CV – 1018 (MEF) <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

### PETITION FOR LEAVE TO INTERVENE

Proposed Intervenor, St. Paul Fire & Marine Insurance Company (hereinafter "St. Paul"), by and through undersigned counsel, respectfully moves the Court, pursuant to Rule 24(a)(2) of the *Federal Rules of Civil Procedure*, for an Order allowing St. Paul leave to intervene as a party in this action and to file the proposed Complaint in Intervention attached hereto as Exhibit "A". As grounds for this motion, St. Paul respectfully shows as follows:

    1.    St. Paul is the workers' compensation insurance carrier for the above-referenced Plaintiff, Lonnie Gant's (hereinafter "Gant") employer, American Industrial Contractors, Inc. (hereinafter "AIC"). On September 24, 2004, Gant incurred bodily injury while working for AIC at the Hyundai automotive manufacturing plant in Montgomery County, Alabama.

    2.    As a result of the 9/24/04 incident at the Hyundai plant, St. Paul paid indemnity and medical benefits to and on behalf of Gant.

3. St. Paul asserts that the incident made the basis of the instant lawsuit is the same incident for which St. Paul provided medical and indemnity benefits to and on behalf of Gant and for which it may be responsible for providing future medical benefits to and/or on behalf of Gant in the future under the Workers' Compensation Act of the State of Alabama (hereinafter referred to as the "Act").

4. St. Paul contends it is entitled to reimbursement for all past and future medical and indemnity benefits paid to and/or on behalf of Gant from the proceeds of any settlement or judgment which may be obtained by Gant against the Defendants in this lawsuit in accordance with the applicable provisions of the Act.

5. Accordingly, St. Paul contends it is entitled to intervention of right in this action pursuant to Rule 24(a)(2) of the *Federal Rules of Civil Procedure* since the recovery sought by Gant herein arises from the same incident for which St. Paul paid (and continues to pay) indemnity and medical benefits to and on behalf of Gant's under the Act. Furthermore, any disposition of Gant's lawsuit without the involvement of St. Paul will impair, impede or compromise St. Paul's statutory lien (§25-5-11, *Code of Alabama* (1975, as amended)) against any settlement or judgment obtained by Gant.

6. A copy of St. Paul's proposed Complaint in Intervention is attached hereto as Exhibit "A".

WHEREFORE, the premises considered, proposed intervenor, St. Paul Fire & Marine Insurance Company, requests leave to intervene in this action as a party to file the proposed Complaint in Intervention, and for any other, further or different relief to which

it may be entitled under the *Federal Rules of Civil Procedure* and/or the Workers' Compensation Act of the State of Alabama.

          RICHARDSON, SPEAR, SPEAR, HAMBY & OWENS, P.C.
          Attorneys for Applicant Intervenor -
          **St. PAUL FIRE & MARINE INSURANCE COMPANY**

By:   *s/ John D. Richardson*
          **JOHN D. RICHARDSON, ESQ.**
          **Federal ID# RICHJ4111**
          Post Office Box 1347
          Mobile, Alabama 36633-1347
          Telephone:   251/344 - 8181
          Facsimile :   251/344-6629
          jdr@rsspc.com

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed this pleading with the Clerk of the governing Court on this 14th day of November, 2007 using the Court's CM/ECF filing system.

I further certify that I have served an electronic copy of this pleading on the following at their respective e-mail addresses on this 14th day of November, 2007:

| | | |
|---|---|---|
| Julia Ann Beasley, Esq. | - | Julia.beasley@beasleyallen.com |
| Bethany L. Bolger, Esq. | - | bbolger@rsjg.com |
| Kendall C. Dunson, Esq. | - | kendall.dunson@beasleyallen.com |
| Christopher G. Hume, III, Esq. | - | chrishume@mhsolaw.com |
| Parker C. Johnston, Esq. | - | pcj@parkercjohnston.com |
| Thomas M. Little, Esq. | - | Thomas@ssp-law.com |
| Paul Frederich Malek, Esq. | - | pfm@hfsllp.com |
| Thomas Kelly May, Sr., Esq. | - | tmk@hfsllp.com |
| A. Joe Peddy, Esq. | - | Attorneys@ssp-law.com |
| C. Winston Sheehan, Jr., Esq. | - | wsheehan@ball-ball.com |
| Robert B. Stewart, Esq. | - | rob@ssp-law.com |
| Robert Charles Ward, Jr., Esq. | - | rcw@rsjg.com |

          *s/ John D. Richardson*
          JOHN D. RICHARDSON

EXHIBIT "A"
IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LONNIE GANT, | * | |
|     Plaintiff, | * | |
| | * | CIVIL ACTION NO. |
| v. | * | 2:06 – CV – 1018 (MEF) |
| | * | |
| HYUNDAI MOTOR MANUFACTURING | * | |
| ALABAMA, LLC; RUST | * | |
| CONSTRUCTORS, INC.; EISENMANN | * | |
| CORPORATION; SUNBELT RENTALS; | * | |
| et al., | * | |
|     Defendants. | * | |

## COMPLAINT IN INTERVENTION

COMES NOW Intervenor, St. Paul Fire & Marine Insurance Company (hereinafter "St. Paul"), and files its Complaint in Intervention in the above-referenced action pursuant to Rule 24(a)(2) of the *Federal Rules of Civil Procedure* and §25-5-11, *Code of Alabama* (1975, as amended) as follows:

1. Plaintiff, Lonnie Gant (hereinafter "Gant"), was injured on September 24, 2004 while working for American Industrial Contractors, Inc. (hereinafter "AIC") at the Hyundai automotive manufacturing plant in Montgomery County, Alabama.

2. On 9/24/04, AIC was insured with St. Paul for workers' compensation insurance.

3. As a result of the injuries incurred by Gant on 9/24/04, St. Paul paid indemnity and medical benefits to and/or on behalf of Gant under the Workers' Compensation Act of the State of Alabama (hereinafter the "Act").

4. As of the date of filing this pleading, St. Paul has paid the sum of $69,680.63 in the form of indemnity benefits to Gant and the sum of $117,623.53 in medical benefits to and/or on behalf of Gant under the Act.

5. St. Paul anticipates it may be required to pay additional benefits to and/or on behalf of Gant in the future in the form of medical, hospital and/or other related healthcare bills and expenses in accordance with the Act.

6. St. Paul is entitled to reimbursement for all medical and indemnity benefits paid to or on behalf of Gant from the proceeds of any settlement or judgment which may be obtained by Gant against the Defendants in this action in accordance with the applicable provisions of the Act.

7. St. Paul asserts that any disposition of Gant's lawsuit without the involvement of St. Paul will impair, impede or compromise St. Paul's statutory lien (§25-5-11, *Code of Alabama* (1975, as amended)) against any settlement or judgment obtained by Gant.

8. St. Paul contends it is entitled to intervention of right in this action pursuant to Rule 24(a)(2) of the *Federal Rules of Civil Procedure* and §25-5-11, *Code of Alabama* (1975, as amended).

WHEREFORE, Intervenor, St. Paul Fire & Marine Insurance Company, demands reimbursement for the sums to which it is entitled under the Workers' Compensation Act of the State of Alabama out of the proceeds of any settlement or judgment which may be obtained by Plaintiff, Lonnie Gant, against the Defendants in the instant lawsuit. St. Paul

also requests such other, further or different relief to which it may be entitled in this action, the premises considered.

        RICHARDSON, SPEAR, SPEAR, HAMBY & OWENS, P.C.
        Attorneys for Intervenor -
        **St. PAUL FIRE & MARINE INSURANCE COMPANY**

By:    *s/ John D. Richardson*
        **JOHN D. RICHARDSON, ESQ.**
        **Federal ID# RICHJ4111**
        Post Office Box 1347
        Mobile, Alabama 36633-1347
        Telephone:  251/344 - 8181
        Facsimile :  251/344-6629
        jdr@rsspc.com

## CERTIFICATE OF SERVICE

    I hereby certify that I have electronically filed this pleading with the Clerk of the governing Court on this 14th day of November, 2007 using the Court's CM/ECF filing system.

    I further certify that I have served an electronic copy of this pleading on the following at their respective e-mail addresses on this 14th day of November, 2007:

| | | |
|---|---|---|
| Julia Ann Beasley, Esq. | - | Julia.beasley@beasleyallen.com |
| Bethany L. Bolger, Esq. | - | bbolger@rsjg.com |
| Kendall C. Dunson, Esq. | - | kendall.dunson@beasleyallen.com |
| Christopher G. Hume, III, Esq. | - | chrishume@mhsolaw.com |
| Parker C. Johnston, Esq. | - | pcj@parkercjohnston.com |
| Thomas M. Little, Esq. | - | Thomas@ssp-law.com |
| Paul Frederich Malek, Esq. | - | pfm@hfsllp.com |
| Thomas Kelly May, Sr., Esq. | - | tmk@hfsllp.com |
| A. Joe Peddy, Esq. | - | Attorneys@ssp-law.com |
| C. Winston Sheehan, Jr., Esq. | - | wsheehan@ball-ball.com |
| Robert B. Stewart, Esq. | - | rob@ssp-law.com |
| Robert Charles Ward, Jr., Esq. | - | rcw@rsjg.com |

        *s/ John D. Richardson*
        JOHN D. RICHARDSON