IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LONNIE GANT,                              )  | |
|     Plaintiff,                           )  | |
| v.                                               )  | CASE NO. 2:06-cv-1018-MEF |
| HYUNDAI MOTOR MANUFACTURING )  ALABAMA, LLC, *et al.,*                 ) | |
|     Defendants                        )  | |

## **O R D E R**

Upon consideration of the Motion to Intervene (Doc. #46) filed by St. Paul Fire & Marine Insurance Company on November 14, 2007, it is hereby

ORDERED that the plaintiff and defendants show cause in writing on or before November 30, 2007 as to why the motion should not be granted.

DONE this the 16th day of November, 2007.

                                            /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE