IN THE UNITED STATES COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LONNIE GANT, | * |
| Plaintiff, | * |
| | *   CIVIL ACTION NO. 2:06-cv-1018-MEF |
| vs. | * |
| HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC; RUST CONTRACTORS, INC. et al., | * |
| | * |
| Defendants. | * |

### PLAINTIFF'S MOTION TO COMPEL DEFENDANT EISENMANN CORPORATION, TO RESPOND TO PLAINTIFF'S FIRST INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure, Plaintiff moves this Court for an Order compelling Defendant Eisenmann Corporation to respond to Plaintiff's First Interrogatories and Request for Production of Documents propounded by Plaintiffs. In support of this motion, Plaintiff states that Plaintiff's First Interrogatories and Request for Production of Documents were served on Defendant Eisenmann Corporation on May 9, 2007. The undersigned has conferred with and has written opposing counsel in an attempt to resolve the matter made the subject of this motion. Plaintiff attaches a copy of the required Certification as Exhibit "A" and a copy of the letters to opposing counsel as Exhibit "B." This discovery is necessary before the deposition of the Plaintiff can be rescheduled.

Plaintiff requests that the Court order Eisenmann Corporation to respond fully and completely to Plaintiff's First Interrogatories and Request for Production of Documents within ten (10) days.

/s/ Julia A. Beasley
JULIA A. BEASLEY (ASB-6729-E55J)
KENDALL C. DUNSON
Attorneys for Plaintiff

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL 36103
(334) 269-2343
(334) 954-7555 fax

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following by placing it in the U.S. Mail, postage prepaid and properly addressed:

Dated this 4th day of January, 2008.

/s/ Julia A. Beasley
OF COUNSEL

Mr. Parker C. Johnston
ATTORNEY AT LAW
P.O. Box 1207
Millbrook, AL 36054

Mr. Robert C. Ward, Jr.
Ms. Bethany L. Bolger
RUSHTON, STAKELY, JOHNSTON
& GARRETT
P.O. Box 270
Montgomery, AL  36101-0270
Attorneys for Hyundai

Mr. A. Joe Peddy
Mr. Thomas Little
Mr. Robert B. Stewart
SMITH, SPIRES & PEDDY, P.C.
Suite 200
2015 Second Avenue North
Birmingham,  Alabama  35203
Attorney for Eisenmann

Mr. T. Kelly May
Mr. Paul Frederich Malek
Huie, Fernambucq & Stewart, LLP
2801 Highway 280 South
Birmingham, AL  35223
Attorneys for Sunbelt

Mr. Christopher G. Hume, III
Mr. W. Kyle Morris
MILLER, HAMILTON, SNIDER & ODOM
P.O. Box 46
Mobile, AL  36601
Attorneys for Eisenmann

## CERTIFICATION

I, Julia A. Beasley, as counsel of record for Plaintiff Lonny Gant, hereby certify that I have in good faith personally conferred with Thomas Little of Smith, Spires & Peddy, attorney for Defendant Eisenmann, in an attempt to obtain Defendant Eisenmann's Responses to Plaintiff's First Interrogatories and Requests for Production of Documents without having to request the Court to Order Defendant Eisenmann to fully answer the discovery filed by Plaintiff on May 9, 2007.

Dated this the 4th day of January, 2008.

*[signature]*
JULIA A. BEASLEY
Attorney for Plaintiff Lonny Gant

Sworn to and Subscribed before me this the 4th day of January, 2008.

*[signature]*
NOTARY PUBLIC
My Commission Expires: 4-19-09



PLAINTIFF'S EXHIBIT "A"
CV-05-000048

## Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.

| | | | | |
|---|---|---|---|---|
| JERE LOCKE BEASLEY | J. MARK ENGLEHART | *Attorneys at Law* | MELISSA A. PRICKETT | ALSO ADMITTED IN ARIZONA |
| J. GREG ALLEN | CLINTON C. CARTER | 218 COMMERCE STREET | JOHN E. TOMLINSON | ALSO ADMITTED IN ARKANSAS |
| MICHAEL J. CROW | BENJAMIN E. BAKER, JR. | POST OFFICE BOX 4160 | NAVAN WARD, JR. | ALSO ADMITTED IN FLORIDA |
| THOMAS J. METHVIN | DAVID B. BYRNE, III | MONTGOMERY, ALABAMA | WESLEY CHADWICK COOK | ALSO ADMITTED IN GEORGIA |
| J. COLE PORTIS | TED G. MEADOWS | 36103-4160 | WILLIAM H. ROBERTSON, V | ALSO ADMITTED IN KENTUCKY |
| W. DANIEL MILES, III | GERALD B. TAYLOR, JR. | (334) 269-2343 | | ALSO ADMITTED IN LOUISIANA |
| R. GRAHAM ESDALE, JR. | FRANK WOODSON | | | ALSO ADMITTED IN MINNESOTA |
| JULIA ANNE BEASLEY | KENDALL C. DUNSON | TOLL FREE | OF COUNSEL: | ALSO ADMITTED IN MISSISSIPPI |
| RHON E. JONES | J. PAUL SIZEMORE | (800) 898-2034 | ALYCE S. ROBERTSON | ALSO ADMITTED IN MISSOURI |
| LABARRON N. BOONE | SCARLETTE M. TULEY | | | ALSO ADMITTED IN NEW YORK |
| ANDY D. BIRCHFIELD, JR. | CHRISTOPHER E. SANSPREE | TELECOPIER | | ALSO ADMITTED IN OHIO |
| RICHARD D. MORRISON | ROMAN ASHLEY SHAUL | (334) 954-7555 | | ALSO ADMITTED IN OKLAHOMA |
| C. GIBSON VANCE | W. ROGER SMITH, III | | | ALSO ADMITTED IN SOUTH CAROLINA |
| J. P. SAWYER | P. LEIGH O'DELL | | | ALSO ADMITTED IN TENNESSEE |
| C. LANCE GOULD | D. MICHAEL ANDREWS | BEASLEYALLEN.COM | | ALSO ADMITTED IN TEXAS |
| JOSEPH H. AUGHTMAN | BENJAMIN L. LOCKLAR | | | ALSO ADMITTED IN WASHINGTON, D.C. |
| DANA G. TAUNTON | LARRY A. GOLSTON, JR. | August 27, 2007 | | ALSO ADMITTED IN WEST VIRGINIA |
| | | | | JAMES W. TRAEGER |
| | | | | 1953-1987 |
| | | | | RONALD AUSTIN CANTY |
| | | | | 1963-2004 |

Mr. Thomas Little
SMITH, SPIRES & PEDDY, P.C.
Suite 200
2015 Second Avenue North
Birmingham, Alabama 35203

**Re: Lonny Gant v. Hyundai; Rust Contractors, et al.**

Dear Thomas:

Please send me the responses of Defendant Eisenmann Corporation to Plaintiff's First Interrogatories and First Request for Production of Documents as soon as possible. Thanks.

Sincerely,

BEASLEY, ALLEN, CROW
METHVIN, PORTIS & MILES, P.C.

JULIA A. BEASLEY

JAB/drsh



PLAINTIFF'S EXHIBIT
B
CV·05·000 48

# Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.

| | | | | |
|---|---|---|---|---|
| JERE LOCKE BEASLEY | J. MARK ENGLEHART ᵀᴺ | *Attorneys at Law* | JOHN E. TOMLINSON | ᴬᶻ ALSO ADMITTED IN ARIZONA |
| J. GREG ALLEN | CLINTON C. CARTER | 218 COMMERCE STREET | NAVAN WARD, JR. | ᴬᴿ ALSO ADMITTED IN ARKANSAS |
| MICHAEL J. CROW | BENJAMIN E. BAKER, JR. | POST OFFICE BOX 4160 | WESLEY CHADWICK COOK | ᶠᴸ ALSO ADMITTED IN FLORIDA |
| THOMAS J. METHVIN | DAVID B. BYRNE, III | MONTGOMERY, ALABAMA | WILLIAM H. ROBERTSON, V | ᴳᴬ ALSO ADMITTED IN GEORGIA |
| J. COLE PORTIS | TED G. MEADOWS | 36103-4160 | H. CLAY BARNETT, III | ᴷʸ ALSO ADMITTED IN KENTUCKY |
| W. DANIEL MILES, III | GERALD B. TAYLOR, JR. | (334) 269-2343 | | ᴸᴬ ALSO ADMITTED IN LOUISIANA |
| R. GRAHAM ESDALE, JR. | FRANK WOODSON | | | ᴹᴺ ALSO ADMITTED IN MINNESOTA |
| JULIA ANNE BEASLEY | KENDALL C. DUNSON | TOLL FREE | OF COUNSEL: | ᴹˢ ALSO ADMITTED IN MISSISSIPPI |
| RHON E. JONES | SCARLETTE M. TULEY | (800) 898-2034 | ALYCE S. ROBERTSON | ᴹᴼ ALSO ADMITTED IN MISSOURI |
| LABARRON N. BOONE | ROMAN ASHLEY SHAUL | | RUSSELL T. ABNEY | ᴺʸ ALSO ADMITTED IN NEW YORK |
| ANDY D. BIRCHFIELD, JR. | W. ROGER SMITH, III | TELECOPIER | | ᴼᴴ ALSO ADMITTED IN OHIO |
| RICHARD D. MORRISON | P. LEIGH O'DELL | (334) 954-7555 | | ᴼᴷ ALSO ADMITTED IN OKLAHOMA |
| C. GIBSON VANCE | D. MICHAEL ANDREWS | | | ᴾᴬ ALSO ADMITTED IN PENNSYLVANIA |
| J. P. SAWYER | BENJAMIN L. LOCKLAR | | | ˢᶜ ALSO ADMITTED IN SOUTH CAROLINA |
| C. LANCE GOULD | LARRY A. GOLSTON, JR. | BEASLEYALLEN.COM | | ᵀᴺ ALSO ADMITTED IN TENNESSEE |
| JOSEPH H. AUGHTMAN | MELISSA A. PRICKETT | | | ᵀˣ ALSO ADMITTED IN TEXAS |
| DANA G. TAUNTON | | August 14, 2007 | | ᴰᶜ ALSO ADMITTED IN WASHINGTON, D.C. |
| | | | | ᵂⱽ ALSO ADMITTED IN WEST VIRGINIA |
| | | | | ᴺᴸᴬ NOT LICENSED IN ALABAMA |
| | | | | JAMES W. TRAEGER |
| | | | | 1953-1987 |
| | | | | RONALD AUSTIN CANTY |
| | | | | 1963-2004 |

Mr. Thomas Little
SMITH, SPIRES & PEDDY, P.C.
Suite 200
2015 Second Avenue North
Birmingham, Alabama 35203

    **Re: Lonny Gant v. Hyundai; Rust Contractors, et al.**

Dear Thomas:

    I have enclosed Lonny Gant's signed discovery responses to Eisenmann's First Set of Discovery. Please send me Eisenmann's responses to Plaintiff's discovery. Thanks.

                              Sincerely,

                              BEASLEY, ALLEN, CROW
                              METHVIN, PORTIS & MILES, P.C.

                              */s/ Julie*
                              JULIA A. BEASLEY

JAB/drsh
Enclosure

# Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.

*Attorneys at Law*

218 COMMERCE STREET
POST OFFICE BOX 4160
MONTGOMERY, ALABAMA
36103-4160
(334) 269-2343

TOLL FREE
(800) 898-2034

TELECOPIER
(334) 954-7555

BEASLEYALLEN.COM

August 3, 2007

Mr. Thomas Little
SMITH, SPIRES & PEDDY, P.C.
Suite 200
2015 Second Avenue North
Birmingham, Alabama 35203

**Re: Lonny Gant v. Hyundai; Rust Contractors, et al.**

Dear Thomas:

I expect to have Lonny Gant's signed discovery to Eisenmann's First Set of Discovery soon. I will file a formal response when I receive the signed copy from my client.

When you get a chance, please send me the responses of Defendant Eisenmann Corporation to Plaintiff's First Interrogatories and First Request for Production of Documents. Thanks.

Sincerely,

BEASLEY, ALLEN, CROW
METHVIN, PORTIS & MILES, P.C.

JULIA A. BEASLEY

JAB/drsh

# Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.

| | | | | |
|---|---|---|---|---|
| JERE LOCKE BEASLEY | DANA G. TAUNTON | *Attorneys at Law* | JOHN E. TOMLINSON | AZ ALSO ADMITTED IN ARIZONA |
| J. GREG ALLEN | J. MARK ENGLEHART TX | 218 COMMERCE STREET | NAVAN WARD, JR. MS | AR ALSO ADMITTED IN ARKANSAS |
| MICHAEL J. CROW | CLINTON C. CARTER | POST OFFICE BOX 4160 | WESLEY CHADWICK COOK | FL ALSO ADMITTED IN FLORIDA |
| THOMAS J. METHVIN | BENJAMIN E. BAKER, JR. | MONTGOMERY, ALABAMA | WILLIAM H. ROBERTSON, V | GA ALSO ADMITTED IN GEORGIA |
| J. COLE PORTIS | DAVID B. BYRNE, III | 36103-4160 | H. CLAY BARNETT, III | KY ALSO ADMITTED IN KENTUCKY |
| W. DANIEL MILES, III | TED G. MEADOWS | (334) 269-2343 | | LA ALSO ADMITTED IN LOUISIANA |
| R. GRAHAM ESDALE, JR. | FRANK WOODSON | | | MN ALSO ADMITTED IN MINNESOTA |
| JULIA ANNE BEASLEY | KENDALL C. DUNSON | TOLL FREE | OF COUNSEL: | MS ALSO ADMITTED IN MISSISSIPPI |
| RHON E. JONES | SCARLETTE M. TULEY | (800) 898-2034 | ALYCE S. ROBERTSON | MO ALSO ADMITTED IN MISSOURI |
| LABARRON N. BOONE | ROMAN ASHLEY SHAUL | | RUSSELL T. ABNEY | NY ALSO ADMITTED IN NEW YORK |
| ANDY D. BIRCHFIELD, JR. | W. ROGER SMITH, III | TELECOPIER | | OH ALSO ADMITTED IN OHIO |
| RICHARD D. MORRISON | P. LEIGH O'DELL | (334) 954-7555 | | OK ALSO ADMITTED IN OKLAHOMA |
| C. GIBSON VANCE | D. MICHAEL ANDREWS | | | PA ALSO ADMITTED IN PENNSYLVANIA |
| J. P. SAWYER | BENJAMIN L. LOCKLAR | BEASLEYALLEN.COM | | SC ALSO ADMITTED IN SOUTH CAROLINA |
| C. LANCE GOULD | LARRY A. GOLSTON, JR. | | | TN ALSO ADMITTED IN TENNESSEE |
| JOSEPH H. AUGHTMAN | MELISSA A. PRICKETT | November 7, 2007 | | TX ALSO ADMITTED IN TEXAS |
| | | | | DC ALSO ADMITTED IN WASHINGTON, D.C. |
| | | | | WV ALSO ADMITTED IN WEST VIRGINIA |
| | | | | NLA NOT LICENSED IN ALABAMA |

JAMES W. TRAEGER
1953-1987

RONALD AUSTIN CANTY
1963-2004

Mr. Thomas Little
SMITH, SPIRES & PEDDY, P.C.
Suite 200
2015 Second Avenue North
Birmingham, Alabama 35203

**Re: Lonny Gant v. Hyundai, et al.**

Dear Thomas:

Please send me Defendant Eisenmann Corporation's responses to Plaintiff's First Interrogatories and First Request for Production of Documents as soon as possible. Thanks.

Sincerely,

BEASLEY, ALLEN, CROW
METHVIN, PORTIS & MILES, P.C.

JULIA A. BEASLEY

JAB/drsh

# Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.

| | | | | |
|---|---|---|---|---|
| JERE LOCKE BEASLEY<br>J. GREG ALLEN<br>MICHAEL J. CROW<br>THOMAS J. METHVIN<br>J. COLE PORTIS<br>W. DANIEL MILES, III<br>R. GRAHAM ESDALE, JR.<br>JULIA ANNE BEASLEY<br>RHON E. JONES<br>LABARRON N. BOONE<br>ANDY D. BIRCHFIELD, JR.<br>RICHARD D. MORRISON<br>C. GIBSON VANCE<br>J. P. SAWYER<br>C. LANCE GOULD<br>JOSEPH H. AUGHTMAN | DANA G. TAUNTON<br>J. MARK ENGLEHART<br>CLINTON C. CARTER<br>BENJAMIN E. BAKER, JR.<br>DAVID B. BYRNE, III<br>TED G. MEADOWS<br>FRANK WOODSON<br>KENDALL C. DUNSON<br>SCARLETTE M. TULEY<br>ROMAN ASHLEY SHAUL<br>W. ROGER SMITH, III<br>P. LEIGH O'DELL<br>D. MICHAEL ANDREWS<br>BENJAMIN L. LOCKLAR<br>LARRY A. GOLSTON, JR.<br>MELISSA A. PRICKETT | *Attorneys at Law*<br>218 COMMERCE STREET<br>POST OFFICE BOX 4160<br>MONTGOMERY, ALABAMA<br>36103-4160<br>(334) 269-2343<br><br>TOLL FREE<br>(800) 898-2034<br><br>TELECOPIER<br>(334) 954-7555<br><br>BEASLEYALLEN.COM<br><br>November 20, 2007 | JOHN E. TOMLINSON<br>NAVAN WARD, JR.<br>WESLEY CHADWICK COOK<br>WILLIAM H. ROBERTSON, V<br>H. CLAY BARNETT, III<br><br>OF COUNSEL:<br>ALYCE S. ROBERTSON<br>RUSSELL T. ABNEY | ALSO ADMITTED IN ARIZONA<br>ALSO ADMITTED IN ARKANSAS<br>ALSO ADMITTED IN FLORIDA<br>ALSO ADMITTED IN GEORGIA<br>ALSO ADMITTED IN KENTUCKY<br>ALSO ADMITTED IN LOUISIANA<br>ALSO ADMITTED IN MINNESOTA<br>ALSO ADMITTED IN MISSISSIPPI<br>ALSO ADMITTED IN MISSOURI<br>ALSO ADMITTED IN NEW YORK<br>ALSO ADMITTED IN OHIO<br>ALSO ADMITTED IN OKLAHOMA<br>ALSO ADMITTED IN PENNSYLVANIA<br>ALSO ADMITTED IN SOUTH CAROLINA<br>ALSO ADMITTED IN TENNESSEE<br>ALSO ADMITTED IN TEXAS<br>ALSO ADMITTED IN WASHINGTON, D.C.<br>ALSO ADMITTED IN WEST VIRGINIA<br>NOT LICENSED IN ALABAMA<br><br>JAMES W. TRAEGER<br>1953-1987<br><br>RONALD AUSTIN CANTY<br>1963-2004 |

Mr. Thomas Little
SMITH, SPIRES & PEDDY, P.C.
Suite 200
2015 Second Avenue North
Birmingham, Alabama 35203

  **Re: Lonny Gant v. Hyundai, et al.**

Dear Thomas:

  Eisenmann Corporation's responses to Plaintiff's First Interrogatories and First Request for Production were due June 5, 2007. Please send me these responses as possible. Thanks.

              Sincerely,

              BEASLEY, ALLEN, CROW
              METHVIN, PORTIS & MILES, P.C.

              JULIA A. BEASLEY

JAB/drsh

# Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.

| | | | | |
|---|---|---|---|---|
| JERE LOCKE BEASLEY | DANA G. TAUNTON | *Attorneys at Law* | JOHN E. TOMLINSON | ᴬᶻ ALSO ADMITTED IN ARIZONA |
| J. GREG ALLEN | J. MARK ENGLEHART | 218 COMMERCE STREET | NAVAN WARD, JR. | ᴬᴿ ALSO ADMITTED IN ARKANSAS |
| MICHAEL J. CROW | CLINTON C. CARTER | POST OFFICE BOX 4160 | WESLEY CHADWICK COOK | ᶠᴸ ALSO ADMITTED IN FLORIDA |
| THOMAS J. METHVIN | BENJAMIN E. BAKER, JR. | MONTGOMERY, ALABAMA | WILLIAM H. ROBERTSON, V | ᴳᴬ ALSO ADMITTED IN GEORGIA |
| J. COLE PORTIS | DAVID B. BYRNE, III | 36103-4160 | H. CLAY BARNETT, III | ᴷʸ ALSO ADMITTED IN KENTUCKY |
| W. DANIEL MILES, III | TED G. MEADOWS | (334) 269-2343 | | ᴸᴬ ALSO ADMITTED IN LOUISIANA |
| R. GRAHAM ESDALE, JR. | FRANK WOODSON | | | ᴹᴺ ALSO ADMITTED IN MINNESOTA |
| JULIA ANNE BEASLEY | KENDALL C. DUNSON | TOLL FREE | | ᴹˢ ALSO ADMITTED IN MISSISSIPPI |
| RHON E. JONES | SCARLETTE M. TULEY | (800) 898-2034 | OF COUNSEL: | ᴹᴼ ALSO ADMITTED IN MISSOURI |
| LABARRON N. BOONE | ROMAN ASHLEY SHAUL | | ALYCE S. ROBERTSON | ᴺʸ ALSO ADMITTED IN NEW YORK |
| ANDY D. BIRCHFIELD, JR. | W. ROGER SMITH, III | TELECOPIER | RUSSELL T. ABNEY | ᴼᴴ ALSO ADMITTED IN OHIO |
| RICHARD D. MORRISON | P. LEIGH O'DELL | (334) 954-7555 | | ᴼᴷ ALSO ADMITTED IN OKLAHOMA |
| C. GIBSON VANCE | D. MICHAEL ANDREWS | | | ᴾᴬ ALSO ADMITTED IN PENNSYLVANIA |
| J. P. SAWYER | BENJAMIN L. LOCKLAR | BEASLEYALLEN.COM | | ˢᶜ ALSO ADMITTED IN SOUTH CAROLINA |
| C. LANCE GOULD | LARRY A. GOLSTON, JR. | | | ᵀᴺ ALSO ADMITTED IN TENNESSEE |
| JOSEPH H. AUGHTMAN | MELISSA A. PRICKETT | December 3, 2007 | | ᵀˣ ALSO ADMITTED IN TEXAS |
| | | | | ᴰᶜ ALSO ADMITTED IN WASHINGTON, D.C. |
| | | | | ᵂⱽ ALSO ADMITTED IN WEST VIRGINIA |
| | | | | ᴺᴸᴬ NOT LICENSED IN ALABAMA |

JAMES W. TRAEGER
1953-1987

RONALD AUSTIN CANTY
1963-2004

Mr. Thomas Little
SMITH, SPIRES & PEDDY, P.C.
Suite 200
2015 Second Avenue North
Birmingham, Alabama 35203

    **Re: Lonny Gant v. Hyundai, et al.**

Dear Thomas:

Eisenmann Corporation's responses to Plaintiff's First Interrogatories and First Request for Production were due June 5, 2007. Please send me these responses as possible. If I do not hear from you within 10 days of this letter, I will have no choice but to file a Motion to Compel.

                             Sincerely,

                             BEASLEY, ALLEN, CROW
                             METHVIN, PORTIS & MILES, P.C.

                             JULIA A. BEASLEY

JAB/drsh

# Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.

| | | | | |
|---|---|---|---|---|
| JERE LOCKE BEASLEY | J. MARK ENGLEHART TX | *Attorneys at Law* | MELISSA A. PRICKETT | AZ  ALSO ADMITTED IN ARIZONA |
| J. GREG ALLEN | CLINTON C. CARTER AR KY MS MO TN | 218 COMMERCE STREET | JOHN E. TOMLINSON | AR  ALSO ADMITTED IN ARKANSAS |
| MICHAEL J. CROW | BENJAMIN E. BAKER, JR. GA NY OK TN DC | POST OFFICE BOX 4160 | NAVAN WARD, JR. MS | FL  ALSO ADMITTED IN FLORIDA |
| THOMAS J. METHVIN | DAVID B. BYRNE, III | MONTGOMERY, ALABAMA | WESLEY CHADWICK COOK | GA  ALSO ADMITTED IN GEORGIA |
| J. COLE PORTIS | TED G. MEADOWS MN MS TX DC WV | 36103-4160 | WILLIAM H. ROBERTSON, V | KY  ALSO ADMITTED IN KENTUCKY |
| W. DANIEL MILES, III | GERALD B. TAYLOR, JR. FL MS TN TX | (334) 269-2343 | | LA  ALSO ADMITTED IN LOUISIANA |
| R. GRAHAM ESDALE, JR. | FRANK WOODSON | | | MN  ALSO ADMITTED IN MINNESOTA |
| JULIA ANNE BEASLEY | KENDALL C. DUNSON GA | TOLL FREE | OF COUNSEL: | MS  ALSO ADMITTED IN MISSISSIPPI |
| RHON E. JONES | J. PAUL SIZEMORE GA TN | (800) 898-2034 | ALYCE S. ROBERTSON | MO  ALSO ADMITTED IN MISSOURI |
| LABARRON N. BOONE | SCARLETTE M. TULEY | | | NY  ALSO ADMITTED IN NEW YORK |
| ANDY D. BIRCHFIELD, JR. | CHRISTOPHER E. SANSPREE MS | TELECOPIER | | OH  ALSO ADMITTED IN OHIO |
| RICHARD D. MORRISON MS | ROMAN ASHLEY SHAUL AR LA MS NC TN WV | (334) 954-7555 | | OK  ALSO ADMITTED IN OKLAHOMA |
| C. GIBSON VANCE | W. ROGER SMITH, III AZ MN MS TN WV | | | SC  ALSO ADMITTED IN SOUTH CAROLINA |
| J. P. SAWYER MS OH | P. LEIGH O'DELL | | | TN  ALSO ADMITTED IN TENNESSEE |
| C. LANCE GOULD | D. MICHAEL ANDREWS | BEASLEYALLEN.COM | | TX  ALSO ADMITTED IN TEXAS |
| JOSEPH H. AUGHTMAN | BENJAMIN L. LOCKLAR | | | DC  ALSO ADMITTED IN WASHINGTON, D.C. |
| DANA G. TAUNTON | LARRY A. GOLSTON, JR. FL DC | June 11, 2007 | | WV  ALSO ADMITTED IN WEST VIRGINIA |

JAMES W. TRAEGER
1953-1987
RONALD AUSTIN CANTY
1963-2004

Mr. Thomas Little
SMITH, SPIRES & PEDDY, P.C.
Suite 200
2015 Second Avenue North
Birmingham, Alabama 35203

   Re: **Lonny Gant v. Hyundai; Rust Contractors, et al.**

Dear Thomas:

   Please send me the responses of Defendant Eisenmann Corporation to Plaintiff's First Interrogatories and First Request for Production of Documents. Thanks.

                         Sincerely,

                         BEASLEY, ALLEN, CROW
                         METHVIN, PORTIS & MILES, P.C.

                         *Julie*

                         JULIA A. BEASLEY

JAB/drsh