IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LONNIE GANT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv1018-MEF |
| | ) |
| HYUNDAI MOTOR MANUFACTURING | ) |
| ALABAMA, LLC., et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of plaintiff's motion to compel (Doc. # 48), filed January 4, 2008, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. Defendant shall respond to plaintiff's interrogatories and request for production on or before January 18, 2008.

DONE, this 7th day of January, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE