IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LONNIE GANT,                              )| |
|                                           )| |
|    Plaintiff,              )| |
| v.                                        )| CASE NO. 2:06-cv-1018-MEF |
|                                           )| |
| HYUNDAI MOTOR MANUFACTURING )| |
| ALABAMA, LLC, *et al.,*                   )| |
|                                           )| |
|    Defendants               )| |

# **O R D E R**

It is hereby ORDERED that jury selection and trial set in this case for July 7, 2008 are continued to July 14, 2008 at the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

The parties are reminded that their case may be tried at any time during this two-week trial term.

DONE this the 25th day of February, 2008.

                                            /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE