IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LONNIE GANT,<br>    Plaintiff,<br><br>v.<br><br>HYUNDAI MOTOR MANUFACTURING<br>ALABAMA, LLC; RUST<br>CONSTRUCTORS, INC.; EISENMANN<br>CORPORATION; SUNBELT RENTALS;<br>*et al.*,<br>    Defendants. | CIVIL ACTION NO.<br>2:06 – CV – 1018 (MEF) |

## COMPLAINT IN INTERVENTION

COMES NOW Intervenor, St. Paul Fire & Marine Insurance Company (hereinafter "St. Paul"), and files its Complaint in Intervention in the above-referenced action pursuant to Rule 24(a)(2) of the *Federal Rules of Civil Procedure* and §25-5-11, *Code of Alabama* (1975, as amended) as follows:

1. Plaintiff, Lonnie Gant (hereinafter "Gant"), was injured on September 24, 2004 while working for American Industrial Contractors, Inc. (hereinafter "AIC") at the Hyundai automotive manufacturing plant in Montgomery County, Alabama.

2. On 9/24/04, AIC was insured with St. Paul for workers' compensation insurance.

3. As a result of the injuries incurred by Gant on 9/24/04, St. Paul paid indemnity and medical benefits to and/or on behalf of Gant under the Workers' Compensation Act of the State of Alabama (hereinafter the "Act").

4. As of the date of filing this pleading, St. Paul has paid the sum of $69,680.63 in the form of indemnity benefits to Gant and the sum of $117,623.53 in medical benefits to and/or on behalf of Gant under the Act.

5. St. Paul anticipates it may be required to pay additional benefits to and/or on behalf of Gant in the future in the form of medical, hospital and/or other related healthcare bills and expenses in accordance with the Act.

6. St. Paul is entitled to reimbursement for all medical and indemnity benefits paid to or on behalf of Gant from the proceeds of any settlement or judgment which may be obtained by Gant against the Defendants in this action in accordance with the applicable provisions of the Act.

7. St. Paul asserts that any disposition of Gant's lawsuit without the involvement of St. Paul will impair, impede or compromise St. Paul's statutory lien (§25-5-11, *Code of Alabama* (1975, as amended)) against any settlement or judgment obtained by Gant.

8. St. Paul contends it is entitled to intervention of right in this action pursuant to Rule 24(a)(2) of the *Federal Rules of Civil Procedure* and §25-5-11, *Code of Alabama* (1975, as amended).

WHEREFORE, Intervenor, St. Paul Fire & Marine Insurance Company, demands reimbursement for the sums to which it is entitled under the Workers' Compensation Act of the State of Alabama out of the proceeds of any settlement or judgment which may be obtained by Plaintiff, Lonnie Gant, against the Defendants in the instant lawsuit. St. Paul

also requests such other, further or different relief to which it may be entitled in this action, the premises considered.

          RICHARDSON, SPEAR, SPEAR, HAMBY & OWENS, P.C.
          Attorneys for Intervenor -
          **St. PAUL FIRE & MARINE INSURANCE COMPANY**

By:   *s/ John D. Richardson*
       **JOHN D. RICHARDSON, ESQ.**
       **Federal ID# RICHJ4111**
       Post Office Box 1347
       Mobile, Alabama 36633-1347
       Telephone:   251/344 - 8181
       Facsimile :   251/344-6629
       jdr@rsspc.com

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed this pleading with the Clerk of the governing Court on this 11th day of March, 2008 using the Court's CM/ECF filing system.

I further certify that I have served an electronic copy of this pleading on the following at their respective e-mail addresses on this 11th day of March, 2008:

| Name | | Email |
|---|---|---|
| Julia Ann Beasley, Esq. | - | Julia.beasley@beasleyallen.com |
| Bethany L. Bolger, Esq. | - | bbolger@rsjg.com |
| Kendall C. Dunson, Esq. | - | kendall.dunson@beasleyallen.com |
| Christopher G. Hume, III, Esq. | - | chrishume@mhsolaw.com |
| Parker C. Johnston, Esq. | - | pcj@parkercjohnston.com |
| Thomas M. Little, Esq. | - | Thomas@ssp-law.com |
| Paul Frederich Malek, Esq. | - | pfm@hfsllp.com |
| Thomas Kelly May, Sr., Esq. | - | tmk@hfsllp.com |
| A. Joe Peddy, Esq. | - | Attorneys@ssp-law.com |
| C. Winston Sheehan, Jr., Esq. | - | wsheehan@ball-ball.com |
| Robert B. Stewart, Esq. | - | rob@ssp-law.com |
| Robert Charles Ward, Jr., Esq. | - | rcw@rsjg.com |

          *s/ John D. Richardson*
          JOHN D. RICHARDSON