IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LONNIE GANT, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>HYUNDAI MOTOR MANUFACTURING )<br>ALABAMA, LLC, *et al.,* )<br>)<br>Defendants ) | CASE NO. 2:06-cv-1018-MEF |

## **O R D E R**

Upon consideration of the plaintiff's Motion for Leave to File Plaintiff's Second Amended Complaint (Doc. #56) filed on March 25, 2008, it is hereby

ORDERED that the defendant show cause in writing on or before April 4, 2008 as to why the motion should not be granted.

DONE this the 26th day of March, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE