IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LONNIE GANT, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 2:06-cv-1018-MEF |
| | ) |
| SUNBELT RENTALS f/k/a | ) |
| NATIONS RENT, ET AL. | ) |
| | ) |
| Defendants | ) |

### JOINT STIPULATION OF DISMISSAL

COME NOW the Plaintiff and the Defendant, SUNBELT RENTALS, INC., and stipulate as follows: (1) that all claims of the Plaintiff against Sunbelt Rentals, Inc. (f/k/a NationsRent) will be dismissed with prejudice with each party to bear its own, respective cost of Court; and (2) that all claims of the Plaintiff against all other Defendants will not be affected in any way by this Joint Stipulation.

This the 27th day of March, 2008.

Julia A. Beasley, Esq.
Attorney for Plaintiff
Beasley, Allen, Crow, Methvin,
Portis & Miles, P.C.
Post Office Box 4160
Montgomery, Alabama 36103

Paul F. Malek, Esq.
Attorney for Sunbelt
Huie, Fernambucq & Stewart, LLP
2801 Highway 280, So., Ste. 200
Birmingham, Alabama 35223

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of March, 2008, I electronically filed a copy of the above and foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Parker C. Johnston, Esq.
Attorney at Law, LLC
Post Office Box 1207
Millbrook, Alabama 36054

Julia A. Beasley, Esq.
Kendall C. Dunson, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
Post Office Box 4160
Montgomery, Alabama 36103

Robert C. Ward, Jr.
Bethany L. Bolger
Rushton, Stakely, Johnston & Garrett, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270

A. Joe Peddy, Esq.
Thomas M. Little, Esq.
Smith, Spires & Peddy, P.C.
Suite 200
2015 Second Avenue North
Birmingham, AL 35203

Christopher G. Hume, III, Esq.
W. Kyle Morris, Esq.
Miller, Hamilton, Snider & Odom, L.L.C.
P. O. Box 46
Mobile, AL 36601

John D. Richardson, Esq.
Richardson, Spear, Spear, Hamby & Owens, PC
P. O. Box 1347
Mobile, AL 36633

/s/ Paul F. Malek
OF COUNSEL