IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LONNIE GANT, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-1018-MEF |
| ) | |
| HYUNDAI MOTOR MANUFACTURING ) | (WO) |
| ALABAMA, LLC, *et al.,* ) | |
| ) | |
| Defendants ) | |

# **O R D E R**

Upon consideration of the Joint Stipulation of Dismissal (Doc. #58) filed on March 28, 2008, it is hereby

ORDERED that all claims against defendant Sunbelt Rentals, Inc. are DISMISSED with prejudice, each party to bear its own costs.

It is further ORDERED that plaintiff's claims, as set forth in the complaint, remain against all other named defendants who have not been previously dismissed.

DONE this the 17th day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE