IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LONNIE GANT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 2:06-cv-1018-MEF ) |
| HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC, et al. | ) ) ) ) |
| Defendants. | ) ) |

## DEFENDANT HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC'S ANSWER TO PLAINTIFF'S SECOND AMENDMENT TO COMPLAINT

**COMES NOW** Defendant Hyundai Motor Manufacturing Alabama, LLC, (hereinafter "HMMA") by and through its attorneys of record, and in response to Plaintiff's Second Amendment to Complaint would state the following:

### COUNT SIX

45. HMMA adopts and incorporates its previously filed Answer (Doc. 3) and Answer to Amended Complaint (Doc. 29), including all defenses asserted therein.

46. No response required by this Defendant; however, to the extent that the allegations of paragraph 46 apply to any conduct, behavior, or status of this Defendant, those allegations are denied and this Defendant demands strict proof thereof.

47. No response required by this Defendant; however, to the extent that the allegations of paragraph 47 apply to any conduct, behavior, or status of this Defendant, those allegations are denied and this Defendant demands strict proof thereof.

48. No response required by this Defendant; however, to the extent that the allegations of paragraph 48 apply to any conduct, behavior, or status of this Defendant, those allegations are denied and this Defendant demands strict proof thereof.

49. No response required by this Defendant; however, to the extent that the allegations of paragraph 49 apply to any conduct, behavior, or status of this Defendant, those allegations are denied and this Defendant demands strict proof thereof.

50. No response required by this Defendant; however, to the extent that the allegations of paragraph 50 apply to any conduct, behavior, or status of this Defendant, those allegations are denied and this Defendant demands strict proof thereof.

51. No response required by this Defendant; however, to the extent that the allegations of paragraph 51 apply to any conduct, behavior, or status of this Defendant, those allegations are denied and this Defendant demands strict proof thereof.

52. No response required by this Defendant; however, to the extent that the allegations of paragraph 52 apply to any conduct, behavior, or status of this Defendant, those allegations are denied and this Defendant demands strict proof thereof.

53. No response required by this Defendant; however, to the extent that the allegations of paragraph 53 apply to any conduct, behavior, or status of this Defendant, those allegations are denied and this Defendant demands strict proof thereof.

54. No response required by this Defendant; however, to the extent that the allegations of paragraph 54 apply to any conduct, behavior, or status of this Defendant, those allegations are denied and this Defendant demands strict proof thereof.

55. No response required by this Defendant; however, to the extent that the allegations of paragraph 55 apply to any conduct, behavior, or status of this Defendant, those allegations are denied and this Defendant demands strict proof thereof.

56. No response required by this Defendant; however, to the extent that the allegations of paragraph 56 apply to any conduct, behavior, or status of this Defendant, those allegations are denied and this Defendant demands strict proof thereof.

57. No response required by this Defendant; however, to the extent that the allegations of paragraph 57 apply to any conduct, behavior, or status of this Defendant, those allegations are denied and this Defendant demands strict proof thereof.

58. No response required by this Defendant; however, to the extent that the allegations of paragraph 58 apply to any conduct, behavior, or status of this Defendant, those allegations are denied and this Defendant demands strict proof thereof.

59. No response required by this Defendant; however, to the extent that the allegations of paragraph 59 apply to any conduct, behavior, or status of this Defendant, those allegations are denied and this Defendant demands strict proof thereof.

60. No response required by this Defendant; however, to the extent that the allegations of paragraph 60 apply to any conduct, behavior, or status of this Defendant, those allegations are denied and this Defendant demands strict proof thereof.

## COUNT SEVEN

61. HMMA adopts and incorporates its previously filed Answer (Doc. 3) and Answer to Amended Complaint (Doc. 29), including all defenses asserted therein.

62. This Defendant admits that it had a contract with Defendant Eisenmann. All other allegations of paragraph 62 are denied and this Defendant demands strict proof thereof.

63. No response required by this Defendant; however, to the extent that the allegations of paragraph 63 apply to any conduct, behavior, or status of this Defendant, those allegations are denied and this Defendant demands strict proof thereof.

64. This Defendant denies the allegations in paragraph 64 and demands strict proof thereof.

65. This Defendant denies the allegations in paragraph 65 and demands strict proof thereof.

66. This Defendant denies the allegations in paragraph 66 and demands strict proof thereof.

67. This Defendant denies the allegations in paragraph 67 and demands strict proof thereof.

68. This Defendant denies the allegations in paragraph 68 and demands strict proof thereof.

69. This Defendant denies the allegations in paragraph 69 and demands strict proof thereof.

70. This Defendant denies the allegations in paragraph 70 and demands strict proof thereof.

## **COUNT EIGHT**

71. HMMA adopts and incorporates its previously filed Answer (Doc. 3) and Answer to Amended Complaint (Doc. 29), including all defenses asserted therein.

72. No response required by this Defendant; however, to the extent that the allegations of paragraph 72 apply to any conduct, behavior, or status of this Defendant, those allegations are denied and this Defendant demands strict proof thereof.

73. This Defendant denies the allegations in paragraph 73 and demands strict proof thereof.

74. This Defendant denies the allegations in paragraph 74 and demands strict proof thereof.

75. This Defendant denies the allegations in paragraph 75 and demands strict proof thereof.

76. This Defendant denies the allegations in paragraph 76 and demands strict proof thereof.

77. This Defendant denies the allegations in paragraph 77 and demands strict proof thereof.

## **AFFIRMATIVE DEFENSES**

1. This Defendant adopts and incorporates all affirmative defenses as stated in its prior answers.

2. This Defendant denies that it owed any duty to the Plaintiff; therefore, the Complaint (as amended) fails to state a claim upon which relief may be granted.

Respectfully submitted this the 28th day of April 2008.

*/s/ Bethany Bolger*
ROBERT C. WARD, JR. (asb-5442-d65r)
BETHANY L. BOLGER (asb-6740-e60b)
*Attorneys for Defendant Hyundai Motor Manufacturing Alabama, LLC*

**OF COUNSEL:**
Rushton, Stakely, Johnston & Garrett, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama 36101-0270
(334) 206-3100
(334) 262-6277
rcw@rsjg.com
blb@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 28th day of April 2008, I electronically filed the foregoing by using the CM/ECF system, which will forward a copy of same to the following counsel of record:

Parker C. Johnston, Esq.
Parker C. Johnston, LLC
Post Office Box 1207
Millbrook, Alabama 36054

A. Joe Peddy, Esq.
Thomas Little, Esq.
Robert B. Stewart, Esq.
SMITH, SPIRES & PEDDY, P.C.
Suite 200
2015 Second Avenue North
Birmingham, Alabama 35203

Julia A. Beasley, Esq.
Kendall C. Dunson, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
Post Office Box 4160
Montgomery, Alabama 36103

Christopher G. Hume, III, Esq.
W. Kyle Morris, Esq.
Miller, Hamilton, Snider & Odom
Post Office Box 46
Mobile, Alabama 36601

John D. Richardson, Esq.
Richardson, Spear, Spear, Hamby & Owens, PC
Post Office Box 1347
Mobile, Alabama 36633-1347

/s/ Betty Bolgr
OF COUNSEL

Case 2:06-cv-01018-MEF-SRW    Document 62    Filed 04/28/2008    Page 6 of 6

6