IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LONNIE GANT,                               )<br>                                                    )<br>     **Plaintiff,**                          )<br>                                                    )<br>vs.                                              )<br>                                                    )<br>                                                    )<br>EISENMANN CORPORATION,       )<br>et al.,                                          )<br>                                                    )<br>     **Defendants.**                      ) | **CIVIL ACTION NO.:**<br>**2:06-CV-1018-MEF** |

**DEFENDANT EISENMANN CORPORATION'S ANSWER
TO PLAINTIFF'S SECOND AMENDMENT TO COMPLAINT**

COMES NOW Eisenmann Corporation ("Eisenmann") by and through its attorneys of record, and in response to plaintiff's second amendment to complaint would state the following:

**AS TO COUNT SIX**

45.     Eisenmann adopts and incorporates its previously filed answer and answer to plaintiff's amended complaint, including all defenses asserted therein.

46.     Eisenmann admits the allegations of Paragraph 46.

47.     Eisenmann denies the allegations of Paragraph 47.

48.     Eisenmann admits it requested AIC to perform millwright labor to assist Eisenmann for work on the cockpit lift station and denies the remaining allegations of Paragraph 48.

49.     Eisenmann denies the allegations of Paragraph 49.

50. Eisenmann admits that Lonnie Gant and Louis Turner were working under the supervision of Jacques Lauzon and denies the remaining allegations of Paragraph 50.

51. Eisenmann denies the allegations of Paragraph 51.

52. Eisenmann denies the allegations of Paragraph 52.

53. Eisenmann denies the allegations of Paragraph 53.

54. Eisenmann denies the allegations of Paragraph 54.

55. Eisenmann denies the allegations of Paragraph 55.

56. Eisenmann denies the allegations of Paragraph 56.

57. Eisenmann denies the allegations of Paragraph 57.

58. Eisenmann denies the allegations of Paragraph 58.

59. Eisenmann denies the allegations of Paragraph 59.

60. Eisenmann denies the allegations of Paragraph 60.

Eisenmann denies the remaining allegations of Count Six, including the unnumbered paragraph beginning "WHEREFORE" and demands strict proof thereof.

## AS TO COUNT SEVEN

61. Eisenmann incorporates by reference its responses to the prior paragraphs of the complaint and amended complaint as if fully set forth herein.

62. Eisenmann admits it was under contract with defendant Hyundai. All other allegations of Paragraph 62 are denied and this defendant demands strict proof thereof.

63. Eisenmann admits plaintiff contracted with AIC to provide millwright labor prior to September 24, 2004, and denies the remaining allegations of Paragraph 63.

64. Eisenmann denies the allegations of Paragraph 64.

65. No response is required by this defendant, however to the extent that the allegations of Paragraph 64 apply to Eisenmann, those allegations are denied.

66. No response is required by this defendant, however to the extent that the allegations of Paragraph 66 apply to Eisenmann, those allegations are denied.

67. No response is required by this defendant, however to the extent that the allegations of Paragraph 67 apply to Eisenmann, those allegations are denied.

68. No response is required by this defendant, however to the extent that the allegations of Paragraph 68 apply to Eisenmann, those allegations are denied.

69. No response is required by this defendant, however to the extent that the allegations of Paragraph 69 apply to Eisenmann, those allegations are denied.

70. No response is required by this defendant, however to the extent that the allegations of Paragraph 70 apply to Eisenmann, those allegations are denied.

Eisenmann denies the remaining allegations of Count Seven, including the unnumbered paragraph beginning "WHEREFORE" and demands strict proof thereof.

## AS TO COUNT EIGHT

71. Eisenmann incorporates by reference its responses to all prior paragraphs of the complaint and amended complaint as if fully set forth herein.

72. Defendant lacks sufficient facts or information to admit or deny the allegations of Paragraph 72 and therefore denies same.

73. Eisenmann denies the allegations of Paragraph 73.

74. Eisenmann denies the allegations of Paragraph 74.

75.    Eisenmann denies the allegations of Paragraph 75.

76.    Eisenamann denies the allegations of Paragraph 76.

77.    Eisenmann denies the allegations of Paragraph 77.

Eisenmann denies the remaining allegations of Count Eight, including the unnumbered paragraph beginning "WHEREFORE" and demands strict proof thereof.

## AFFIRMATIVE DEFENSES

1.    Eisenmann adopts and incorporates all affirmative defenses it stated in its prior answers in response to plaintiff's second amendment to the complaint.

Respectfully submitted,

/s/ Christopher G. Hume, III
CHRISTOPHER G. HUME, III (ASB-8754-M76C)
KATHRYN W. DREY
Attorneys for Defendant
Eisenmann Corporation

OF COUNSEL:
MILLER, HAMILTON, SNIDER & ODOM, L.L.C.
Post Office Box 46
Mobile, Alabama 36601
(251) 432-1414
chrishume@mhsolaw.com
kathryndrey@mhsolaw.com

/s/ A. Joe Peddy
A. JOE PEDDY
THOMAS LITTLE
Attorneys for Defendant
Eisenmann Corporation

OF COUNSEL:
SMITH, SPIRES & PEDDY
2015 Second Avenue N., Ste. 200
Birmingham, Alabama  35203
(205) 251-5885
Joe_@ssp-law.com

## CERTIFICATE OF SERVICE

    I hereby certify that I have on this the 12th day of May, 2008, served a copy of the foregoing with the Clerk of the U.S. District Court for the Middle District of Alabama, Northern District using the CM/ECF system which will send notification of such filing to all counsel of record.  In addition, I have on this date, served a copy of the foregoing on all counsel of record or parties who do not receive electronic notification by placing a copy of the same in the U. S. Mail, first-class postage preparing and properly addressed as follows:

Parker C. Johnston, Esq.
3090 Alabama Highway 14
P. O. Box 1207
Millbrook, Alabama  36054

John D. Richardson, Esq.
Richardson, Spear, Spear, Hamby &Owens
Post Office Box 1347
Mobile, Alabama  36633-1347

Julia A. Beasley, Esq.
Kendall C. Dunson, Esq.
Beasley, Allen, Crow
Methvin, Portis & Miles
Post Office Box 4160
Montgomery, Alabama  36103

Robert C. Ward, Jr., Esq.
Bethany L. Bolger, Esq.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama  36101-0270

/s/ Christopher G. Hume, III
CHRISTOPHER G. HUME, III