IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LONNIE GANT, | ) |
| *Plaintiff,* | ) |
| vs. | ) Civil Action No. 2:06-cv-1018-MEF |
| HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC, *et al.*, | ) |
| *Defendants.* | ) |

## MOTION TO AMEND SCHEDULING ORDER

COMES NOW Defendant Hyundai Motor Manufacturing Alabama, LLC, (hereinafter "HMMA") and hereby respectfully requests that this Court amend its March 11, 2008, Amended Scheduling Order (Doc. 54) to provide an additional 60 days for the filing of dispositive motions. In support of this Motion, HMMA would state as follows:

1. Undersigned counsel for HMMA has consulted with counsel for Plaintiff and counsel for Defendant Eisenmann Corporation. The undersigned understands that there is agreement among these parties that more time will be required in order to properly prepare dispositive motions in this case. As such, undersigned has not received any objection to the relief sought herein.

2. While the parties have generally completed written discovery, counsel for all parties involved are still working to schedule several necessary depositions in this case, including depositions of the defendants. These depositions are also necessary for the preparation of dispositive motions.

3.   None of the parties are attempting to create or cause an unreasonable delay or postponement of the existing Scheduling Order deadlines in this matter and are committed to working together for the purposes of expeditiously preparing this matter for trial. By submission of this Motion, HMMA is not requesting that any other Scheduling Order deadlines be changed, only that the parties be given an additional 60 days in order to file dispositive motions. As such, the dispositive motion deadline would be moved from May 23, 2008, to July 22, 2008.

WHEREFORE, above premises considered, Defendant HMMA respectfully requests that this Court amend the current Scheduling Order so as to allow an additional 60 days for the parties to file dispositive motions.

Respectfully submitted this the 16th day of May 2008.

/s/ Bethany Bolger
Robert C. Ward, Jr. (ASB-5442-D65R)
Bethany L. Bolger (ASB-6740-E60B)
*Attorneys for Defendant Hyundai Motor Manufacturing Alabama, LLC*

**OF COUNSEL:**
RUSHTON, STAKELY,
JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama  36101-0270
Telephone:   (334) 206-3100
Fax:             (334) 262-6277
E-mail:         rcw@rsjg.com
                    blb@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 16th day of May 2008, I electronically filed the foregoing by using the CM/ECF system, which will forward a copy of same to the following counsel of record:

A. Joe Peddy, Esq.
Thomas Little, Esq.
Robert B. Stewart, Esq.
SMITH, SPIRES & PEDDY, P.C.
2015 Second Avenue North, Suite 200
Birmingham, Alabama 35203

Julia A. Beasley, Esq.
Kendall C. Dunson, Esq.
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103

Christopher G. Hume, III, Esq.
W. Kyle Morris, Esq.
MILLER, HAMILTON, SNIDER & ODOM, LLC
Post Office Box 46
Mobile, Alabama 36601

John D. Richardson, Esq.
RICHARDSON, SPEAR, SPEAR,
HAMBY & OWENS, PC
Post Office Box 1347
Mobile, Alabama 36633-1347

Parker C. Johnston, Esq.
PARKER C. JOHNSTON, LLC
Post Office Box 1207
Millbrook, Alabama 36054

/s/ Beth Bolgyr
OF COUNSEL