IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LONNIE GANT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:06-cv-1018-MEF |
| | ) |
| HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC; RUST CONSTRUCTORS, INC., EISENMANN CORPORATION; and SUNBELT RENTALS, et al. | ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**NOTICE CONCERNING SETTLEMENT CONFERENCE
AND MEDIATION**

COMES NOW the parties, by and through their undersigned counsel of record, and files this report with the Court regarding the face to face settlement conference conducted on Tuesday, May 6, 2008, pursuant to the Court's scheduling order. The parties met in Montgomery, Alabama for the purposes of this conference and, although discussions were held concerning settlement, no resolution was reached.

The parties have agreed to continue limited discovery for the purposes necessary of obtaining information necessary to further evaluate this case and mediate in the near future.

RESPECTFULLY SUBMITTED this 16th day of May, 2008.

/s/ Robert C. Ward, Jr.
ROBERT C. WARD, JR. (asb-5442-d65r)
BETHANY L. BOLGER (asb-6740-e60b)
Attorneys for Defendant Hyundai Motor
Manufacturing Alabama, LLC

**OF COUNSEL:**
RUSHTON, STAKELY,
   JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama   36101-0270
(334) 206-3229 (Ward phone)
(334) 206-3194 (Bolger phone)
(334) 481-0031 (fax)
rcw@rsjg.com
bbolger@rsjg.com

/s/ Christopher G. Hume, III
Christopher G. Hume, III
W. Kyle Morris
Attorneys for Eisenmann

**OF COUNSEL:**
Miller, Hamilton, Snider & Odom
Post Office Box 46
Mobile, Alabama 36601

/s/ Thomas M. Little
A. Joe Peddy
Thomas M. Little
Robert B. Stewart
Attorneys for Eisenmann

**OF COUNSEL:**
Smith, Spires & Peddy, P.C.
2015 Second Avenue North
Suite 200
Birmingham, Alabama 35203

/s/ *Julia A. Beasley*
JULIA A. BEASLEY
KENDALL C. DUNSON
Attorneys for Plaintiff Lonnie Gant

**OF COUNSEL:**
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103