IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LONNIE GANT,           )<br>                              )<br>     Plaintiff,           )<br>v.                            )<br>                              )<br>HYUNDAI MOTOR MANUFACTURING )<br>ALABAMA, LLC, *et al.,*  )<br>                              )<br>     Defendants         ) | CASE NO. 2:06-cv-1018-MEF |

## **O R D E R**

Upon consideration of Defendant Hyundai Motor Manufacturing Alabama, LLC's Motion to Amend/Correct Scheduling Order (Doc. #64) filed on May 16, 2008, it is hereby

ORDERED that the motion is set for a status conference on May 20, 2008 at 9:00 A.M. by conference call arranged by counsel for Defendant Hyundai Motor Manufacturing Alabama, LLC.

DONE this 19th day of May, 2008.

　　　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE