IN THE UNITED STATES COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LONNIE GANT, | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION NO. CV-05-000048 |
| EISENMANN CORPORATION, et al., | * |
| Defendants. | * |

### EISENMANN CORPORATION'S RESPONSE TO PLAINTIFF'S THIRD INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

COMES NOW the Defendant, Eisenmann Corporation ("Eisenmann"), and responds to the Plaintiff's Third Interrogatories and Request for Production of Documents as follows:

### PROTECTIVE ORDER

1. Pursuant to the Court's Protective Order dated December 12, 2006, any and all files and documents produced by Eisenmann containing personnel, trade secret, copyright, commercial, proprietary, or other legally protected information are deemed to be confidential documents and shall be used by the plaintiff and other defendants only for this action and for no other purpose.

2. The contents of the documents identified in Paragraph 1 should not be communicated in any way to anyone other than this Court and counsel for the parties in this action, except as provided in the Protective Order.

### GENERAL OBJECTIONS

1. Eisenmann objects to any and all requests for production to the extent

that they are vague, overly broad, unduly burdensome, harassing and/or not calculated to lead to the discovery of relevant or admissible evidence.

2. Eisenmann objects to any and all requests for production to the extent they seek information protected from discovery by any privilege, including the attorney/client privilege, the attorney work-product doctrine or any other applicable privilege or immunity.

3. Eisenmann objects to any and all discovery requests to the extent that they seek confidential, financial or proprietary business information.

4. Eisenmann objects to any and all requests for production to the extent they require Eisenmann to prepare the Plaintiff's case, identify potential Defendants, and to determine what plaintiff should deem relevant to or supportive of certain claims and allegations; as such, the discovery interrogatories are not a proper method of discovery.

5. Eisenmann objects to any and all requests for production which are not reasonably limited in time and/or scope.

6. Eisenmann objects to any and all requests for production to the extent that they contain certain key terms which are not defined or that are unreasonably compound, disjunctive or conjunctive.

7. Defendant's responses and objections herein are made without waiver of:

    a. All objections as to competency, relevancy, materiality, privilege and admissibility of each response and the subject matter thereof as evidenced for any purpose in any further proceedings in this

action;

b. The right to object to the use of any such responses or the subject matter thereof on any grounds in any further proceedings in this action; and

c. The right at any time to revise, correct, supplement, or clarify any of the responses contained herein.

These "General Objections" are applicable to and incorporated into each of this defendant's responses, infra, as if specifically stated therein. The stating of specific objections to a particular request shall not be construed as a waiver of this defendant's "general objections". Unless otherwise specifically stated, Eisenmann's objections to each request for production shall apply to the entire request, including each and every subsection and/or subpart of the request.

## INTERROGATORIES

1. Please state the current home address, home phone, business address and business phone number of Jacques Lauzon.

**RESPONSE:** Defendant objects to this request to the extent that it would require Defendant to conduct research and/or investigation to locate possible witnesses and/or witness information. Without waiving said objections, Mr. Lauzon is not currently an employee of Eisenmann. To Defendant's knowledge, Mr. Lauzon's home address is 449 Range Des Sapins, Sainte Eulalie, Quebec, Canada JZ0Z1E0. Contact telephone numbers for Mr. Lauzon are: (418)332-7897 and (819)224-4034.

2. Please state the current home address, home phone, business address and

3

business phone number of Randy Austin.

**RESPONSE:**   Defendant objects to this request to the extent that it would require Defendant to conduct research and/or investigation to locate possible witnesses and/or witness information. Without waiving said objections, Mr. Austin is not currently an employee of Eisenmann. His home address and telephone number are not known to the Defendant. Business contact information: I.E.S. Commercial, Inc., The Haymaker Division, 2928 6th Avenue South, Birmingham, AL 35233.

## REQUEST FOR PRODUCTION

1. Please produce a copy of all current contact information you have available for Jacques Lauzon.

**RESPONSE:**   Defendant objects to this request on the grounds that it is overly broad, vague and extends to documents which are work product. Without waiving said objection, Defendant has provided the requested information in response to Interrogatory Number 1.

2. Please produce a copy of all current contact information you have available for Randy Austin.

**RESPONSE:**   Defendant objects to this request on the grounds that it is overly broad, vague and extends to documents which are work product. Without waiving said objection, Defendant has provided the requested information in response to Interrogatory Number 2.

4

/s/ Christopher G. Hume, III
CHRISTOPHER G. HUME, III (ASB-8754-M76C)
KATHRYN W. DREY
Attorneys for Defendant
Eisenmann Corporation

OF COUNSEL
MILLER, HAMILTON, SNIDER & ODOM, LLC
P. O. Box 46
Mobile, AL 36601
(251) 432-1414

A. Joe Peddy, Esq.
SMITH, SPIRES & PEDDY
2015 Second Avenue N., Ste. 200
Birmingham, Alabama 35203
(205) 251-5885
Joe@ssp-law.com

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing via United States mail, first class postage prepaid, on this the 20 day of May, 2008 to the following counsel of record:

Julia A. Beasley
Beasley, Allen, Crow,
Methvin, Portis & Miles, P.C.
Post Office Box 4160
Montgomery, AL 36103

Parker C. Johnston
Attorney at Law
P.O. Box 1207
Millbrook, AL 36054

5

Robert C. Ward, Jr.
Bethany L. Bolger
Rushton, Stakely, Johnston
& Garrett
P.O. Box 270
Montgomery, AL 36101-0270

/s/ Christopher G. Hume, III
OF COUNSEL