IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LONNIE GANT, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:06-cv-1018-MEF |
| ) | |
| HYUNDAI MOTOR ) | |
| MANUFACTURING ALABAMA, LLC; ) | |
| RUST CONSTRUCTORS, INC., ) | |
| EISENMANN CORPORATION; and ) | |
| SUNBELT RENTALS, et al. ) | |
| ) | |
|     Defendants. ) | |
| ) | |

**MOTION TO AMEND PREVIOUSLY FILED
MOTION TO AMEND SCHEDULING ORDER**

**COMES NOW** Defendant Hyundai Motor Manufacturing Alabama, LLC, hereinafter referred to as "HMMA," and hereby respectfully amends its previously-filed motion to amend the Court's scheduling order of March 11, 2008 (Doc. 54) to provide an additional 60 days for the filing of dispositive motions. In support of this motion, HMMA would state as follows:

1. The parties adopt all reasons and bases in the initial motion to amend the scheduling order filed on May 16, 2008.

2. The parties further represent to the court that there is a fact witness for Eisenmann Corporation who now resides in Canada and is a former employee but critical to the litigation and resolution of this case.

3. The parties further represent to the Court that other significant witnesses are out of state and necessary for use during mediation, along with the potential trial of this case and its disposition.

4. The parties represent to the Court that efforts are being made to schedule the mediation of this case for the first half of July with the intent to resolve this dispute and avoid protracted litigation.

5. The parties further represent that the mediator has been agreed upon for this case and a report regarding the outcome of mediation will be filed shortly thereafter.

WHEREFORE, the above premises considered, Defendant HMMA respectfully requests that this Court amend the current Scheduling Order so as to allow an additional 60 days for the parties to file dispositive motions.

**RESPECTFULLY SUBMITTED** this the 21st day of May, 2008.

*/s/ Robert C. Ward, Jr.*
**ROBERT C. WARD, JR. (asb-5442-d65r)**
**BETHANY L. BOLGER (asb-6740-e60b)**
Attorneys for Defendant Hyundai Motor Manufacturing Alabama, LLC

**OF COUNSEL**:
RUSHTON, STAKELY, JOHNSTON
   & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama   36101-0270
(334) 206-3229 (Ward phone)
(334) 206-3194 (Bolger phone)
(334) 481-0031 (fax)
rcw@rsjg.com (Ward e-mail)
bbolger@rsjg.com (Bolger e-mail)

## CERTIFICATE OF SERVICE

    I hereby certify that on this the 21st day of May, 2008, I electronically filed the foregoing by using the CM/ECF system, which will forward a copy of same to the following counsel of record:

A. Joe Peddy, Esq.
Thomas Little, Esq.
Robert B. Stewart, Esq.
SMITH, SPIRES & PEDDY, P.C.
2015 Second Avenue North, Suite 200
Birmingham, Alabama 35203

Christopher G. Hume, III, Esq.
W. Kyle Morris, Esq.
MILLER, HAMILTON, SNIDER & ODOM, LLC
Post Office Box 46
Mobile, Alabama 36601

Parker C. Johnston, Esq.
PARKER C. JOHNSTON, LLC
Post Office Box 1207
Millbrook, Alabama 36054

Julia A. Beasley, Esq.
Kendall C. Dunson, Esq.
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103

John D. Richardson, Esq.
RICHARDSON, SPEAR, SPEAR,
HAMBY & OWENS, PC
Post Office Box 1347
Mobile, Alabama 36633-1347

                                            */s/ Robert C. Ward, Jr.*
                                            OF COUNSEL