IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LONNIE GANT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-cv-1018-MEF |
| | ) |
| HYUNDAI MOTOR MANUFACTURING | ) |
| ALABAMA, LLC, *et al.*, | ) |
| | ) |
| Defendants | ) |

**O R D E R**

Upon consideration of the Motion to Amend Previously Filed Motion to Amend Scheduling Order (Doc. # 69), it is hereby ORDERED as follows:

(1) The motion is GRANTED. The Motion to Amend Scheduling Order (Doc. # 64) is DENIED as moot.

(2) The parties shall attempt to mediate this case expeditiously. The parties shall file a mediation status report on or before August 1, 2008. Furthermore, the parties shall file a mediation status report within five (5) days of their mediation session.

Done this the 22nd day of May, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE