## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **LONNIE GANT,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No. 2:06-cv-1018-MEF** |
| | ) | |
| **HYUNDAI MOTOR** | ) | *UNOPPOSED MOTION* |
| **MANUFACTURING ALABAMA,** | ) | |
| **LLC,** *et al.,* | ) | |
| | ) | |
| *Defendants.* | ) | |

## MEDIATION STATUS REPORT AND
## MOTION TO AMEND SCHEDULING ORDER

**COME NOW** the Defendants and respectfully submit this Mediation Status Report and Motion to Amend Scheduling Order as follows:

1.    In accordance with the Court's Order (Doc. 70), the parties have agreed to mediate this case on August 6, 2008.  Further, the parties will file an updated Mediation Status Report within five days of the mediation session.

2.    The parties have substantially completed written discovery in this case and have exchanged expert witness disclosures.

3.    The parties have also conducted a face-to-face settlement conference which was unsuccessful in resolving this matter.

4.     The parties have also been working toward completing the depositions of necessary witnesses in this case.  However, despite the parties' concerted effort, several depositions have not yet been taken.

5.     Accordingly, if this case is not resolved at mediation, the Defendants request that the Court amend the Scheduling Order in this case such that the trial of this case will take place during the Court's next civil jury term, *i.e.* January 12, 2009.  The Defendants further request that the pretrial conference be re-set for a date and time convenient to the Court's schedule and in accordance with the new trial date requested.

6.     Defendants also request an additional 90 days, *i.e.*, until November 6, to complete discovery.

7.     The Defendants further request that any additional discovery deadlines relevant to this case be extended in accordance with the new trial date requested.

8.     Plaintiff does not oppose this Motion to Amend the Scheduling Order.

**WHEREFORE**, Defendants respectfully request that this Court amend the Scheduling Order in this case.

Respectfully submitted this the 22nd day of July 2008.

2

**OF COUNSEL:**

RUSHTON, STAKELY,
JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama   36101-0270
Telephone:  (334) 206-3100
Fax:         (334) 262-6277
E-mail:     rcw@rsjg.com
             blb@rsjg.com

*/s/ Bethany L. Bolger*
Robert C. Ward, Jr. (ASB-5442-D65R)
Bethany L. Bolger (ASB-6740-E60B)
*Attorneys for Defendant Hyundai Motor
Manufacturing Alabama, LLC*

*/s/ Thomas Little (with permission)*
A. Joe Peddy
Thomas Little
Robert B. Stewart
*Attorneys for Defendant Eisenmann
Corporation*

SMITH, SPIRES & PEDDY, P.C.
2015 Second Avenue North, Suite 200
Birmingham, Alabama 35203

*/s/ Christopher G. Hume, III (with
permission)*
Christopher G. Hume, III
Kathryn W. Drey
*Attorneys for Defendant Eisenmann
Corporation*

MILLER, HAMILTON, SNIDER & ODOM,
LLC
Post Office Box 46
Mobile, Alabama 36601

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this the 22nd day of July 2008, I electronically filed the foregoing by using the CM/ECF system, which will forward a copy of same to the following counsel of record:

Julia A. Beasley, Esq.
Kendall C. Dunson, Esq.
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama  36103

Parker C. Johnston
PARKER C. JOHNSTON, LLC
Post Office Box 1207
Millbrook, Alabama 36054

John D. Richardson
RICHARDSON, SPEAR, SPEAR,
HAMBY & OWENS, PC
Post Office Box 1347
Mobile, Alabama 36633-1347


*/s/ Bethany L. Bolger*
OF COUNSEL