IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LONNIE GANT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-1018-MEF |
| ) | |
| HYUNDAI MOTOR MANUFACTURING ) | |
| ALABAMA, LLC, *et al.*, ) | |
| ) | |
| Defendants ) | |

**O R D E R**

Upon consideration of Defendants' Motion to Amend Scheduling Order (Doc. # 73), it is hereby

ORDERED that the motion is GRANTED. The Court will enter a new Scheduling Order. Furthermore, the parties shall file a Mediation Status Report on or before August 11, 2008.

Done this 23rd day of July, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE