IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LONNIE GANT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:06-cv-1018-MEF |
| | ) |
| HYUNDAI MOTOR MANUFACTURING, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## UNOPPOSED REQUEST FOR THIRTY-DAY EXTENSION TO FILE DISPOSITIVE MOTION ON BEHALF OF DEFENDANT HYUNDAI MOTOR MANUFACTURING, LLC

**COMES NOW** Defendant Hyundai Motor Manufacturing, LLC, ("HMMA") and respectfully requests that this Court grant it an additional thirty (30) days in which to file its motion for summary judgment in this case. In support of this request, HMMA would aver as follows:

1. Based on the Court's recent Scheduling Order (Doc. 75), dispositive motions are due to be filed no later than September 5, 2008. This Order also sets the trial date of this cause for the term of Court commencing on January 12, 2009. The current discovery deadline is November 20, 2008.

2. As such, discovery in this matter is ongoing. The parties are in the midst of litigating this case and are set to mediate this matter next week, on September 11.

3. This request is consistent with the Court's practice of amending discovery and motions deadlines based on the status of the litigation.

4. This request is also being made in light of personal issues that have recently arisen for HMMA's lead counsel in this case, as outlined in the Affidavit attached hereto as Exhibit A.

5. This request is not intended to affect any other deadlines set by the Court and will not prejudice any other parties. Moreover, HMMA's counsel has spoken with Plaintiff's counsel regarding this request. Plaintiff's counsel is not opposed to the requested extension.

**WHEREFORE**, Defendant Hyundai Motor Manufacturing, LLC, respectfully requests that this Court grant it an additional thirty (30) days in which to file its motion for summary judgment, or in such time as the Court deems appropriate.

Respectfully submitted this 5th day of September 2008.

*[signature]*

ROBERT C. WARD, JR.
BETHANY L. BOLGER
*Attorneys for Defendant*
*Hyundai Motor Manufacturing, LLC*

**OF COUNSEL:**
RUSHTON, STAKELY,
JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, AL 36101-0270
Phone: (334) 206-3100
Fax:    (334) 262-6277
E-mail: rcw@rsjg.com
        blb@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of September 2008, I electronically filed the foregoing by using the CM/ECF system, which will forward a copy of same to the following counsel of record:

Julia Beasley, Esq.
Kendall C. Dunson, Esq.
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES P.C.
P.O. Box 4160
Montgomery, AL 36103

Christopher G. Hume, III, Esq.
BALL, BALL, MATTHEWS & NOVAK, P.A.
P.O. Box 2468
Mobile, AL 36652

A. Joe Peddy, Esq.
Thomas M. Little, Esq.
Robert B. Stewart, Esq.
SMITH, SPIRES & PEDDY, P.C.
2015 Second Avenue North, Suite 200
Birmingham, Alabama 35203

*[signature]*
OF COUNSEL

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LONNIE GANT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:06-cv-1018-MEF |
| | ) |
| HYUNDAI MOTOR | ) |
| MANUFACTURING, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### AFFIDAVIT OF ROBERT C. WARD, JR.

**COMES NOW** Robert C. Ward, Jr. and respectfully submits the following:

1. I am an attorney licensed to practice in the States of Alabama and Georgia. I have practiced in all of the Courts in Alabama over a period of 18 years and have tried several cases while representing clients in a number of counties in Alabama inclusive of the Circuit Court of Macon County, Alabama.

2. Defense counsel has recently experienced personal crises consisting of the loss of a younger brother, along with family crises related to the recent hurricanes to the New Orleans area.

3. The above issues have occupied and consumed most of Defense counsel's time and energies, thereby prohibiting any attention relative to this case.

4. Defense counsel is now in a better position to address those issues which exist in this case and to meet all appropriate deadlines going forward with the granting of this extension.

RESPECTFULLY SUBMITTED this 5th day of September 2008.

                              ROBERT C. WARD, JR.
                              BETHANY L. BOLGER
                              *Attorneys for Defendant*
                              *Hyundai Motor Manufacturing, LLC*

**OF COUNSEL:**
RUSHTON, STAKELY,
JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, AL 36101-0270
Phone: (334) 206-3100
Fax:   (334) 262-6277
E-mail: rcw@rsjg.com
          blb@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of September 2008, I electronically filed the foregoing by using the CM/ECF system, which will forward a copy of same to the following counsel of record:

Julia Beasley, Esq.
Kendall C. Dunson, Esq.
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES P.C.
P.O. Box 4160
Montgomery, AL 36103

A. Joe Peddy, Esq.
Thomas M. Little, Esq.
Robert B. Stewart, Esq.
SMITH, SPIRES & PEDDY, P.C.
2015 Second Avenue North, Suite 200
Birmingham, Alabama 35203

Christopher G. Hume, III, Esq.
BALL, BALL, MATTHEWS & NOVAK, P.A.
P.O. Box 2468
Mobile, AL 36652

/s/ Robert Ward
OF COUNSEL

STATE OF ALABAMA        )

COUNTY OF BUTLER        )

I, Brandi B. Strickland, a Notary Public in and for said State and County, hereby certify that Robert C. Ward, Jr. who being known to me and who being duly sworn, and whose name is signed to the foregoing document, acknowledged before me on this date that being first informed of the contents of said document, having read the same, and understanding its purpose and effect, voluntarily executed the same upon the above-stated date.

SWORN TO and SUBSCRIBED BEFORE ME on this the 5th day of September, 2008.

/s/ Brandi B. Strickland
NOTARY PUBLIC   MY COMMISSION EXPIRES MAY 21, 2013
My Commission Expires:_____

(NOTARIAL SEAL)

3