IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LONNIE GANT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:06-cv-1018-MEF |
| | ) |
| HYUNDAI MOTOR | ) |
| MANUFACTURING, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**UNOPPOSED REQUEST FOR THIRTY-DAY EXTENSION TO FILE
DISPOSITIVE MOTION ON BEHALF OF DEFENDANT HYUNDAI
MOTOR MANUFACTURING, LLC**

**COMES NOW** Defendant Hyundai Motor Manufacturing, LLC, ("HMMA") and respectfully requests that this Court grant it an additional thirty (30) days in which to file its motion for summary judgment in this case. In support of this request, HMMA would aver as follows:

1. Based on the Court's recent Scheduling Order (Doc. 75), dispositive motions are due to be filed no later than September 5, 2008. This Order also sets the trial date of this cause for the term of Court commencing on January 12, 2009. The current discovery deadline is November 20, 2008.

**MOTION DENIED**
THIS 5th DAY OF September, 2008

_____
MARK E. FULLER
UNITED STATES DISTRICT JUDGE

2. As such, discovery in this matter is ongoing. The parties are in the midst of litigating this case and are set to mediate this matter next week, on September 11.

3. This request is consistent with the Court's practice of amending discovery and motions deadlines based on the status of the litigation.

4. This request is also being made in light of personal issues that have recently arisen for HMMA's lead counsel in this case, as outlined in the Affidavit attached hereto as Exhibit A.

5. This request is not intended to affect any other deadlines set by the Court and will not prejudice any other parties. Moreover, HMMA's counsel has spoken with Plaintiff's counsel regarding this request. Plaintiff's counsel is not opposed to the requested extension.

**WHEREFORE**, Defendant Hyundai Motor Manufacturing, LLC, respectfully requests that this Court grant it an additional thirty (30) days in which to file its motion for summary judgment, or in such time as the Court deems appropriate.

Respectfully submitted this 5th day of September 2008.

/s/ Bethany Bolger
_____
ROBERT C. WARD, JR.
BETHANY L. BOLGER
*Attorneys for Defendant*
*Hyundai Motor Manufacturing, LLC*

**OF COUNSEL:**
RUSHTON, STAKELY,
JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, AL 36101-0270
Phone: (334) 206-3100
Fax:    (334) 262-6277
E-mail: rcw@rsjg.com
        blb@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of September 2008, I electronically filed the foregoing by using the CM/ECF system, which will forward a copy of same to the following counsel of record:

Julia Beasley, Esq.
Kendall C. Dunson, Esq.
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES P.C.
P.O. Box 4160
Montgomery, AL 36103

A. Joe Peddy, Esq.
Thomas M. Little, Esq.
Robert B. Stewart, Esq.
SMITH, SPIRES & PEDDY, P.C.
2015 Second Avenue North, Suite 200
Birmingham, Alabama 35203

Christopher G. Hume, III, Esq.
BALL, BALL, MATTHEWS & NOVAK, P.A.
P.O. Box 2468
Mobile, AL 36652

/s/ Bethany Bolger
_____
OF COUNSEL

3